**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: BRANDON Rudolph KIMBLE | COURT CASE NUMBER: 22 CV 2717 |
| DEFENDANT: Mariano's | TYPE OF PROCESS: |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mariano's
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1615 South Clark Street Chicago, IL 60616

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ziam 1615 South clark street chicago IL 60616

Number of process to be served with this Form 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

**FILED**
7/5/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JJ

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

312-225-4386

Signature of Attorney other Originator requesting service on behalf of: X PLAINTIFF
TELEPHONE NUMBER: 7089709675
DATE: 06/07/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 24 | 24 | DF | 6/10/2022 |

I hereby certify and return that I ✓ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above): Zaim Vukic

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 7/1/22    Time: 0900 ✓ am

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 3 miles 1.75 | / | $66.75 | | |

REMARKS: 2 DUSMs - 1 hour - 3 miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80