# EXHIBIT A (REDACTED)

```
1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4     - - - - - - - - - - - - x

5     BRANDON                    :

6     RUDOLPH-KIMBLE,            :

7          Plaintiff,           :   Case No.

8       v.                      :   1:22-CV-2717

9     ROUNDY'S ILLINOIS,        :

10    LLC d/b/a MARIANO'S,       :

11         Defendant.           :

12    - - - - - - - - - - - - x

13

14    Videotaped Deposition of BRANDON RUDOLPH-KIMBLE

15                   Chicago, Illinois

16               Monday, March 13, 2023

17                    10:010 a.m.

18

19

20

21

22    Job No.: 483548

23    Pages: 1 - 119

24    Reported By: Courtney Petros, RPR, CSR
```

1      Deposition of BRANDON RUDOLPH-KIMBLE, held at

2  the offices of:

3

4

5          Greiman, Rome & Griesmeyer, LLC

6          205 West Randolph Street

7          Suite 2300

8          Chicago, Illinois 60606

9          312.428.2750

10

11

12

13

14      Pursuant to notice, before Courtney Petros, a

15  Certified Shorthand Reporter, Registered

16  Professional Reporter, and a Notary Public in and

17  for the State of Illinois.

18

19

20

21

22

23

24

```
 1            A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF:

 3        BRANDON RUDOLPH-KIMBLE, PRO SE

 4        211 East Delaware Place

 5        Unit No. 206

 6        Chicago, Illinois 60611

 7        708.970.9675

 8

 9   ON BEHALF OF THE DEFENDANT:

10        CHRISTOPHER GRIESMEYER, ESQUIRE

11        GREIMAN, ROME & GRIESMEYER, LLC

12        205 West Randolph Street

13        Suite 2300

14        Chicago, IL 60606

15        312.428.2750

16

17   ALSO PRESENT:

18        Brianna Bramlett, Videographer

19

20

21

22

23

24
```

```
 1              C O N T E N T S

 2   EXAMINATION OF BRANDON RUDOLPH-KIMBLE        PAGE

 3   By Mr. Griesmeyer                             7

 4

 5

 6              E X H I B I T S

 7           (Attached to transcript.)

 8   RUDOLPH-KIMBLE DEPOSITION EXHIBITS          PAGE

 9   Exhibit 1     Amended Complaint             15

10   Exhibit 2     Interrogatories               25

11   Exhibit 3     Answers to Interrogatories    26

12   Exhibit 4     Rule 34 Request for           29

13                 Production

14   Exhibit 5     Rule 34 Request for           29

15                 Production Responses

16   Exhibit 6     YouTube Channel               39

17                 Screenshots

18   Exhibit 7     Background Check Report        57

19   Exhibit 8     Collective Bargaining          72

20                 Agreement

21   Exhibit 9     Training Modules               75

22   Exhibit 10    Hourly Employee Handbook       76

23   Exhibit 11    Hourly Employee Levels         77

24   Exhibit 12    Employee Personnel File        78
```

1           E X H I B I T S    C O N T I N U E D

2     Exhibit 13     Timekeeping History Report      82

3     Exhibit 14     Grievance                       97

4     Exhibit 15     Rudolph-Kimble Letter           97

5     Exhibit 16     Lindsay Flesher                 106

6                    Declaration

7     Exhibit 17     Proposed Joint Status           114

8                    Report

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

|     |                                                    |          |
| --- | -------------------------------------------------- | -------- |
| 1   | P R O C E E D I N G S                              |          |
| 2   | THE VIDEOGRAPHER:  Here begins media No. 1         | 10:09:49 |
| 3   | in the videotaped deposition of Brandon            | 10:09:52 |
| 4   | Rudolph-Kimble in the matter of Rudolph-Kimble v.  | 10:09:55 |
| 5   | Roundy's Illinois, LLC d/b/a Mariano's in the      | 10:09:57 |
| 6   | United States District Court for the Northern      | 10:10:06 |
| 7   | District of Illinois, Eastern Division.            | 10:10:07 |
| 8   | Case No. 1:22-CV-2717.                             | 10:10:08 |
| 9   | Today's date is March 13th, 2023.  The             | 10:10:14 |
| 10  | time on the video monitor is 10:10 a.m.  The       | 10:10:17 |
| 11  | videographer today is Brianna Bramlett             | 10:10:21 |
| 12  | representing Planet Depos.  This video deposition  | 10:10:24 |
| 13  | is taking place at 205 West Randolph Street,       | 10:10:26 |
| 14  | Chicago, Illinois 60606.                           | 10:10:32 |
| 15  | Would counsel please voice identify                | 10:10:35 |
| 16  | themselves and state who they represent?           | 10:10:39 |
| 17  | MR. GRIESMEYER:  Hello.  This is Chris             | 10:10:41 |
| 18  | Griesmeyer, counsel for the defendant.             | 10:10:43 |
| 19  | THE WITNESS:  And I represent myself.  I           | 10:10:45 |
| 20  | am Brandon Rudolph-Kimble.  Yes.                   | 10:10:48 |
| 21  | THE VIDEOGRAPHER:  The court reporter              | 10:10:50 |
| 22  | today is Court Petros representing Planet Depos.   | 10:10:51 |
| 23  | Would the reporter please swear in the             | 10:10:53 |
| 24  | witness?                                           | 10:10:53 |

| | | |
|---|---|---|
| 1 | BRANDON RUDOLPH-KIMBLE, | 10:10:53 |
| 2 | having been duly sworn, testified as follows: | 10:10:53 |
| 3 | EXAMINATION BY COUNSEL FOR THE DEFENDANT | 10:11:04 |
| 4 | BY MR. GRIESMEYER: | 10:11:04 |
| 5 | Q  Could you please state and spell your name | 10:11:08 |
| 6 | for the record. | 10:11:11 |
| 7 | A  My name is Brandon Rudolph-Kimble.  And | 10:11:12 |
| 8 | it's spelled, B-R-A-N-D-O-N.  Last name is | 10:11:15 |
| 9 | spelled, R-U-D-O-L-P-H, hyphenated, K-I-M-B-L-E. | 10:11:24 |
| 10 | Q  Mr. Rudolph-Kimble, again, my name is | 10:11:32 |
| 11 | Chris Griesmeyer.  I am the legal counsel for | 10:11:34 |
| 12 | Roundy's Illinois, LLC doing business as | 10:11:37 |
| 13 | Mariano's, which is the defendant in this | 10:11:44 |
| 14 | proceeding. | 10:11:45 |
| 15 | And you understand that the defendant is | 10:11:46 |
| 16 | your former employer, correct? | 10:11:47 |
| 17 | A  Yes, I do. | 10:11:49 |
| 18 | Q  Okay.  And if, from time to time, I refer | 10:11:50 |
| 19 | to them as Mariano's or the company, you'll | 10:11:52 |
| 20 | understand that I'm talking about the defendant, | 10:11:54 |
| 21 | your former employer? | 10:11:57 |
| 22 | A  Yes, I do. | 10:11:59 |
| 23 | Q  Okay.  And you do not have a lawyer and | 10:11:59 |
| 24 | representing yourself pro se; is that correct? | 10:12:04 |

1    A  I am a pro se attorney today, yes.                    10:12:06

2    Q  Okay.  So just making sure that you do not            10:12:09

3    have any sort of legal counsel other than                10:12:11

4    yourself, correct?                                       10:12:14

5    A  That is correct.                                      10:12:15

6    Q  And are you a lawyer yourself?                        10:12:16

7    A  No.                                                   10:12:20

8    Q  And do you have any formal legal training?            10:12:21

9    A  I did at one point.                                   10:12:24

10   Q  What was that?                                        10:12:26

11   A  Just doing the paralegal.  That's all.                10:12:27

12   And notarization.  That's all.  I'm not a lawyer.        10:12:31

13   Q  Where were you a paralegal?                           10:12:35

14   A  I worked with a company out of Atlanta,               10:12:38

15   Georgia at one time.  That was it.                       10:12:45

16   Q  What was the name of the company?                     10:12:49

17   A  I wish not to say.                                    10:12:50

18   Q  Okay.  You still need to anyways.  So                 10:12:52

19   we'll get to the ground rules of the deposition,         10:12:59

20   but under the Federal Rules of Civil Procedure,          10:13:01

21   you can object to a question, however --                 10:13:03

22   A  Okay.                                                 10:13:07

23   Q  -- even if you object, you still have to              10:13:08

24   answer it.  And the Court will rule on the               10:13:11

| | | |
|---|---|---|
| 1 | objections later. | 10:13:14 |
| 2 | The only time you would not be allowed or | 10:13:15 |
| 3 | to avoid answering a question would be if you had | 10:13:18 |
| 4 | independent separate legal counsel who instructed | 10:13:21 |
| 5 | you not to answer because of the attorney-client | 10:13:24 |
| 6 | privilege. Okay? | 10:13:28 |
| 7 | So even if you don't want to give the | 10:13:29 |
| 8 | answer, you still have to answer the question. | 10:13:33 |
| 9 | And then we can deal with it later in terms of | 10:13:35 |
| 10 | whether or not you want the deposition transcript | 10:13:37 |
| 11 | sealed, marked confidential, things like that. | 10:13:42 |
| 12 | Okay? | 10:13:45 |
| 13 | A   Okay.  Let's proceed. | 10:13:45 |
| 14 | Q   So what was the name of your former | 10:13:47 |
| 15 | employer in Atlanta, Georgia where you worked as a | 10:13:50 |
| 16 | paralegal? | 10:13:56 |
| 17 | A   I don't recall.  Don't remember.  And | 10:13:56 |
| 18 | that's the truth, honestly, because it was some | 10:13:58 |
| 19 | time ago. | 10:14:01 |
| 20 | Q   When was that? | 10:14:02 |
| 21 | A   Maybe 2018, 2019, 2020 almost.  In that | 10:14:02 |
| 22 | era. | 10:14:08 |
| 23 | Q   And you were a licensed notary as well? | 10:14:09 |
| 24 | A   I were. | 10:14:16 |

```
1      Q  And that was in Georgia?                    10:14:18

2      A  That was in Georgia.                         10:14:20

3      Q  And have you ever been a paralegal in       10:14:21

4   Illinois?                                          10:14:24

5      A  I actually was studying to become one --    10:14:24

6   not studying.  I was looking to become one and    10:14:28

7   work for a company, but I never got hired to       10:14:33

8   become a paralegal.                                10:14:36

9      Q  What was the company you were working for?  10:14:37

10     A  It was out in the Mount Prospect area.  I    10:14:41

11  don't remember their name.  I don't, to be honest. 10:14:47

12  I just do not remember their name.                 10:14:51

13     Q  Have you ever testified at a deposition      10:14:54

14  before?                                            10:14:57

15     A  I don't recall.  I don't recall testifying  10:14:57

16  in a deposition hearing.                           10:15:07

17     Q  Okay.  So to go over the ground rules that  10:15:09

18  I just kind of briefly referenced, the gist of the 10:15:13

19  exercise today is I get to ask you questions and   10:15:19

20  you have to answer them under oath.  And you do     10:15:21

21  understand that you are under oath, correct?        10:15:24

22     A  I am under oath, yes.                         10:15:26

23     Q  And the oath means you have to tell the      10:15:27

24  truth and the whole truth, nothing but the truth,  10:15:30
```

1   correct?                                                10:15:32

2       A  That is correct.                                 10:15:32

3       Q  And if you were to fail to do that, that         10:15:33

4   would be a felony called perjury.  You are aware        10:15:36

5   of that?                                                10:15:39

6       A  I am aware of this.                              10:15:39

7       Q  All right.  If, at any point in time             10:15:41

8   today, I ask you a question and you do not              10:15:44

9   understand the question that I've asked you, you        10:15:46

10  have to let me know.  Okay?                             10:15:49

11      A  That is fine with me.                            10:15:50

12      Q  And if, at the same time, you answer a           10:15:52

13  question, then we're all going to know and              10:15:58

14  understand that you have understood the question        10:16:02

15  that was asked.  Okay?                                  10:16:03

16      A  I will let you know.                             10:16:04

17      Q  Okay.  And Court here is our court               10:16:07

18  reporter today.  In order to make his job               10:16:10

19  easier -- you'll see that he's typing down              10:16:13

20  everything that we say.  In order to make his job       10:16:16

21  easier, we can't talk over each other.  And so          10:16:19

22  what that means is you need to wait until I finish      10:16:22

23  my question before you give your answer.  Okay?         10:16:25

24      A  That's fine with me.                             10:16:28

1    Q   And, at the same time, I'll wait until            10:16:30

2    you're finished with your answer before I move on     10:16:31

3    to my next question.  Okay?                           10:16:33

4        A   That's fine with me.                          10:16:35

5        Q   And you're doing a great job of it so far,    10:16:36

6    but if, from time to time, I have to remind you of    10:16:39

7    that today, bear with me.  Okay?                      10:16:42

8        A   That's fine with me.                          10:16:44

9        Q   And, similarly -- and, again, you're doing    10:16:47

10   a good job of this -- but your answers need to be     10:16:52

11   out loud and given orally.  Okay?  So what I mean     10:16:53

12   by that is a nod of the head or a shake of the        10:16:57

13   head, that might show up on video, but that's not     10:17:00

14   going to show up on the written transcript.          10:17:04

15       A   That's fine with me.                          10:17:06

16       Q   And so that's how your answer needs to be,    10:17:07

17   out loud, given orally.  Okay?                        10:17:10

18       A   That's fine with me.                          10:17:13

19       Q   And same thing with phrases like uh-huh       10:17:14

20   and uh-uh.  Uh-huh and uh-uh wind up looking the      10:17:17

21   same when they're typed up in the record.  So if      10:17:22

22   it's a yes or a no, please try to say yes or no as    10:17:24

23   opposed to uh-huh or uh-uh, if that's okay.           10:17:29

24       A   That's fine with me.                          10:17:32

1    Q  And none of my questions at all today,           10:17:33

2  none of them, are meant to embarrass you in any        10:17:36

3  respect.  I am simply trying to find out the           10:17:39

4  evidence and information that you have with            10:17:44

5  respect to the claims that you have made against       10:17:46

6  my client, Mariano's.  Okay?                           10:17:50

7    A  That's fine with me.                              10:17:52

8    Q  Have you taken any type of medications or         10:17:55

9  other substances that would impair your ability to     10:18:01

10  understand my questions and answer them truthfully    10:18:05

11  today?                                                10:18:11

12    A  No, I have not at all, in the past and in        10:18:11

13  the present.                                           10:18:16

14    Q  Did you review anything to prepare for           10:18:16

15  your deposition?                                       10:18:18

16    A  I did review what we have discussed, like,       10:18:19

17  you know, my -- my claims.  You know, that's what      10:18:24

18  I've done.  I read over my claims.  And, you know,     10:18:28

19  over our court appearances, I just make sure that      10:18:33

20  I have a, you know, understanding.                     10:18:36

21    Q  Did you look at any documents?                   10:18:40

22    A  I looked at the interrogatory that you           10:18:41

23  sent me, the deposition that you sent me here          10:18:45

24  lately.                                                10:18:49

1    Q  And when you say the deposition, you mean          10:18:49

2    the notice of deposition?                             10:18:51

3    A  The noticing of my e-mails from you.  All          10:18:52

4    of my e-mails from you, I've reviewed them.           10:18:57

5    Q  Did you review anything else?                      10:19:00

6    A  I reviewed a lot of other things as well.          10:19:02

7    Q  What?                                              10:19:06

8    A  It's been a lot of information throughout          10:19:07

9    e-mails that we have had.  You know, we have had      10:19:10

10   -- we've been going back and forth since 2022 on      10:19:13

11   this matter.  And I reviewed all of those e-mails     10:19:20

12   that you have sent me.  And, also, all of the         10:19:24

13   claims that I have made, I read over them.  So        10:19:26

14   that's my answer to you.                              10:19:29

15   Q  Okay.  Other than that, have you reviewed          10:19:30

16   anything else in preparation for your deposition?     10:19:33

17   A  That's all I'm going to answer.  That's            10:19:35

18   all I'm saying.  That's what I've done.  That's my    10:19:37

19   answer.                                               10:19:40

20   Q  Okay.  So the answer is, no, other than            10:19:41

21   that, you haven't reviewed anything else?             10:19:43

22   A  I've read everything that I was supposed           10:19:45

23   to read and everything that I've been e-mailed.       10:19:48

24   And all of my court appearances, I went and read      10:19:51

| | | |
|---|---|---|
| 1 | carefully over it and listened carefully over my | 10:19:55 |
| 2 | -- you know, these claims.  That's my answer. | 10:19:58 |
| 3 | Q  So other than the complaint and the | 10:20:00 |
| 4 | amended complaint that you filed in this action | 10:20:08 |
| 5 | and the notice of deposition, the interrogatory | 10:20:12 |
| 6 | answers, and then the e-mails back and forth from | 10:20:15 |
| 7 | my office to you, can you tell me any other | 10:20:19 |
| 8 | documents that you reviewed to prepare for your | 10:20:25 |
| 9 | deposition? | 10:20:27 |
| 10 | A  I can recall one of them was the motion to | 10:20:27 |
| 11 | bring a sanction against me that you put in, and I | 10:20:30 |
| 12 | asked for a dismissal of it. | 10:20:34 |
| 13 | Q  Anything else? | 10:20:36 |
| 14 | A  That's all that I have and recall at this | 10:20:37 |
| 15 | moment. | 10:20:42 |
| 16 | Q  Did you discuss your deposition with | 10:20:42 |
| 17 | anyone? | 10:20:44 |
| 18 | A  I don't recall doing that. | 10:20:44 |
| 19 | Q  I've just handed you what I've marked as | 10:20:46 |
| 20 | Deposition Exhibit 1. | 10:21:20 |
| 21 | (Rudolph-Kimble Deposition Exhibit 1 | 10:21:21 |
| 22 | marked for identification and attached to the | 10:21:21 |
| 23 | transcript.) | 10:21:23 |
| 24 | Q  Have you seen this document before? | 10:21:23 |

| | | |
|---|---|---|
| 1 | A  Yes, I have. | 10:21:26 |
| 2 | Q  This is the amended complaint that you | 10:21:34 |
| 3 | filed in this lawsuit, correct? | 10:21:37 |
| 4 | A  Yes. | 10:21:39 |
| 5 | Q  And in this complaint, you allege that | 10:21:40 |
| 6 | Mariano's discriminated against you based upon | 10:21:45 |
| 7 | your race and color in violation of Title VII and | 10:21:49 |
| 8 | Section 1981, correct? | 10:21:56 |
| 9 | A  Yes. | 10:21:58 |
| 10 | Q  You also allege that Mariano's | 10:21:58 |
| 11 | discriminated against you based on your national | 10:22:00 |
| 12 | origin in violation of Title VII and Section 1981, | 10:22:02 |
| 13 | correct? | 10:22:07 |
| 14 | A  Yes. | 10:22:08 |
| 15 | Q  And you previously alleged in this lawsuit | 10:22:08 |
| 16 | that Mariano's discriminated against you on the | 10:22:12 |
| 17 | basis of your sex in violation of Title VII, | 10:22:15 |
| 18 | correct? | 10:22:21 |
| 19 | A  Yes. | 10:22:23 |
| 20 | Q  And you also allege that Mariano's | 10:22:23 |
| 21 | retaliated against you for seeking a promotion, | 10:22:25 |
| 22 | correct? | 10:22:28 |
| 23 | A  Yes. | 10:22:28 |
| 24 | Q  And the adverse employment action that you | 10:22:29 |

1    claim you were suffered here was that your                10:22:33

2    employment was terminated, correct?                       10:22:35

3        A  Yes.                                               10:22:36

4        Q  And you understand that Mariano's                  10:22:41

5    terminated your employment based upon your                10:22:43

6    background check revealing a criminal conviction          10:22:46

7    record, correct?                                          10:22:49

8        A  That was a part of all the other claim             10:22:50

9    under the 1981 section of civil rights as well,           10:22:54

10   yes.                                                      10:22:58

11       Q  Okay.  And you believe that the company            10:22:59

12   violated the Ban the Box Law because you said the         10:23:04

13   company didn't give you an opportunity to review          10:23:10

14   and explain your situation, correct?                      10:23:13

15       A  I never received my five-day noticing, so          10:23:15

16   that's against the law as well.  And then being           10:23:19

17   terminated in lieu of a background -- criminal            10:23:23

18   background dispute is illegal in the state of             10:23:26

19   Illinois as well.  So, yes.                               10:23:29

20       Q  And you understand that that was why you           10:23:33

21   were terminated, correct?                                 10:23:36

22       A  I do know that that was a part of it, as           10:23:37

23   well as this complaint under 1981 section of civil        10:23:43

24   rights that I complained about as well, yes.              10:23:48

1    Q  You also allege that Crystal Brandon, who          10:23:50

2  was a people's service manager or PSM at the store      10:23:55

3  you worked at, made certain lewd comments about         10:24:00

4  you, correct?                                           10:24:03

5    A  Yes.                                               10:24:04

6    Q  And, finally, you allege that you were not         10:24:04

7  allowed to apply for a management position,             10:24:09

8  correct?                                                10:24:12

9    A  I don't understand the question.                   10:24:13

10  Reiterate that question again.                         10:24:15

11    Q  Sure.  I believe -- if I understand your          10:24:17

12  allegations, one of them is that you were denied        10:24:19

13  the ability to apply for a promotion; is that          10:24:22

14  accurate or --                                          10:24:25

15    A  Yes, that is.                                      10:24:26

16    Q  Any other claims that you have against            10:24:28

17  Mariano's in this lawsuit?                              10:24:30

18    A  I was also being gossiped around the store         10:24:31

19  about my national origin.  And as well -- there        10:24:39

20  was a false narrative and obstruction of justice       10:24:44

21  against the law by Mariano's claiming that I was        10:24:50

22  under a drug usage or alcohol usage, which are --       10:24:52

23  that's a total lie.                                     10:24:58

24    Q  So in terms of you being gossiped about           10:25:01

1    regarding your nationality, who was gossiping          10:25:10

2    about you?                                              10:25:17

3        A  This was between the seafood department         10:25:18

4    with fellow store shoppers, as well as the cheese      10:25:21

5    department with fellow store shoppers, and then        10:25:29

6    the grocery department with other members that         10:25:33

7    worked with Mariano's, as well as the -- the front     10:25:38

8    desk.  The front desk customer service unit were       10:25:46

9    doing the same thing, gossiping about my national      10:25:52

10   origin.  So, yes, that's what's going on.              10:25:56

11       Q  Who, specifically, from the seafood             10:26:00

12   department was gossiping about your national           10:26:05

13   origin?                                                10:26:08

14       A  These were the -- excuse me my language --      10:26:08

15   the butchers in the seafood department with the        10:26:15

16   people that shopped in the store.  That's what it      10:26:23

17   was with them.  They conspired about my national       10:26:28

18   origin and made fun, gossiped on my name.              10:26:30

19       Q  And how did you hear about this?                10:26:33

20       A  I was approached --                             10:26:36

21       Q  By?                                             10:26:40

22       A  -- by customers about it and questioned         10:26:40

23   and made fun about it, which made it hard for me       10:26:44

24   to do my job and made it uncomfortable for me to       10:26:49

1   do my job because of that gossip and the          10:26:53

2   negativity.  You know, communication that was     10:26:59

3   talked about on my name about my national origin  10:27:04

4   and race.                                          10:27:07

5       Q  How many customers told you this?          10:27:08

6       A  I had at least three.                       10:27:12

7       Q  What were their names?                      10:27:13

8       A  I do not recall their names.  I never       10:27:17

9   asked them for their name.  I just kept doing my  10:27:19

10  job.                                               10:27:22

11      Q  So these three customers told you that      10:27:22

12  butchers were gossiping about your national        10:27:26

13  origin, right?                                     10:27:35

14      A  Yes.                                         10:27:36

15      Q  And then did these three customers also     10:27:36

16  say that people from the grocery department were   10:27:39

17  gossiping about your national origin?              10:27:43

18      A  No.                                          10:27:45

19      Q  And did these customers also tell you that  10:27:45

20  people from the cheese department were gossiping   10:27:47

21  about your national origin?                        10:27:50

22      A  No.                                          10:27:50

23      Q  Did they tell you that people from the      10:27:50

24  front desk or customer service area were gossiping 10:27:53

1    about your --                                    10:27:56

2        A   No.   I worked for seafood department,   10:27:57

3    deli.   And that's how I was able to be received 10:28:01

4    for those three that I can recall.               10:28:04

5        The cheese department would point, make      10:28:05

6    faces at me, towards my way.   And I would walk   10:28:12

7    past and I would hear a comment in lieu of me     10:28:18

8    about my national origin and being made fun of or 10:28:18

9    gossiped.   Then the grocery department, that was 10:28:23

10   another one about my national -- it was overheard 10:28:26

11   from them and what they overheard from someone    10:28:31

12   about my national race within gossip.             10:28:34

13       Then the customer service was having a --     10:28:37

14   they didn't know that I was listening in on their 10:28:42

15   conversation at one point at the checkout with the 10:28:45

16   clock-out box about my national origin and gossip 10:28:49

17   as well.   So I heard that -- overheard these     10:28:53

18   things at different times and different locations 10:28:56

19   as well.                                          10:28:59

20       Q   Okay.   So the gossip that you're talking 10:29:00

21   about here, this is stuff that third-party people 10:29:03

22   were saying about you outside of your presence,   10:29:09

23   correct?                                          10:29:13

24       A   They were saying these things within my  10:29:14

| | | |
|---|---|---|
| 1 | presence.  Because I was actually in those | 10:29:17 |
| 2 | departments there overhearing the discussion, and | 10:29:20 |
| 3 | it was brought to my attention.  So that's why I'm | 10:29:25 |
| 4 | able to understand that it was this gossip about | 10:29:28 |
| 5 | my national origin, because I was there at | 10:29:31 |
| 6 | different times in those different locations that | 10:29:34 |
| 7 | I just named. | 10:29:36 |
| 8 | Q  Okay.  Well, specifically, what was the | 10:29:37 |
| 9 | gossip in the seafood department about your | 10:29:40 |
| 10 | national origin? | 10:29:43 |
| 11 | A  That I look like an African and that | 10:29:43 |
| 12 | Africans have attitude issues and have poor work | 10:29:50 |
| 13 | ethic.  That was the discussion about.  And that I | 10:29:55 |
| 14 | was too dark and I seem like I could be from | 10:29:59 |
| 15 | somewhere out of Africa.  And what kind of people | 10:30:06 |
| 16 | do y'all -- and being made fun of, what kind of | 10:30:10 |
| 17 | people are y'all because it seem like y'all have | 10:30:14 |
| 18 | attitude issues and y'all have poor work | 10:30:16 |
| 19 | performance.  And I was approached with that | 10:30:19 |
| 20 | constantly. | 10:30:21 |
| 21 | Q  Can you -- | 10:30:22 |
| 22 | A  Yeah. | 10:30:23 |
| 23 | Q  And can you give me the name of specific | 10:30:24 |
| 24 | people who gossiped about you? | 10:30:27 |

1    A   In the seafood department, those butchers                 10:30:29

2  -- what was the butcher's name?  That's been a                  10:30:33

3  while.  It's been a year ago.  All I know is these              10:30:36

4  are guys on the first shift that I worked, between              10:30:40

5  the 3:00 a.m. shift to the 12:00 p.m. shift --                  10:30:43

6    Q   Okay.                                                     10:30:50

7    A   -- of the first shift.  And then those                    10:30:51

8  others in that seafood/deli department that I was               10:30:55

9  working, I heard the gossip.  Out of that                       10:30:57

10 department was customers that I never asked their               10:31:00

11 name.  These were random customers that was in                  10:31:03

12 talks with those butchers about my name.                        10:31:06

13   Q   So these are customers -- you're learning                 10:31:06

14 about this gossip from the butchers from the                    10:31:08

15 customers, right?                                               10:31:11

16   A   At least three customers, yes.                            10:31:12

17   Q   Okay.  And with respect to the grocery                    10:31:15

18 department, the cheese department, the front desk               10:31:18

19 department, can you give me the names of the                    10:31:21

20 specific people at --                                           10:31:23

21   A   The cheese department --                                  10:31:23

22   Q   Don't finish my question.                                 10:31:23

23       With respect to those departments, the                    10:31:25

24 grocery department, the cheese department, the                  10:31:26

| | | |
|---|---|---|
| 1 | front desk department, can you give me the names | 10:31:29 |
| 2 | of the specific employees who were gossiping about | 10:31:31 |
| 3 | your national origin? | 10:31:34 |
| 4 | A  The cheese department, I do not know their | 10:31:35 |
| 5 | names that work in there.  They had new employees | 10:31:39 |
| 6 | that were there as well as old.  I don't remember | 10:31:44 |
| 7 | their names.  But they worked between that | 10:31:51 |
| 8 | 3:00 a.m. and the 12:00 p.m. shift when I was | 10:31:57 |
| 9 | there, that first shift.  I don't remember their | 10:32:01 |
| 10 | names because it's been a year ago, honestly. | 10:32:04 |
| 11 | Q  What about the grocery department?  Can | 10:32:07 |
| 12 | you tell me the names of the -- | 10:32:10 |
| 13 | A  The grocery department, in that area, I | 10:32:11 |
| 14 | don't remember their names either, but I had -- I | 10:32:13 |
| 15 | don't remember his name.  It was a guy.  It was a | 10:32:18 |
| 16 | male.  I don't remember his name.  But it was from | 10:32:20 |
| 17 | the grocery department.  And then customer | 10:32:22 |
| 18 | service, I do not remember their names.  The only | 10:32:26 |
| 19 | person name that I remember is Crystal Brandon and | 10:32:28 |
| 20 | Ziam and his assistant -- I don't ever remember | 10:32:32 |
| 21 | his assistant manager's name, honestly. | 10:32:34 |
| 22 | Q  Ziam was the store director? | 10:32:36 |
| 23 | A  He is the store director for that location | 10:32:38 |
| 24 | of Mariano's. | 10:32:41 |

| | | |
|---|---|---|
| 1 | Q  Okay.  And so what, specifically, is your | 10:32:42 |
| 2 | race? | 10:33:06 |
| 3 | A  I'm an American. | 10:33:08 |
| 4 | Q  Okay. | 10:33:10 |
| 5 | A  I was born here in America.  I've never | 10:33:10 |
| 6 | been anything else but that. | 10:33:15 |
| 7 | Q  And what, specifically, for the record, is | 10:33:18 |
| 8 | your color? | 10:33:21 |
| 9 | A  I'm a black man.  That's what I consider | 10:33:22 |
| 10 | myself.  Always be considered a black American | 10:33:25 |
| 11 | man. | 10:33:31 |
| 12 | Q  And then your national origin is American? | 10:33:31 |
| 13 | A  That's my national origin, yes.  And I | 10:33:33 |
| 14 | made that understood at that times. | 10:33:36 |
| 15 | Q  And with what sex do you identify? | 10:33:40 |
| 16 | A  I'm a man, a male. | 10:33:46 |
| 17 | Q  I'm handing you what I'm marking as | 10:33:47 |
| 18 | Deposition Exhibit 2. | 10:34:19 |
| 19 | (Rudolph-Kimble Deposition Exhibit 2 | 10:34:20 |
| 20 | marked for identification and attached to the | 10:34:20 |
| 21 | transcript.) | 10:34:22 |
| 22 | Q  You've seen this document before, correct? | 10:34:22 |
| 23 | A  Yeah. | 10:34:24 |
| 24 | Q  These are the interrogatories that | 10:34:26 |

| | | |
|---|---|---|
| 1 | Mariano's served on you in this case, correct? | 10:34:31 |
| 2 | A  Okay.  I sent you those, 1 through 14 | 10:34:34 |
| 3 | answers, interrogatory. | 10:35:22 |
| 4 | Q  And Exhibit 2 here, these interrogatories, | 10:35:27 |
| 5 | you received them from Mariano's on October 31, | 10:35:33 |
| 6 | 2002 [sic], correct? | 10:35:37 |
| 7 | A  Yes. | 10:35:40 |
| 8 | Q  And I'm handing you what I've marked as | 10:35:41 |
| 9 | Deposition Exhibit 3.  These are your responses to | 10:35:44 |
| 10 | those interrogatories, correct? | 10:35:47 |
| 11 | (Rudolph-Kimble Deposition Exhibit 3 | 10:35:47 |
| 12 | marked for identification and attached to the | 10:35:47 |
| 13 | transcript.) | 10:35:50 |
| 14 | A  Missing the other seven questions -- seven | 10:35:50 |
| 15 | answers. | 10:35:53 |
| 16 | Q  We've never received -- these are the only | 10:35:53 |
| 17 | answers that we've ever received.  And you've | 10:35:56 |
| 18 | produced this document, Exhibit 3, on January | 10:36:04 |
| 19 | 27th, and then you produced it again on February | 10:36:09 |
| 20 | 6th, 2023, correct? | 10:36:11 |
| 21 | A  Yes, I did.  And it was again by March | 10:36:13 |
| 22 | 3rd, 2023. | 10:36:17 |
| 23 | Q  Okay.  So you did supplement them again? | 10:36:19 |
| 24 | A  March 3rd, 2023, I supplemented them | 10:36:24 |

1    through the e-mail system --                          10:36:29

2        Q  So you --                                       10:36:31

3        A  -- to Griesmeyer.                               10:36:32

4        Q  Okay.  So you're saying that you e-mailed       10:36:32

5    supplemental interrogatory answers to my office on    10:36:35

6    March 3rd, 2023?                                       10:36:37

7        A  Yes, I have.  Wait a minute.  My birthday       10:36:39

8    was March 3rd.  I was ordered to do that.  I          10:36:46

9    actually did it before then.  I actually sent that    10:36:49

10   off before then.                                       10:36:53

11       Q  When did you send it?                           10:36:53

12       A  Let me see.  Let me go through here and         10:36:55

13   see.  Give me one moment.  One moment.  This is on     10:36:57

14   February the 6th, 2023.  And these are the answers     10:37:42

15   right here, the 8 through 14 answers.  And I --        10:37:48

16   yes.  These are the answers.  I verified that.         10:37:57

17   And I e-mailed you those answers February 6th,         10:38:01

18   2022, from what it says right here.                    10:38:07

19       Q  Okay.  Well, this is the first I've seen        10:38:13

20   of these.  I never received an e-mail.  With           10:38:19

21   respect to your supplemental production, I didn't      10:38:25

22   receive it on February 6th; I didn't receive it       10:38:28

23   since then.  The only thing I've ever received is      10:38:32

24   this one page of answers for interrogatories 1         10:38:35

1    through 7.                                              10:38:39

2         And as you can see, I mean, if you look at       10:38:40

3    Exhibit 3 here, this is the cover e-mail that you     10:38:43

4    sent and then it has one document attached, one      10:38:44

5    JPEG.  It doesn't have two pages.  It only has one   10:38:47

6    page attached.  And that's one page referenced in    10:38:49

7    the attachment file.                                 10:38:52

8         So, I'd ask, can you please --                   10:38:54

9    A   Resend.                                           10:39:00

10   Q   -- resend?                                        10:39:00

11   A   I sure can.                                       10:39:03

12   Q   Okay.                                             10:39:05

13   A   Give me one second.  Because I have so           10:40:10

14   much storage on my phone.  Give me one more          10:40:14

15   moment.  My phone -- I have to pay my bill, so       10:42:27

16   it's a little down.  Give me one second.  That       10:42:31

17   will not show up.  Give me one second.  One more     10:43:41

18   second.  Is there -- by chance, do you guys have     10:43:45

19   Wi-Fi in here?                                       10:45:13

20   Q   We do.                                            10:45:14

21   A   So I can see this document.  Password?           10:45:18

22   Q   Sure.  It's welcome, all lower case,             10:45:28

23   W-E-L-C-O-M-E, 123.                                  10:45:32

24   A   Finally.  It's over to you guys, again.          10:48:04

1    And I also sent it to Abernath@GRGlegal.com on          10:48:11

2    February the 6th, 2023, as well.                        10:48:17

3        Q   Okay.  I'm handing you what I've marked as      10:48:22

4    Exhibit 4.  That is a copy of the Rule 34 request       10:48:28

5    for production that Mariano's sent to you in this       10:48:31

6    case, correct?                                          10:48:35

7            (Rudolph-Kimble Deposition Exhibit 4            10:48:35

8    marked for identification and attached to the           10:48:35

9    transcript.)                                            10:48:41

10       A   I am familiar with this.                        10:48:41

11       Q   And then handing you Exhibit 5.  These are      10:49:01

12   the documents that you produced in response to          10:49:08

13   those Rule 34 requests.  You produced those on          10:49:11

14   January 27, 2023, correct?                              10:49:16

15           (Rudolph-Kimble Deposition Exhibit 5            10:49:16

16   marked for identification and attached to the           10:49:16

17   transcript.)                                            10:49:26

18       A   Reiterate the question again.                   10:49:26

19       Q   The documents you're looking at as              10:49:30

20   Exhibit 5, those are the documents that you             10:49:35

21   produced in response to Mariano's Rule 34               10:49:38

22   production request, correct?                            10:49:42

23       A   Yes.                                            10:49:44

24       Q   And you produced those on January 27,           10:49:45

Transcript of Brandon Rudolph-Kimble
Conducted on March 13, 2023                                    30

| | | |
|---|---|---|
| 1 | 2023, correct? | 10:49:48 |
| 2 | A   Yes. | 10:49:49 |
| 3 | Q   What is your current address? | 10:49:51 |
| 4 | A   211 East Delaware Place, Unit 206, | 10:49:55 |
| 5 | Chicago, Illinois.  ZIP code 60611. | 10:49:59 |
| 6 | Q   Do you rent or own? | 10:50:04 |
| 7 | A   I was renting. | 10:50:06 |
| 8 | Q   Who do you live there with, if anyone? | 10:50:07 |
| 9 | A   My ex, Kiptori Evans, and my daughter, | 10:50:10 |
| 10 | ██████████. | 10:50:19 |
| 11 | Q   How long have you lived there? | 10:50:24 |
| 12 | A   March 2021. | 10:50:29 |
| 13 | Q   Before you lived at your current address, | 10:50:39 |
| 14 | what was your address? | 10:50:45 |
| 15 | A   It was 310 South Halsted Street.  ZIP code | 10:50:46 |
| 16 | 60661.  Chicago, Illinois. | 10:50:53 |
| 17 | Q   So you say you started living at your | 10:51:01 |
| 18 | current address March of 2021; is that accurate or | 10:51:07 |
| 19 | was it March of 2022? | 10:51:12 |
| 20 | A   Let me recant that.  That's actually March | 10:51:14 |
| 21 | of 2022. | 10:51:18 |
| 22 | Q   Okay.  So in February of 2022, you were | 10:51:19 |
| 23 | living at 310 South Halsted Street in Chicago, | 10:51:22 |
| 24 | correct? | 10:51:29 |

1    A   I was living in a -- what do you call that          10:51:29

2  -- a hostel, yes.                                         10:51:32

3    Q   And the address for that hostel was 310             10:51:35

4  South Halsted Street, correct?                            10:51:41

5    A   Yes, it is.                                         10:51:42

6    Q   Okay.  And are you married?                         10:51:44

7    A   No.  We are not married, no.                        10:51:50

8    Q   Have you ever been married?                         10:51:52

9    A   I've never been married.  No, sir.  The             10:51:53

10  most I've done was get a marriage certificate of         10:51:56

11  licensure, but I never went with the solemnized          10:52:00

12  marriage.  So I have not been legally married, no.       10:52:04

13    Q   So you did get a marriage license?                 10:52:04

14    A   I did do that with Kiptori Evans, yes.             10:52:06

15    Q   How do you spell her name?                         10:52:10

16    A   K-I-P-T-O-R-I.  Last name Evans.                   10:52:11

17    Q   And does Ms. Evans work?  Is she employed?         10:52:16

18    A   She does.                                          10:52:23

19    Q   What's her occupation?                             10:52:27

20    A   She work for a place called Sur La Table.          10:52:29

21  Sur La Table.                                            10:52:29

22    Q   How do you spell that?                             10:52:37

23    A   S-U-R-L-A-T-A-B-L-E.                               10:52:39

24    Q   That's a restaurant?                               10:52:53

Transcript of Brandon Rudolph-Kimble
Conducted on March 13, 2023                    32

| | | |
|---|---|---|
| 1 | A   That is a department retail store. | 10:52:54 |
| 2 | Q   Has Ms. Evans, to your knowledge, ever | 10:52:59 |
| 3 | worked in the grocery business? | 10:53:03 |
| 4 | A   Reiterate the question again. | 10:53:05 |
| 5 | Q   To your knowledge, has Ms. Evans ever | 10:53:07 |
| 6 | worked in the grocery business? | 10:53:10 |
| 7 | A   She has never worked in the grocery | 10:53:12 |
| 8 | business, never. | 10:53:14 |
| 9 | Q   Did she ever apply for work at Mariano's? | 10:53:15 |
| 10 | A   No. | 10:53:19 |
| 11 | Q   And she's never worked at Mariano's, | 10:53:19 |
| 12 | correct? | 10:53:22 |
| 13 | A   That is correct. | 10:53:23 |
| 14 | Q   And you've mentioned ███████.  That's your | 10:53:23 |
| 15 | daughter? | 10:53:29 |
| 16 | A   She will be one ███████ 2023, yes. | 10:53:29 |
| 17 | Q   And is ███████ your only child? | 10:53:35 |
| 18 | A   That's my only child. | 10:53:38 |
| 19 | Q   Given her age, I take it she's never | 10:53:40 |
| 20 | worked in the grocery business? | 10:53:44 |
| 21 | A   Not yet.  Not yet. | 10:53:46 |
| 22 | Q   And what is your date of birth? | 10:53:51 |
| 23 | A   I'm born ███████ 1988. | 10:53:53 |
| 24 | Q   And where did you grow up? | 10:53:56 |

| | | |
|---|---|---|
| 1 | A  I was born here in Chicago, Illinois, | 10:53:58 |
| 2 | south side of Chicago, Illinois.  Then I grew up | 10:54:01 |
| 3 | in the Warner Robins, Georgia area.  This is 1996 | 10:54:03 |
| 4 | up until 2021. | 10:54:10 |
| 5 | Q  Is that a suburb of Atlanta? | 10:54:12 |
| 6 | A  That's a suburb of Atlanta and Macon, | 10:54:19 |
| 7 | Georgia, yeah. | 10:54:23 |
| 8 | Q  Your father, what's his name? | 10:54:25 |
| 9 | A  Mr. Gary Kimble. | 10:54:26 |
| 10 | Q  And where does Mr. Gary Kimble live? | 10:54:30 |
| 11 | A  He's in the city Milwaukee, Wisconsin. | 10:54:36 |
| 12 | Q  And what was his occupation when you were | 10:54:40 |
| 13 | a kid growing up? | 10:54:44 |
| 14 | A  I don't know.  He's a prisoner.  He's been | 10:54:50 |
| 15 | in prison for 30 years, literally, on and off | 10:54:54 |
| 16 | imprisonment.  I don't even have a really -- a | 10:54:58 |
| 17 | relationship with him like that, honestly.  I | 10:55:03 |
| 18 | won't even lie to you.  That's the truth. | 10:55:06 |
| 19 | Q  And your mother, what's her name? | 10:55:11 |
| 20 | A  Monique Rudolph. | 10:55:13 |
| 21 | Q  And where does Ms. Rudolph live? | 10:55:14 |
| 22 | A  McDonough, Georgia, suburb of Atlanta, | 10:55:19 |
| 23 | Georgia.  Her occupation for the past 25 years is | 10:55:24 |
| 24 | a registered nurse and a mother. | 10:55:27 |

1    Q   Did Ms. Rudolph ever work in the grocery          10:55:32
2  business?                                               10:55:38
3    A   No.                                               10:55:39
4    Q   Do you know if she's ever applied for work        10:55:40
5  at Mariano's?                                           10:55:44
6    A   She's never applied for work for Mariano's        10:55:45
7  ever, never.                                            10:55:49
8    Q   Do you have any siblings?                         10:55:50
9    A   Yes, I do.                                         10:55:51
10   Q   How many?                                          10:55:53
11   A   I have a total of five.  No.  Make that            10:55:54
12  six.  It's actually six siblings.  It's four boys      10:55:57
13  and it's -- no.  It's five boys and one girl.          10:56:03
14  Five boys and one girl.                                10:56:07
15   Q   And your brothers, what are their names?           10:56:10
16   A   After me, there is Bresohn, B-R-E-S-O-H-N.         10:56:19
17  Last name is Chandler.  C-H-A-N-D-L-E-R.               10:56:26
18       The next one in line, his name is Dahvie.          10:56:31
19  And his name is spelled, D-A-H-V-I-E.  Last name,      10:56:35
20  H-O-L-M-E-S.  Holmes.                                  10:56:40
21       And then after that, Zion.  Z-I-O-N.  Last         10:56:45
22  name is Benson.  B-E-N-S-O-N.                          10:56:51
23       And the next one after that is Zeven.              10:56:55
24  Z-E-V-E-N.  Last name Benson.  B-E-N-S-O-N.            10:56:59

1        And the sister is Breyana.  B-R-E-Y-A-N-A.    10:57:08

2   Last name is Kimble.  K-I-M-B-L-E.                10:57:14

3        Q  All right.  I count four boys there.  Are    10:57:18

4   we missing a fifth brother?                       10:57:22

5        A  I'm the oldest.                           10:57:24

6        Q  I see.                                    10:57:24

7        A  Yeah.  I'm Brandon Rudolph-Kimble, the    10:57:27

8   oldest.                                           10:57:32

9        Q  And what are their age ranges?           10:57:32

10       A  My age range, starting with me, is -- I    10:57:35

11  just turned 33 days ten days ago.  And the next    10:57:39

12  line, which is Bresohn Rudolph -- I mean, Bresohn    10:57:39

13  Chandler, he will be -- he's 29 currently.  Dahvie    10:57:49

14  Holmes is currently 29 as well.  Zion just turned    10:57:56

15  15.  Zeven just turned 13.  And Breyana Kimble    10:58:03

16  will be -- her age this year will be -- she should    10:58:12

17  be 32 because she'll be 33 this year.  Yes.       10:58:20

18       Q  And do they all live around here?        10:58:24

19       A  No.                                       10:58:27

20       Q  Where do they live?                       10:58:28

21       A  They live in McDonough, Georgia.         10:58:29

22       Q  To your knowledge, have any of your      10:58:32

23  siblings ever worked in the grocery business?     10:58:40

24       A  They have never worked in the grocery    10:58:42

1    business.                                          10:58:43

2        Q   And, to your knowledge, have any of your   10:58:44

3    siblings ever applied for work at Mariano's?       10:58:46

4        A   Never have.                                10:58:48

5        Q   Did you ever serve in the military?        10:58:50

6        A   I did National Guard for the Army.         10:58:56

7        Q   When was that?                             10:58:59

8        A   That was in 2015 up until 2017.            10:59:00

9        Q   What was your rank?                        10:59:06

10       A   E3.                                        10:59:08

11       Q   And what was your unit?                    10:59:11

12       A   I was army.                                10:59:16

13       Q   Any area of responsibility or specialty?   10:59:19

14       A   I was a 91 Bravo.  We worked on -- we a    10:59:24

15   vehicle mechanic, so we worked on the PMLSs and    10:59:30

16   the MLTDs, just the trucks, you know, the army     10:59:35

17   truck tanks.  We worked on them.  I worked on      10:59:40

18   those, you know --                                 10:59:43

19       Q   And where were you stationed?              10:59:44

20       A   My first station was out of Fort Jackson,  10:59:45

21   South Carolina.  And then out of Fort -- I can't   10:59:51

22   think of the name right now.  Out of Virginia and  11:00:00

23   not too far -- in the Petersburg, Virginia area.   11:00:03

24   Fort -- I can't think of the name, but it was out  11:00:08

| | | |
|---|---|---|
| 1 | of Petersburg, Virginia. | 11:00:11 |
| 2 | Q   Were you honorably discharged? | 11:00:14 |
| 3 | A   Yes, I am. | 11:00:24 |
| 4 | Q   Where did you attend to high school? | 11:00:24 |
| 5 | A   I went to a high school called Northside | 11:00:26 |
| 6 | High School Eagles in Warner Robins, Georgia. | 11:00:30 |
| 7 | Q   And when did you graduate? | 11:00:30 |
| 8 | A   2006.  On time.  Yeah. | 11:00:31 |
| 9 | Q   And do you have any post high school | 11:00:36 |
| 10 | education? | 11:00:38 |
| 11 | A   I attended Central Georgia Technical | 11:00:38 |
| 12 | College.  And I attended a private school and got | 11:00:45 |
| 13 | a -- a diploma to work as a surgical technician in | 11:00:48 |
| 14 | 2008.  Yeah. | 11:00:56 |
| 15 | Q   Did you ever pursue a career as a surgical | 11:00:59 |
| 16 | technician? | 11:01:08 |
| 17 | A   Yes.  I was employed as a surgical | 11:01:09 |
| 18 | technician. | 11:01:11 |
| 19 | Q   From when to when? | 11:01:12 |
| 20 | A   My first date of employment as a surgical | 11:01:14 |
| 21 | technician was in 2011. | 11:01:19 |
| 22 | Q   And for how long were you employed as a | 11:01:24 |
| 23 | surgical technician? | 11:01:26 |
| 24 | A   I was only employed about a -- maybe about | 11:01:27 |

| | | |
|---|---|---|
| 1 | four or five months.  I did not like it.  It was | 11:01:32 |
| 2 | not for me. | 11:01:35 |
| 3 | Q  What didn't you like about it? | 11:01:36 |
| 4 | A  Hostile environment.  And, you know, the | 11:01:38 |
| 5 | surgeries, the mothers and fathers crying about | 11:01:44 |
| 6 | their loved ones or brothers and sisters crying of | 11:01:47 |
| 7 | patients passing away.  You know -- you know, the | 11:01:52 |
| 8 | word code blue, I didn't like to hear that, | 11:01:57 |
| 9 | honestly, to tell the truth. | 11:02:00 |
| 10 | Q  I understand completely. | 11:02:03 |
| 11 | Did you ever attend law school? | 11:02:06 |
| 12 | A  Have I ever attended law school? | 11:02:14 |
| 13 | Q  Correct. | 11:02:17 |
| 14 | A  I've never attended a law school training, | 11:02:18 |
| 15 | but I did do a legal -- paralegal.  And I did that | 11:02:20 |
| 16 | with Penn Foster. | 11:02:25 |
| 17 | Q  Where was that? | 11:02:28 |
| 18 | A  Where was Penn Foster? | 11:02:30 |
| 19 | Q  Where was that? | 11:02:33 |
| 20 | A  They are out of a place called Scranton, | 11:02:34 |
| 21 | Pennsylvania and maybe -- I think it was out of -- | 11:02:38 |
| 22 | somewhere out of Arizona.  They have two desolate | 11:02:42 |
| 23 | locations.  But they also have online training | 11:02:45 |
| 24 | program.  You can do a program -- | 11:02:48 |

| | |
|---|---|
| 1   Q  You did -- | 11:02:48 |
| 2   A  -- I did an online training program. | 11:02:50 |
| 3   Q  Did you get a paralegal certificate? | 11:02:52 |
| 4   A  Not yet.  No, sir.  I'm still studying | 11:02:54 |
| 5  now. | 11:03:01 |
| 6   Q  You have a YouTube channel, right? | 11:03:01 |
| 7   A  I do. | 11:03:24 |
| 8   Q  I'm handing you what I've marked as | 11:03:30 |
| 9  Exhibit 6.  Have you seen this before? | 11:03:32 |
| 10     (Rudolph-Kimble Deposition Exhibit 6 | 11:03:32 |
| 11  marked for identification and attached to the | 11:03:32 |
| 12  transcript.) | 11:03:35 |
| 13   A  Yeah.  That's me.  Oh, I know.  I was | 11:03:35 |
| 14  looking at it yesterday.  That's me on there. | 11:03:38 |
| 15   Q  Okay.  So these are screenshots from your | 11:03:40 |
| 16  YouTube channel, right? | 11:03:44 |
| 17   A  Yes, it is.  You've got it. | 11:03:45 |
| 18   Q  And what is the channel called? | 11:03:47 |
| 19   A  Well, the channel is -- I put my name as | 11:03:50 |
| 20  Honorable Brandon Rudolph-Kimble.  And for the | 11:04:02 |
| 21  record, I'm not a lawyer.  But I do have a Cash | 11:04:04 |
| 22  App that says Lawyer of the Years.  But that's | 11:04:07 |
| 23  just a phrase.  It's not a practice.  Let's make | 11:04:10 |
| 24  that understood. | 11:04:12 |

| | | |
|---|---|---|
| 1 | Q  Okay.  So it says Honorable Brandon A. | 11:04:13 |
| 2 | Rudolph-Kimble on your -- | 11:04:17 |
| 3 | A  That's right. | 11:04:18 |
| 4 | Q  -- YouTube? | 11:04:19 |
| 5 | Okay.  And honorable means judge, right? | 11:04:19 |
| 6 | A  I'm not a judge.  And it does not mean a | 11:04:23 |
| 7 | judge.  I've seen people call themselves honorable | 11:04:26 |
| 8 | without being a judge legally.  And I've never, | 11:04:31 |
| 9 | when I'm around town, displaying myself to be a | 11:04:34 |
| 10 | judge or a lawyer or even exhibiting that type of | 11:04:38 |
| 11 | behavior around town. | 11:04:42 |
| 12 | But it was just a short phrase and a | 11:04:45 |
| 13 | moniker.  But I am not, for the record, a lawyer | 11:04:48 |
| 14 | or a judge or an attorney at law or even | 11:04:52 |
| 15 | impersonating to be a lawyer or an attorney at law | 11:04:57 |
| 16 | or a judge.  For the record, I am not doing that. | 11:05:02 |
| 17 | Q  Okay.  You said you have a -- something | 11:05:05 |
| 18 | called Cash App $ Lawyer of the Years? | 11:05:09 |
| 19 | A  That was something that a Cash App allowed | 11:05:14 |
| 20 | me to do, but I am not considered, myself, a | 11:05:18 |
| 21 | lawyer. | 11:05:24 |
| 22 | Q  So what is the Cash App?  What is that? | 11:05:24 |
| 23 | A  Well, that was actually a -- one of the | 11:05:27 |
| 24 | things you can do on there is receive monies | 11:05:32 |

1   through your Cash App, but I have not received no      11:05:37

2   gains from Lawyers of the Years from anyone            11:05:41

3   through Cash App.  So I'll make that clear as well     11:05:43

4   for the record.                                        11:05:48

5       Q   Okay.  So you've never, at any point in        11:05:48

6   time, received any sort of money --                    11:05:50

7       A   No payments and no records.                    11:05:52

8       Q   Let me just -- sorry.  Just need to let me     11:05:54

9   finish my question so it's clean for the record.       11:05:57

10          So you have never received any type of         11:06:00

11  financial money through the Cash App Lawyer of the     11:06:03

12  Years program; is that right?                          11:06:09

13      A   That is correct.  No benefits at all.          11:06:10

14      Q   How long have you had this Cash App?           11:06:14

15      A   Maybe about four, five months.  Maybe          11:06:20

16  since October, September of 2022 at the tenure         11:06:24

17  till now.                                              11:06:32

18      Q   And what's the purpose of this Cash App        11:06:33

19  Lawyers of the Years?                                  11:06:48

20      A   To be honest with you, there was -- it did     11:06:50

21  not signify a purpose.  It did not have a purpose      11:06:54

22  because I've never been able to benefit or use it      11:06:58

23  or receive any monies or gains from it.                11:07:01

24      Q   Why did you create it, then?                   11:07:03

| | | |
|---|---|---|
| 1 | A   I created that in lieu of -- I honestly | 11:07:05 |
| 2 | was just creating a Cash App.  Trying to get a | 11:07:12 |
| 3 | Cash App.  My wife was trying to send me some | 11:07:15 |
| 4 | money, and I just hurried up and put that | 11:07:19 |
| 5 | together, that little moniker together.  And it | 11:07:22 |
| 6 | went through like that.  I put that -- and that's | 11:07:26 |
| 7 | what happens. | 11:07:26 |
| 8 | My wife was just trying to send me, like, | 11:07:27 |
| 9 | $5 or $10, $20 for lunch.  It was lunch benefit. | 11:07:30 |
| 10 | That's why I created the Cash App.  And I called | 11:07:34 |
| 11 | it that.  But I have not received any gains from a | 11:07:37 |
| 12 | transactional behavior as an attorney or a judge | 11:07:40 |
| 13 | by that Cash App.  Never did that. | 11:07:44 |
| 14 | Q   Okay.  But you did receive money, you | 11:07:47 |
| 15 | said, from your wife through the Cash App; is that | 11:07:50 |
| 16 | right? | 11:07:55 |
| 17 | A   I did receive a -- maybe between $5 to $20 | 11:07:55 |
| 18 | of lunch monies through that Cash App.  That's | 11:08:00 |
| 19 | all.  But it was not due for attorney benefits or | 11:08:06 |
| 20 | judge benefits or impersonation benefits or any | 11:08:08 |
| 21 | type of allocation due to motion filing or | 11:08:12 |
| 22 | anything like that or any transaction of sorts. | 11:08:15 |
| 23 | It was not for that benefit.  It was a gift for | 11:08:19 |
| 24 | lunch monies.  That's it. | 11:08:22 |

1    Q  Well, why did you call the Cash App          11:08:23

2  Lawyers of the Year?                              11:08:25

3    A  Because it was a moniker.  And they          11:08:26

4  allowed me to just put that in and type that in   11:08:29

5  there.  And they kind of just gave me that route  11:08:32

6  to just type in.  When you're going to type it on 11:08:35

7  your phone, they allowed me to use that and say   11:08:38

8  that as a slogan.                                 11:08:41

9       But I'm not benefitting in transaction of   11:08:42

10  an attorney at law or a judge or any type of     11:08:46

11  impersonation or trying to facilitate or solicit 11:08:48

12  any type of business for law -- law business to  11:08:53

13  receive monies.  That's what I'm not doing.  I've 11:08:58

14  never asked anyone for any Cash App monies in lieu 11:09:01

15  of being impersonation of law of any sorts.  I   11:09:06

16  have not done that.                              11:09:10

17    Q  But when you created the app, why did you   11:09:10

18  choose the name Lawyers of the Years?            11:09:13

19    A  They chose the app for me -- I mean, chose  11:09:16

20  the name of the app for me.                      11:09:20

21    Q  Who is they?                               11:09:21

22    A  Well, Cash App chose that name for me.      11:09:22

23  They allowed me and they gave me the extra words 11:09:26

24  to even present that in that format.  Cash App   11:09:30

| | | |
|---|---|---|
| 1 | allowed that.  I didn't necessarily just go | 11:09:33 |
| 2 | looking for that.  They allowed me to type in some | 11:09:35 |
| 3 | type of word with an L, with A, and then it gave | 11:09:40 |
| 4 | me the rest of it in slogan.  And I just tapped on | 11:09:45 |
| 5 | it and went for it. | 11:09:48 |
| 6 | But I have not received any benefit to | 11:09:49 |
| 7 | receive any gains -- you know what I mean -- in a | 11:09:52 |
| 8 | transaction of an impersonation of a judge or a | 11:09:55 |
| 9 | lawyer or an attorney at law or soliciting for | 11:09:57 |
| 10 | gains of Lawyers of the Year, you know, for | 11:10:01 |
| 11 | benefit of a law, judge, or anything.  I have not | 11:10:04 |
| 12 | received any of that like that, no, at all.  Never | 11:10:06 |
| 13 | asked for it either. | 11:10:08 |
| 14 | Q  So when you were creating the Cash App, | 11:10:10 |
| 15 | you could have chosen any name you wanted, right? | 11:10:13 |
| 16 | A  They chose the name for me.  You can't | 11:10:16 |
| 17 | choose any name you want.  You can't choose any | 11:10:19 |
| 18 | name you want.  And they chose that for me, Cash | 11:10:22 |
| 19 | App. | 11:10:26 |
| 20 | Q  Can you change that name? | 11:10:26 |
| 21 | A  I can go in there and make an attempt to | 11:10:27 |
| 22 | see if we can change and modify and amend it if | 11:10:31 |
| 23 | it's not in seal. | 11:10:34 |
| 24 | Q  And then in your YouTube channel here, you | 11:10:36 |

1    offer all sorts of analysis and advice on a whole        11:10:41

2    bunch of different --                                     11:10:46

3        A  I experienced it.                                  11:10:47

4        Q  Hold on.                                           11:10:49

5        A  Okay.                                              11:10:49

6        Q  You offer a whole bunch of advice on a             11:10:50

7    bunch of different legal topics, right?                   11:10:53

8        A  It was -- I didn't advocate anything to            11:10:56

9    the public, to be honest with you.  I spoke on my         11:11:01

10   experience and what I endured being jailed.               11:11:05

11   That's what I did.                                        11:11:11

12       Q  So one of the things you expound upon here         11:11:15

13   in your YouTube channel is you've got a 10-minute         11:11:21

14   and 31-second video clip talking about plenary            11:11:27

15   orders.  Right?                                           11:11:31

16       A  Yes, I do.                                         11:11:32

17       Q  What is a plenary order?                           11:11:34

18       A  I have one against someone -- that's              11:11:35

19   one -- for two years.                                     11:11:37

20       Q  What is it?                                        11:11:39

21       A  The plenary order of protection is a power         11:11:40

22   order of protection against them where they cannot        11:11:45

23   speak on my wife, my child, my finances, where           11:11:48

24   they can not touch my car, can't come nearly 50           11:11:56

| | | |
|---|---|---|
| 1 | feet near me or 200 feet.  That's just an example | 11:12:00 |
| 2 | right there.  I have a plenary order against | 11:12:04 |
| 3 | someone.  And I spoke about my experience.  That's | 11:12:06 |
| 4 | all. | 11:12:10 |
| 5 | Q  Now, you've said your wife a couple times | 11:12:11 |
| 6 | here, but I thought you said you were never | 11:12:14 |
| 7 | married? | 11:12:16 |
| 8 | A  We are not married, but we are -- we were | 11:12:16 |
| 9 | living together and we was in a common law, you | 11:12:20 |
| 10 | know, marriage, and so -- meaning, you're living | 11:12:24 |
| 11 | together, but you're not civil unioned, you're not | 11:12:26 |
| 12 | -- you're not under oath marriage.  You're not | 11:12:29 |
| 13 | solemnizing to your licensure of marriage.  So I'm | 11:12:32 |
| 14 | going to say my girlfriend, because that's what -- | 11:12:37 |
| 15 | she actually is my girlfriend. | 11:12:40 |
| 16 | Q  That's the same person you talked about | 11:12:42 |
| 17 | earlier? | 11:12:44 |
| 18 | A  Kiptori Evans is my girlfriend.  I keep | 11:12:44 |
| 19 | referring as wife, but she really is my | 11:12:44 |
| 20 | girlfriend.  Let's make that for the record. | 11:12:47 |
| 21 | Q  Okay.  So how does a plenary order differ | 11:12:49 |
| 22 | from any other type of order? | 11:12:51 |
| 23 | A  Well, I don't really want to go into | 11:12:54 |
| 24 | advocation about that because it doesn't have | 11:12:57 |

1   anything to do with this case.  It's irrelevant.      11:13:00

2   I mean, it's the truth.  It's irrelevant.  I          11:13:02

3   honestly don't want to give a relevancy about an      11:13:06

4   order of protection when it's not relevant to this    11:13:09

5   case.  I would rather not do that.                    11:13:13

6       Q   Setting aside the relevancy issue, I'm        11:13:15

7   just curious how a plenary order differs from any     11:13:18

8   other type of court order.                            11:13:22

9       A   I experienced where I put a plenary order     11:13:25

10  against someone in the city of Chicago, Illinois.     11:13:29

11  And I have it where they, for two years, are not      11:13:33

12  to come in contact with me.  It's a no-contact        11:13:37

13  order; not to contact my car, don't contact my        11:13:41

14  girlfriend, any ex partes that's on the matter.       11:13:44

15  That's what the judge -- that's what I was            11:13:48

16  ordered.  You understand me?  So that's what the      11:13:50

17  basis of that is about in my mind, and I leave it     11:13:52

18  at that.                                              11:13:55

19      Q   Okay.  So a plenary order means somebody      11:13:57

20  has to stay away from you and your possessions; is    11:14:03

21  that right?                                           11:14:08

22      A   They -- if it's ordered in my plenary         11:14:08

23  order that I have against that someone, it's          11:14:12

24  ordered for them not to have contact with me at       11:14:15

1    all costs.                                              11:14:17

2        Q   Who is this person you have this plenary        11:14:19

3    order against?                                          11:14:22

4        A   I wish not to disclose.                         11:14:23

5        Q   Okay.  But you still have to.  So who is        11:14:24

6    the person?  And, again, we can talk about having       11:14:27

7    the transcript sealed so it's not public record.        11:14:30

8    But who is this person that you have this plenary        11:14:32

9    order against?                                          11:14:36

10       A   I wish not to disclose.                         11:14:37

11       Q   Okay.  So are you refusing to answer the        11:14:39

12   question?                                               11:14:42

13       A   I am answering your question.  And I'm          11:14:43

14   letting you know that it's not a relevant answer        11:14:45

15   for me to answer this question.  And I don't want       11:14:50

16   to feel coerced.  I am telling you that right now.      11:14:52

17       Q   Okay.  I understand what you're saying.  I      11:14:56

18   just need the record to be clear.  Are you              11:14:59

19   refusing to answer that question?                       11:15:03

20       A   I'm going to answer the question now.           11:15:06

21   It's Ms. Logan.  And I'm going to leave it at           11:15:08

22   that.                                                   11:15:11

23       Q   Is Ms. Logan associated with Mariano's in       11:15:12

24   any respect?                                            11:15:19

1    A  No.  Never have.                                    11:15:20

2    Q  Another one of your videos on your YouTube          11:15:29

3  channel talks about Georgia record                       11:15:40

4  restrictions/expungement and misdemeanor sealing.        11:15:47

5  How do you know about that?                              11:15:50

6    A  Well, I experienced that with a friendship          11:15:55

7  of mine having to do that.  And I experienced that       11:15:58

8  with him.  And him -- having to speak in his favor       11:16:01

9  about that.  And it's public record.  It's public        11:16:07

10  information.  And it's for anyone who needs one.         11:16:12

11  So that's where that comes in at.                        11:16:16

12    Q  Okay.  But I'm not quite sure that                  11:16:19

13  answered my question.                                    11:16:28

14       My question was, how do you know about              11:16:29

15  Georgia record expungement?                              11:16:32

16    A  Because I've had a friend that dealt with           11:16:34

17  that with me.  And he needed my help in his              11:16:38

18  situation, in his case.  And I was able to speak         11:16:45

19  in his favor about it, about -- at his                   11:16:49

20  arraignment.  That is all.                               11:16:54

21    Q  So you represented your friend at his               11:16:57

22  arraignment?                                             11:17:00

23    A  No.  I never -- representation of no one.           11:17:00

24  When you speak, I'm just speak something as an           11:17:03

1    outside influence on his matter about this man's          11:17:06

2    character.  It was not advice -- entry of an              11:17:09

3    appearance or advocation of some sort, no, that           11:17:12

4    was not, or, like, making, you know, advocation or        11:17:16

5    representation.  I'm not his lawyer.  I'm not his         11:17:18

6    attorney at all.  And I'm not an attorney.  I'm           11:17:21

7    not a lawyer or a judge.                                  11:17:25

8        Q  So then I guess I'm wondering, what would          11:17:28

9    your friend need your assistance with?                    11:17:31

10       A  Character.  Character letter.  Character           11:17:33

11   -- a character letter.  A character about me              11:17:38

12   knowing this person for these amounts of years and        11:17:41

13   who this man is to me as a friend.                        11:17:45

14       Q  Okay.  So you had a friend in Georgia who          11:17:47

15   wanted their criminal record expunged and you             11:17:51

16   wrote a character reference in support of that            11:17:54

17   person; is that accurate?                                 11:17:57

18       A  In his record restriction case, yes, I            11:17:59

19   did.                                                      11:18:03

20       Q  Okay.  And then what about firearms               11:18:04

21   restraining orders in Texas, Texas red flag laws?        11:18:06

22   What do you know about that?                             11:18:10

23       A  Well, that was a discussion that it was          11:18:13

24   public law -- public record on the news about that       11:18:16

| | | |
|---|---|---|
| 1 | in that Texas shooting with that young man being, | 11:18:19 |
| 2 | like, 18 last year, last April, if you're familiar | 11:18:23 |
| 3 | with that. And that was one of the things that | 11:18:25 |
| 4 | was brought up on CNN. And I put it on my YouTube | 11:18:29 |
| 5 | channel. So that's what I did, honestly. | 11:18:32 |
| 6 | It was brought up as public record about | 11:18:35 |
| 7 | that, firearms rights restraining, you know -- you | 11:18:37 |
| 8 | know, just about that whole aspect of it. And I | 11:18:39 |
| 9 | brought it up. And if you look at the video, you | 11:18:43 |
| 10 | know, it will explain what was already brought up | 11:18:46 |
| 11 | on CNN about that shooting. And I brought it up | 11:18:49 |
| 12 | on my channel as well about what CNN had already | 11:18:53 |
| 13 | publicly, you know, put out there for the world to | 11:18:57 |
| 14 | see, you know, about firearms rights restraining | 11:19:00 |
| 15 | order laws. | 11:19:03 |
| 16 | Q But what specifically do you know about | 11:19:04 |
| 17 | firearm restraining orders with respect to Texas? | 11:19:06 |
| 18 | A What I saw on CNN was that -- publicly, it | 11:19:08 |
| 19 | was shown that CNN channel and broadcasted -- that | 11:19:12 |
| 20 | if you know someone that's mentally and | 11:19:15 |
| 21 | emotionally ill that's carrying around a firearm, | 11:19:18 |
| 22 | that you should contact local authority and that | 11:19:22 |
| 23 | you should let that be known so that gun can be | 11:19:26 |
| 24 | confiscated from them. That's all I was basically | 11:19:33 |

1   saying.  Or if they're a, you know, convicted                    11:19:38

2   felony, they shouldn't be walking around with a                  11:19:40

3   gun.  That's what I was basically saying, you                    11:19:43

4   know?                                                            11:19:45

5       Q   Got you.  And you got that information                   11:19:45

6   from CNN?                                                        11:19:47

7       A   CNN.                                                     11:19:48

8       Q   Okay.  And then one of your other videos               11:19:48

9   here talks about extradition laws, extradition                   11:19:50

10  laws in the USA, and it says, Please help me,                    11:19:53

11  Honorable Brandon.  Who were you trying to help                  11:19:58

12  with respect to extradition laws?                                11:19:52

13      A   Well, that was another one of those                     11:20:00

14  slogans.  And it says, Support, please help me,                  11:20:03

15  Brandon, with the exclamation marks.  And that was               11:20:04

16  a slogan phrase titled, but it was not soliciting                11:20:07

17  or advocating for help or advocating people to                   11:20:14

18  respond, because no one responded to me.  Nobody                 11:20:18

19  made comments in my section.                                     11:20:21

20      Nobody also never called me to actually                     11:20:24

21  even do anything to have a discussion or advocacy.               11:20:26

22  You know what I mean?  That never occurred, never                11:20:33

23  happened, for the record.                                        11:20:37

24      That, basically, was from another friend                    11:20:37

1   that talked to me about his experience, that he          11:20:40

2   was extradited from another state, and how                11:20:45

3   horrible it was when he had to make a -- call me          11:20:50

4   from the jails, Cook County Jail, and made --             11:20:54

5   about the government -- government warrant,               11:20:59

6   basically, being signed versus an extradition            11:21:05

7   warrant from an actual -- one of his attorneys.          11:21:20

8   I'm not sure.                                             11:21:17

9        But to basically to sign it, you know,              11:21:17

10  versus being picked up and extradited within 90          11:21:24

11  days versus 30 days back to his home warrant             11:21:28

12  state.  That's all I was speaking about, his             11:21:32

13  experience.  That was from another person's              11:21:37

14  experience that allowed me to understand that,           11:21:39

15  yes, that was in jail and going through                  11:21:42

16  arraignment in courts about the extradition laws         11:21:45

17  with himself.                                             11:21:49

18      Q  And then why did you use the slogan,              11:21:49

19  Please help me, Honorable Brandon?                       11:21:53

20      A  I was actually gaining attention that way.        11:21:55

21  But no one asked for me to help them and no one          11:21:57

22  actually received help from me because we never         11:22:01

23  got into a commentary about what I videoed about         11:22:04

24  the extradition laws.  No one -- and no monies           11:22:09

| | | |
|---|---|---|
| 1 | were transacted either, for the record.  No | 11:22:15 |
| 2 | benefits were transacted, none.  No properties | 11:22:18 |
| 3 | were transacted at all. | 11:22:22 |
| 4 | Q  Do you know whether or not it is a crime | 11:22:23 |
| 5 | to hold yourself out to the public as a lawyer | 11:22:27 |
| 6 | when you are not? | 11:22:31 |
| 7 | A  I've never holded myself out there as a | 11:22:33 |
| 8 | lawyer. | 11:22:36 |
| 9 | Q  Well, that wasn't the question. | 11:22:36 |
| 10 | The question is, do you know whether or | 11:22:39 |
| 11 | not it is or isn't a crime? | 11:22:41 |
| 12 | A  No, I did not. | 11:22:42 |
| 13 | Q  You don't know one way or the other? | 11:22:44 |
| 14 | A  I do not know the law on that.  No, I do | 11:22:47 |
| 15 | not. | 11:22:51 |
| 16 | Q  Okay.  Have you ever been arrested for a | 11:22:51 |
| 17 | crime? | 11:22:58 |
| 18 | A  I have. | 11:22:58 |
| 19 | Q  When was that? | 11:22:59 |
| 20 | A  It's been years since I've been arrested | 11:23:03 |
| 21 | for a crime. | 11:23:08 |
| 22 | Q  What was the most recent arrest? | 11:23:10 |
| 23 | A  The most recent arrest was an entering an | 11:23:13 |
| 24 | auto charge.  2018.  September 2018. | 11:23:22 |

1    Q   I'm sorry.  Could you say that again?  It          11:23:27

2    was a what type of charge?                             11:23:31

3    A   Entering an auto.  To enter an auto                11:23:32

4    without consent.                                       11:23:34

5    Q   Entering an automobile without consent; is         11:23:35

6    that right?                                            11:23:39

7    A   That is correct.                                   11:23:39

8    Q   Okay.  And what are the circumstances              11:23:40

9    surrounding that?                                      11:23:42

10   A   Well, that case is on -- that case, I have         11:23:43

11   not been convicted.  And that case happened five       11:23:48

12   years ago.  That was in 2018.  And I'm in the          11:24:00

13   process right now of having it expunged, to be         11:24:04

14   quite honest.                                          11:24:08

15   Q   Where was this?                                    11:24:09

16   A   This was in Georgia.                               11:24:10

17   Q   And so you were never convicted for that?          11:24:11

18   A   Never been convicted for it because I              11:24:17

19   never did it, you know, honestly, even though I        11:24:20

20   was arrested for it.  But I was never convicted or     11:24:24

21   a sentencing or even -- it's not -- it's not --        11:24:29

22   it's neither one.  It's set aside.                     11:24:34

23   Q   Is that case still pending?                        11:24:37

24   A   The case is still open, but it's going to          11:24:44

1   be closed soon.                                          11:24:49

2       Q   Do you have a lawyer representing you in         11:24:50

3   that case?                                               11:24:53

4       A   I do not.                                        11:24:53

5       Q   Have you ever been arrested for any other        11:24:55

6   crimes?                                                  11:25:01

7       A   I've been arrested for other crimes.             11:25:02

8       Q   What are those?                                  11:25:05

9       A   One of the crime just -- that may have           11:25:06

10  been 2018 year, as a matter of fact.  Just going         11:25:11

11  -- being on the -- going on the bus not having           11:25:16

12  enough money in Atlanta, Georgia.  And I was             11:25:21

13  arrested for that.  And that's a misdemeanor crime       11:25:25

14  that's also due for an expungement as well.              11:25:31

15      Q   Any other crimes for which you've been           11:25:34

16  arrested?                                                11:25:37

17      A   Just traffic violation, minor traffic            11:25:38

18  violations.  Drive on suspended driver's license.        11:25:41

19  That is all.                                             11:25:46

20      Q   Now, in your Rule 34 production responses        11:25:55

21  in this case, which we've marked as Exhibit 5 --         11:25:58

22      A   Rule 34.                                         11:26:13

23      Q   Take a look at Exhibit 5.  Could you?            11:26:16

24          (Rudolph-Kimble Deposition Exhibit 5             11:26:16

| | | |
|---|---|---|
| 1 | marked for identification and attached to the | 11:26:16 |
| 2 | transcript.) | 11:26:19 |
| 3 | A  Exhibit 5.  I'm here. | 11:26:19 |
| 4 | Q  Okay.  Kind of halfway through, probably | 11:26:32 |
| 5 | around page 19 or so, there's a copy of a | 11:26:36 |
| 6 | background check report.  Are you familiar with | 11:26:39 |
| 7 | that? | 11:26:43 |
| 8 | A  Yes, I am. | 11:26:43 |
| 9 | Q  Here.  Let's mark this as Exhibit 7. | 11:26:44 |
| 10 | (Rudolph-Kimble Deposition Exhibit 7 | 11:26:54 |
| 11 | marked for identification and attached to the | 11:26:54 |
| 12 | transcript.) | 11:26:54 |
| 13 | Q  That might be a cleaner copy.  Exhibit 7 | 11:27:04 |
| 14 | is that background check report, right? | 11:27:07 |
| 15 | A  I'm seeing this. | 11:27:10 |
| 16 | Q  And so you did receive a copy of this | 11:27:20 |
| 17 | background check report at some point, right? | 11:27:24 |
| 18 | A  I received it after I was terminated of my | 11:27:27 |
| 19 | contract. | 11:27:30 |
| 20 | Q  Okay.  But you did receive it? | 11:27:34 |
| 21 | A  I did receive it. | 11:27:35 |
| 22 | Q  All right.  And if we look here on | 11:27:37 |
| 23 | Exhibit 7, it talks about an offense date of March | 11:27:39 |
| 24 | 21, 2018.  Do you see that? | 11:27:43 |

1    A   March 21, 2018.                                    11:27:47

2    Q   Right.  And if you see in the lower               11:28:01

3  right-hand corner, there's page numbers on this.        11:28:04

4  It says D000113 on the page that I'm looking at.         11:28:07

5  Do you see that?                                         11:28:12

6    A   D000113?                                           11:28:13

7    Q   Correct.                                           11:28:20

8    A   I am right here now.                               11:28:21

9    Q   And if you look on that page, there is a           11:28:24

10  record there of a criminal conviction.  And the        11:28:28

11  disposition date of that conviction is August 10,      11:28:34

12  2018.  Do you see that?                                 11:28:37

13    A   That's the one I spoke about earlier in          11:28:38

14  our deposition.                                          11:28:41

15    Q   Okay.  And the offense date of that              11:28:42

16  incident is March 21, 2018, right?                      11:28:45

17    A   Okay.  Yes.                                       11:28:48

18    Q   And it says the offense there is unlawful        11:28:49

19  to alter/sell/exchange tokens, transfers,               11:28:54

20  transaction cards, etc. without consent, right?        11:29:03

21    A   That's what it says.                             11:29:06

22    Q   What happened that led to this arrest and        11:29:11

23  conviction?                                             11:29:15

24    A   Well, what happened was the fact that I          11:29:15

1  didn't have enough money to enter.  And I tapped          11:29:19

2  my card to enter on the bus -- excuse my language          11:29:21

3  -- enter on the bus.  And instead of me putting           11:29:25

4  the rest of the fare in there, I kept on walking.         11:29:29

5  And then, subsequently, an arrest happened.               11:29:33

6  That's what happened.                                     11:29:38

7      Q   So it's, essentially, you rode the bus            11:29:38

8  without paying the fare for the bus, essentially,         11:29:42

9  is what happened?                                         11:29:46

10     A   Paying the remaining balance of the fare          11:29:46

11 of the -- on the bus.  That's what happened.  And         11:29:52

12 I was subsequently arrested for not paying the            11:29:54

13 remaining balance of the fare.                            11:29:59

14     Q   How did the arrest happen?                        11:30:05

15     A   I was called upon.  It was -- it was              11:30:13

16 already -- the policemen there.  And they say,            11:30:17

17 well, you are under arrest for not paying the             11:30:19

18 remaining balance.  And I went to jail.  And I had        11:30:22

19 an arraignment for court the next day, within 24          11:30:26

20 hours later.                                              11:30:31

21          And I actually did the few days in jail.         11:30:32

22 And I was -- but before I was released, I was told        11:30:35

23 that I needed to go and expunge it -- that I can          11:30:38

24 go in and expunge my case because of the fact that        11:30:42

1    it was -- I had the ability to expunge that.  I              11:30:46

2    was given that order from the judge of this case.            11:30:50

3    I was given that, you know, inclemency, you know,            11:30:53

4    to do that.                                                  11:30:56

5       Q  So back up.  The start of the incident was            11:30:57

6    when you went on the bus and you swiped your                 11:31:00

7    transit card, which didn't have enough money to             11:31:05

8    pay for the fare at that time, correct?                      11:31:08

9       A  It was at that time, yes.                             11:31:10

10      Q  What day was that?                                    11:31:12

11      A  That had to be in the month of March 2018.           11:31:13

12   I don't remember the exact date.  But it's saying           11:31:17

13   the offense date to the -- was the occurrence on            11:31:19

14   March 21st, 2018, so --                                      11:31:22

15      Q  Okay.  So to the best of your                         11:31:25

16   recollection, it was March 21 of 2018?                       11:31:27

17      A  Yes.                                                  11:31:30

18      Q  And then what date were you arrested?  Was           11:31:30

19   it the same day?                                             11:31:33

20      A  It was the same day.                                 11:31:34

21      Q  So did the bus driver stop the bus or                11:31:35

22   something and say you need to pay the full fare             11:31:38

23   and we're going to call the police?  How did that           11:31:41

24   happen?                                                      11:31:44

| | | |
|---|---|---|
| 1 | A  Well, they had a video recording.  And | 11:31:44 |
| 2 | they saw me where I did not pay the remaining | 11:31:47 |
| 3 | balance.  And, beep, and police was alarmed.  And | 11:31:51 |
| 4 | they asked me about it.  Then they took me into | 11:31:51 |
| 5 | custody, detained me -- arrested me and detained | 11:31:54 |
| 6 | me. | 11:31:57 |
| 7 | Q  So it was, like, a few stops later? | 11:31:58 |
| 8 | A  No.  It was at that one stop at that one | 11:32:01 |
| 9 | moment.  It all impacted at that one moment.  It | 11:32:04 |
| 10 | was never driving around causing a raucous and | 11:32:07 |
| 11 | anything like that.  It didn't go that way. | 11:32:11 |
| 12 | It just -- we got -- the video alarmed. | 11:32:11 |
| 13 | And it beep, beep, beeped.  It alarmed the PD, the | 11:32:13 |
| 14 | police department, and they was there on the site | 11:32:15 |
| 15 | all ready to pick me up and take me into arrest | 11:32:17 |
| 16 | and detainment on March 21st, 2018. | 11:32:20 |
| 17 | Q  Okay.  Of course, none of those facts are | 11:32:24 |
| 18 | detailed here in this conviction record, right? | 11:32:27 |
| 19 | A  Those details are not in this HireRight | 11:32:31 |
| 20 | record, no. | 11:32:39 |
| 21 | Q  Okay.  And so setting aside your | 11:32:40 |
| 22 | particular case, would you agree that the crime of | 11:32:46 |
| 23 | altering, selling, exchanging tokens, transfer | 11:32:54 |
| 24 | cards, etc. without consent, that would be a crime | 11:32:59 |

| | | |
|---|---|---|
| 1 | of dishonesty? | 11:33:03 |
| 2 | A   No.  I don't claim that it's a crime of | 11:33:04 |
| 3 | dishonesty.  I claim that it's a crime of not | 11:33:09 |
| 4 | paying your remaining balance, and that's what I | 11:33:13 |
| 5 | was arrested for. | 11:33:17 |
| 6 | Q   Okay.  So the crime of not paying a | 11:33:17 |
| 7 | balance due, is that a crime of dishonesty? | 11:33:20 |
| 8 | A   To be honest with you, I don't -- I would | 11:33:24 |
| 9 | rather plead the Fifth on that because I don't | 11:33:30 |
| 10 | want to further give this even -- you know, I just | 11:33:33 |
| 11 | -- it's already evidenced in there.  And I have a | 11:33:39 |
| 12 | chance of expunging that record.  And it was over | 11:33:43 |
| 13 | five years ago, honestly. | 11:33:48 |
| 14 | Q   Okay.  I understand.  I'm just asking a | 11:33:50 |
| 15 | general question.  Okay? | 11:33:52 |
| 16 | Generally speaking, given your knowledge | 11:33:53 |
| 17 | and experience of the law, would you agree that | 11:33:56 |
| 18 | the act of not paying what is owed, that would be | 11:33:58 |
| 19 | a crime of dishonesty, in general? | 11:34:03 |
| 20 | A   In a general discussion, I was honest | 11:34:07 |
| 21 | about that moment that I did not pay the remaining | 11:34:11 |
| 22 | balance on that matter when I was approached by | 11:34:15 |
| 23 | local authority.  So I was being honest about what | 11:34:20 |
| 24 | I had chose to do and sat down and just did not -- | 11:34:23 |

1    and it was -- you know, when I was approached          11:34:28

2    about it, I was honest about it that I did not         11:34:31

3    pay.  So that's what happened.                         11:34:34

4       Q  But I'm -- you're leading this back to           11:34:36

5    your specific incident, and I'm asking more            11:34:40

6    generally.  Okay?                                      11:34:43

7          Not with respect to your specific                11:34:44

8    incident, but just generally speaking, would you       11:34:48

9    say the act of somebody going to receive a             11:34:51

10   benefit, only paying for part of it and not paying     11:34:55

11   the rest of it, and then being arrested and            11:34:58

12   changed for that, would that be a crime of             11:35:02

13   dishonest?                                             11:35:04

14      A  I've never heard of a crime of dishonesty.       11:35:05

15      Q  What about, like, theft?  Is that a crime        11:35:08

16   of dishonesty?                                         11:35:10

17      A  Theft is a form -- is a crime.  It is a          11:35:10

18   crime.  It is a crime.  Thieving -- thievery is a      11:35:16

19   crime.  It's a crime in every state.                   11:35:16

20      Q  What about, like, altering documents?            11:35:19

21   Would that be a crime of dishonesty?                   11:35:22

22      A  That is a crime -- that is a crime as            11:35:24

23   well.  Altering, you know, documentation is a          11:35:25

24   crime as well.  Generally speaking, that is a          11:35:29

1    crime.                                            11:35:31

2        Q  You need to let me finish my question so   11:35:32

3    we're not talking over each other.  Okay?         11:35:34

4        A  That's fine.                               11:35:36

5        Q  So would you agree that a crime involving  11:35:37

6    altering something, that would be a crime of       11:35:42

7    dishonesty?                                        11:35:45

8        A  I do agree that it's a crime.              11:35:46

9        Q  But you don't think it's a crime of        11:35:49

10   dishonesty?                                        11:35:52

11       A  I don't think it's a crime of dishonesty,  11:35:52

12   no.  I think it's a crime.                         11:35:56

13       Q  And it says the disposition here is        11:35:58

14   guilty, right?                                     11:36:01

15       A  It's guilt.  Guilt plea.                   11:36:02

16       Q  So I was just going to ask.  So the        11:36:07

17   disposition, you were found guilty of this charge, 11:36:10

18   correct?                                           11:36:13

19       A  I was found guilty of this charge.         11:36:14

20       Q  And was this a plea deal or was this by    11:36:15

21   trial?                                             11:36:20

22       A  This was by a plea arrangement.  I -- no   11:36:20

23   trial.                                             11:36:25

24       Q  And the sentence you received was fines,   11:36:25

1    court costs, restitution fees and other                11:36:30

2    assessments, and probation for a term of 14 days,       11:36:35

3    and you received credit with time served of 14          11:36:42

4    days, right?                                            11:36:46

5        A   The only thing that I had to do on this         11:36:47

6    matter in my plea arrangement that I discussed          11:36:50

7    with my solicitor general that I would do 14 days.      11:36:53

8        Q   You would do 14 days?  What does that           11:37:00

9    mean?                                                   11:37:03

10       A   In the sentence of jailing.  And that's         11:37:03

11   all that it was.  It was no restitution, no court       11:37:06

12   costs fines, or no other assessment other than          11:37:10

13   jailing for 14 days.  That's the honest truth.          11:37:15

14       Q   Okay.  So you were -- to sum it up, you          11:37:19

15   were arrested for this crime, you pleaded guilty        11:37:23

16   under a plea deal, you were convicted of the            11:37:27

17   crime, and then you served 14 days in jail for the      11:37:31

18   crime; is that accurate?                                11:37:34

19       A   That is correct.                                11:37:35

20       Q   Tell me about your employment history.          11:37:36

21   Where did you work before you joined Mariano's?         11:37:39

22       A   I worked with FedEx.  I worked with a           11:37:44

23   company called -- it was a -- a labor-ready type        11:37:52

24   of -- through Menasha, you know, employment in          11:38:01

| | | |
|---|---|---|
| 1 | 2020 -- '20 and '21 that was.  '21.  '21. | 11:38:09 |
| 2 | Q  Do you spell that? | 11:38:20 |
| 3 | A  Spell Menasha? | 11:38:21 |
| 4 | Q  Yes. | 11:38:23 |
| 5 | A  M-E-N-A-S-H-A. | 11:38:24 |
| 6 | Q  And this was an employment agency? | 11:38:27 |
| 7 | A  Yes. | 11:38:29 |
| 8 | Q  And so through Menasha, you worked at a | 11:38:29 |
| 9 | company called Fat Eggs, you said? | 11:38:37 |
| 10 | A  FedEx. | 11:38:38 |
| 11 | Q  How do you spell that? | 11:38:39 |
| 12 | A  F-E-D-E-X. | 11:38:40 |
| 13 | Q  FedEx? | 11:38:43 |
| 14 | A  Yes. | 11:38:45 |
| 15 | Q  So Federal Express, essentially, right? | 11:38:46 |
| 16 | A  That's right. | 11:38:49 |
| 17 | Q  Okay.  And what did you do at FedEx? | 11:38:50 |
| 18 | A  Laborer.  Shipping and receiving laborer. | 11:38:56 |
| 19 | Q  Were you driving or were you in a | 11:39:01 |
| 20 | warehouse? | 11:39:04 |
| 21 | A  I was in a warehouse laboring, literally, | 11:39:04 |
| 22 | in shipping and receiving. | 11:39:09 |
| 23 | Q  Where was that? | 11:39:10 |
| 24 | A  Niles, Illinois. | 11:39:12 |

| | |
|---|---|
| 1 | Q  How long did you work there? | 11:39:14 |
| 2 | A  About three months, 90 days. | 11:39:16 |
| 3 | Q  Was that full-time or part-time? | 11:39:20 |
| 4 | A  Full-time.  Full-time.  Full-time and | 11:39:23 |
| 5 | part-time, for the record. | 11:39:27 |
| 6 | Q  And then when did you leave? | 11:39:29 |
| 7 | A  2022. | 11:39:33 |
| 8 | Q  Why did you leave? | 11:39:35 |
| 9 | A  One of the things that I left for -- | 11:39:37 |
| 10 | because I needed to be at home with my girlfriend, | 11:39:47 |
| 11 | Kiptori Evans.  That's why.  She was pregnant. | 11:39:51 |
| 12 | Q  So it was primarily a scheduling issue? | 11:39:59 |
| 13 | A  Scheduling was an issue because of my | 11:40:03 |
| 14 | pregnancy with Kiptori -- my girlfriend, Kiptori | 11:40:07 |
| 15 | Evans. | 11:40:09 |
| 16 | Q  And then your next employer after you left | 11:40:10 |
| 17 | FedEx was Mariano's; is that right? | 11:40:13 |
| 18 | A  That is correct. | 11:40:15 |
| 19 | Q  And then what brought you to Mariano's? | 11:40:16 |
| 20 | A  Well, I had actually made an application | 11:40:19 |
| 21 | online. | 11:40:22 |
| 22 | Q  Why did you choose to apply to Mariano's | 11:40:24 |
| 23 | as opposed to some other company? | 11:40:28 |
| 24 | A  Well, I chose to apply with Mariano's | 11:40:29 |

1    because I actually like to work in the grocery          11:40:32

2    department.                                             11:40:35

3        Q   Have you ever worked in the grocery            11:40:35

4    department before?                                      11:40:37

5        A   I have.                                         11:40:38

6        Q   Where?                                          11:40:38

7        A   It's a place called Giant Foods.               11:40:38

8        Q   Is that in Atlanta?                             11:40:42

9        A   That was in Warner Robins, Georgia.  And       11:40:45

10   that was in 2004, when I was only 16.                   11:40:49

11       Q   And what did you do at Giant Foods?             11:40:53

12       A   Grocery bagger, stocker.                        11:40:56

13       Q   You submitted an application online to          11:41:01

14   Mariano's, right?                                       11:41:04

15       A   I did.                                          11:41:05

16       Q   And then you were hired by Mariano's on         11:41:05

17   January 26th, 2002; is that right?                      11:41:10

18       A   I do not recall being hired on that date.       11:41:16

19   I recall having an interview that date.  And I          11:41:23

20   recall that I was told by Crystal Brandon that we       11:41:31

21   have to wait till your background comes back to         11:41:35

22   make that a contender for hire -- to start the          11:41:39

23   actual hire date and the actual orientation.            11:41:46

24   That's what she told me.                                11:41:52

| | | |
|---|---|---|
| 1 | Q  Okay.  And you were hired to work at a | 11:41:58 |
| 2 | Mariano's store located at 1615 South Clark Street | 11:42:01 |
| 3 | in Chicago, right? | 11:42:06 |
| 4 | A  That is correct. | 11:42:07 |
| 5 | Q  And, colloquially, that was referred to as | 11:42:07 |
| 6 | Store 512; is that right? | 11:42:12 |
| 7 | A  That should be correct, that I can recall. | 11:42:13 |
| 8 | Q  You never worked at any Mariano's store | 11:42:15 |
| 9 | other than Store 512, correct? | 11:42:19 |
| 10 | A  That's correct. | 11:42:22 |
| 11 | Q  And you were hired in -- your position was | 11:42:22 |
| 12 | a level 3 team member working in the meat | 11:42:25 |
| 13 | department, right? | 11:42:29 |
| 14 | A  That is meat and seafood department. | 11:42:29 |
| 15 | Q  And that was a level 3 position, right? | 11:42:33 |
| 16 | A  That is correct. | 11:42:37 |
| 17 | Q  And you never held any other position | 11:42:38 |
| 18 | other than the level 3 position in the meat and | 11:42:41 |
| 19 | seafood department at Store 512, correct? | 11:42:44 |
| 20 | A  That's correct.  And another thing, it was | 11:42:49 |
| 21 | supposed to be full -- it was full-time.  We had a | 11:42:52 |
| 22 | full-time agreement, starting as full-time. | 11:42:54 |
| 23 | Q  Okay.  And so it was a full-time job that | 11:42:56 |
| 24 | you had a Mariano's, right? | 11:43:00 |

1      A  Yes, it was.                                    11:43:01

2      Q  All right.  And, again, the only position       11:43:02

3  you ever held at Mariano's was a level 3 team          11:43:05

4  member in the meat and seafood department at           11:43:08

5  Store 512, correct?                                    11:43:11

6      A  That is correct.                                11:43:13

7      Q  And your supervisor in the meat and             11:43:14

8  seafood department at Store 512 was Dominque           11:43:21

9  Peyton; is that correct?                               11:43:26

10     A  That's correct.                                 11:43:28

11     Q  What were your job duties as a level 3          11:43:29

12 team member in the meat and seafood department at      11:43:32

13 Store 512?                                             11:43:36

14     A  Stocking.  Stocking meats, stocking, you        11:43:36

15 know, Lunchables, stocking hotdogs, stocking           11:43:40

16 chicken.  And making sure that we present -- I         11:43:44

17 present -- excuse my language -- I present that        11:43:51

18 meat section, you know, by the date, the current       11:43:58

19 dates in those on coolers.                             11:44:02

20     Q  So you want, like, the older merchandise        11:44:10

21 up front so the customers grab that first?             11:44:12

22     A  Exactly --                                      11:44:14

23     Q  Okay.                                           11:44:16

24     A  -- exactly.  That was my only job to do at      11:44:16

| | | |
|---|---|---|
| 1 | that time. | 11:44:22 |
| 2 | Q  And it was a full-time position but it was | 11:44:22 |
| 3 | also an hourly position, correct? | 11:44:27 |
| 4 | A  Yes.  That is correct. | 11:44:29 |
| 5 | Q  And as an hourly employee, you were a | 11:44:30 |
| 6 | member of a union at Mariano's, correct? | 11:44:32 |
| 7 | A  When I started working there, I did not | 11:44:37 |
| 8 | know I was under a union at that Mariano's | 11:44:44 |
| 9 | location or at all until I actually made a phone | 11:44:49 |
| 10 | call to another Mariano's location and I talked to | 11:44:54 |
| 11 | management from there -- the Mariano's location on | 11:44:59 |
| 12 | the Randolph and Michigan Avenue -- that I was | 11:45:03 |
| 13 | notified that you are under a union and to give | 11:45:08 |
| 14 | them a call upon my termination. | 11:45:11 |
| 15 | Q  Okay.  So at some point during your | 11:45:14 |
| 16 | employment at Mariano's, you became aware that you | 11:45:16 |
| 17 | were a member of a union because you were an | 11:45:22 |
| 18 | hourly employee; is that right? | 11:45:25 |
| 19 | A  I was notified that I was a union employee | 11:45:26 |
| 20 | after my employment with Mariano's.  It was upon | 11:45:30 |
| 21 | my termination.  After my termination, that's when | 11:45:36 |
| 22 | I received it to notification that I am a union | 11:45:43 |
| 23 | employee. | 11:45:47 |
| 24 | Q  I'm going to hand you what I'm marking as | 11:45:48 |

1    Deposition Exhibit 8.                                 11:45:52

2         (Rudolph-Kimble Deposition Exhibit 8            11:45:53

3    marked for identification and attached to the        11:45:53

4    transcript.)                                          11:45:55

5    Q   I will represent to you that Exhibit 8 is         11:45:55

6    a true and correct copy of the collective            11:46:00

7    bargaining agreement between Mariano's and the       11:46:05

8    United Food and Commercial Workers Union that was    11:46:12

9    in effect when you worked at Store 512.              11:46:15

10        And my question to you with respect to          11:46:19

11   Exhibit 8 is, do you have any reason to think that   11:46:20

12   this document is anything other than what I've       11:46:23

13   just represented to you?                             11:46:25

14   A   No.                                              11:46:26

15   Q   Did you ever see Exhibit 8 when you were         11:46:30

16   employed at Mariano's?                               11:46:34

17   A   We had an online orientation to do.  And I       11:46:37

18   do not recall being able to receive this upon my     11:46:55

19   hiring.  I do not know -- did not receive this --    11:47:03

20   this packet of information concerning -- I do not    11:47:13

21   recall seeing all of this.                           11:47:27

22        Now, Crystal Brandon did explain some of        11:47:33

23   these items that I am seeing in our orientation,     11:47:40

24   but we were on a computer on our own accordance.     11:47:47

| | | |
|---|---|---|
| 1 | And I don't recall getting the justice about -- or | 11:47:51 |
| 2 | getting this.  I don't even recall signing these | 11:47:58 |
| 3 | waives [sic] or anything that -- you know, I don't | 11:48:06 |
| 4 | recall signing.  I just do not, honestly. | 11:48:11 |
| 5 | Q   Okay.  So you don't recall receiving a | 11:48:14 |
| 6 | copy of the collective bargaining agreement during | 11:48:17 |
| 7 | your orientation, but you do remember seeing | 11:48:20 |
| 8 | something -- some type of employee handbook-type | 11:48:24 |
| 9 | document or something like that during your | 11:48:30 |
| 10 | orientation? | 11:48:31 |
| 11 | A   I do remember that there was a -- I just | 11:48:32 |
| 12 | -- no.  I just -- the only thing that I recall | 11:48:59 |
| 13 | that we was on the computer.  And we was doing | 11:49:01 |
| 14 | tutorials.  And the tutorials were not about the | 11:49:05 |
| 15 | collective bargaining agreement that I have right | 11:49:11 |
| 16 | here in front of me.  I just don't recall that, | 11:49:15 |
| 17 | having a booklet or some type of pamphlet | 11:49:21 |
| 18 | concerning the collective bargaining agreement.  I | 11:49:29 |
| 19 | don't recall that. | 11:49:31 |
| 20 | Q   What about an employee handbook? | 11:49:31 |
| 21 | A   I do remember something.  I remember | 11:49:34 |
| 22 | Crystal Brandon speaking on it, about it.  But I | 11:49:42 |
| 23 | just don't recall receiving the actual handbook | 11:49:45 |
| 24 | itself.  But I do remember her giving -- | 11:49:48 |

| | | |
|---|---|---|
| 1 | administer about it.  I just don't -- I don't -- I | 11:49:51 |
| 2 | just don't recall.  But don't quote me saying I | 11:49:54 |
| 3 | never received it.  That's what I'm trying to tell | 11:49:58 |
| 4 | you. | 11:50:01 |
| 5 | Q  Okay.  So you may or may not have received | 11:50:01 |
| 6 | the employee handbook, you just don't recall? | 11:50:04 |
| 7 | A  I do not recall that, honestly. | 11:50:07 |
| 8 | THE VIDEOGRAPHER:  Counsel, in ten | 11:50:10 |
| 9 | minutes, I'll need to do a media switch. | 11:50:11 |
| 10 | MR. GRIESMEYER:  Okay.  Let's do it now. | 11:50:14 |
| 11 | THE VIDEOGRAPHER:  Okay.  We are -- | 11:50:17 |
| 12 | MR. GRIESMEYER:  We're going to take just | 11:50:19 |
| 13 | a ten-minute break here.  She's going to -- a | 11:50:21 |
| 14 | brief break to switch the tape.  Sorry. | 11:50:25 |
| 15 | THE VIDEOGRAPHER:  We are going off the | 11:50:28 |
| 16 | record.  The time is 11:52 a.m. | 11:50:29 |
| 17 | (A recess was taken.) | 11:50:32 |
| 18 | THE VIDEOGRAPHER:  We are going back on | 11:54:17 |
| 19 | the record.  The time is 11:56 a.m. | 11:54:20 |
| 20 | BY MR. GRIESMEYER: | 11:54:24 |
| 21 | Q  All right.  So before we took a brief | 11:54:26 |
| 22 | break there, you were talking about how you did an | 11:54:28 |
| 23 | online training at the start of your employment at | 11:54:31 |
| 24 | Mariano's, right? | 11:54:34 |

1    A   That's correct.                                    11:54:35

2    Q   Okay.  And are you aware that the company          11:54:36

3    kept a record of the online training that you did      11:54:42

4    and that every employee did?                           11:54:46

5    A   That's correct.                                    11:54:48

6    Q   Okay.  And so I'm going to hand you here            11:54:48

7    what I'm marking as Exhibit 9.                         11:54:51

8        (Rudolph-Kimble Deposition Exhibit 9               11:54:54

9    marked for identification and attached to the          11:54:54

10   transcript.)                                           11:55:03

11   Q   And do you have any reason to think that           11:55:03

12   this document does not correctly identify the          11:55:05

13   various training modules that you completed during     11:55:07

14   the start of your employment at Mariano's?             11:55:14

15   A   These are -- must be the ones that I                11:55:16

16   actually have done, you know, that's in completion     11:55:19

17   on those dates.  I actually was doing that.            11:55:23

18   Q   And one of those talks about retail hourly         11:55:27

19   handbook acknowledgments, right?                       11:55:34

20   A   Yes, it does.                                      11:55:37

21   Q   Okay.  So through that online training             11:55:38

22   module, you were able to receive and review a copy     11:55:41

23   of the company's employee handbook at that time,       11:55:45

24   right?                                                 11:55:48

1     A   Yes.  But it says retail hourly handbook          11:55:49

2  acknowledgment, so it must be only detailing that       11:55:54

3  portion.  You know, it's not the whole entire           11:55:57

4  collective bargaining, you know --                      11:56:01

5     Q   Okay.  I'm handing you Exhibit 10.               11:56:03

6        (Rudolph-Kimble Deposition Exhibit 10             11:56:03

7  marked for identification and attached to the           11:56:03

8  transcript.)                                             11:56:06

9     A   Okay.                                             11:56:06

10    Q   And to the best of your recollection,            11:56:07

11 would Exhibit 10 be the hourly employee handbook        11:56:09

12 that you reviewed and acknowledged during your          11:56:12

13 online training at Mariano's?                           11:56:14

14    A   This is the handbook that I did the module       11:56:30

15 on the retail hourly handbook.  This is it.             11:57:04

16 Exhibit 10, yes, this is it.                            11:57:09

17    Q   Okay.  And before you were talking about         11:57:11

18 how your position at the company was a level 3          11:57:14

19 team member in the meat/seafood department,             11:57:19

20 correct?                                                 11:57:22

21    A   That's correct.                                  11:57:23

22    Q   And there were different levels of hourly        11:57:23

23 employees at that time, correct?                        11:57:27

24    A   That's correct.                                  11:57:29

1     Q   There was level 1, level 2, level 3, level          11:57:29
2   4?                                                        11:57:34
3     A   That's correct.                                     11:57:34
4     Q   Okay.  I'm handing you what I'm marking as          11:57:35
5   Deposition Exhibit 11.                                    11:57:44
6         (Rudolph-Kimble Deposition Exhibit 11               11:57:44
7   marked for identification and attached to the             11:57:44
8   transcript.)                                              11:57:46
9     Q   Does this document, to the best of your             11:57:46
10  recollection, accurately summarize what the               11:57:49
11  various levels were for hourly employees at               11:57:51
12  Mariano's when you worked there?                          11:57:54
13    A   I never received this from Mariano's or             11:57:57
14  even Crystal Brandon in orientation or even after         11:58:00
15  orientation.  I never received this.                      11:58:07
16    Q   I understand.  And that's not my question.          11:58:09
17  My question is not did you receive a copy of this.        11:58:10
18        My question is, as you're looking at it             11:58:12
19  today, to the best of your recollection, does this        11:58:15
20  document accurately summarize what the various            11:58:17
21  levels were for the hourly employees when you             11:58:21
22  worked at Mariano's?                                      11:58:24
23    A   This does summarize it.  Yes, it does.              11:58:25
24    Q   Okay.  I'm going to hand you what I'm               11:58:28

1    marking as Deposition Exhibit 12, which I'll            11:58:41

2    represent to you are copies of documents from your      11:58:50

3    employee personnel file at Mariano's.                   11:58:53

4            (Rudolph-Kimble Deposition Exhibit 12           11:58:44

5    marked for identification and attached to the           11:58:44

6    transcript.)                                            11:58:49

7        Q  Have you ever seen your personnel file at        11:58:49

8    Mariano's?                                              11:59:00

9        A  I have -- wait a minute.  Let me make sure       11:59:00

10   I'm clear.  I actually have seen this because I         11:59:05

11   signed it.  And I do remember signing these items.      11:59:10

12       Q  Okay.  So you have no reason to disagree         11:59:16

13   with me when I tell you that these documents came       11:59:18

14   from your employee personnel file at Mariano's,         11:59:23

15   right?                                                  11:59:25

16       A  What I can say right now, that it looks          11:59:27

17   like incorrect information.  I never made $16.35        11:59:38

18   an hour.  I made $16.15 an hour.  But I see $16.35      11:59:44

19   an hour on this sheet.  And this is an offer on         11:59:51

20   January the 26th, 2022, that I did sign.  And I         11:59:55

21   was -- I started on February the 8th.  That was        12:00:10

22   the actual start date.                                 12:00:14

23       Q  Okay.  Let me break this down a little          12:00:15

24   bit.                                                    12:00:19

| | | |
|---|---|---|
| 1 | So the very first page of Exhibit 12, | 12:00:19 |
| 2 | document No. D000095, contains a document called | 12:00:25 |
| 3 | offer acceptance acknowledgments, correct? | 12:00:33 |
| 4 | A  That's correct. | 12:00:39 |
| 5 | Q  And you signed this document on January | 12:00:40 |
| 6 | 26th, 2022, correct? | 12:00:44 |
| 7 | A  That is correct. | 12:00:46 |
| 8 | Q  And then there's other information up at | 12:00:47 |
| 9 | the upper right-hand corner that was not on the | 12:00:51 |
| 10 | document on the date that you signed it; is that | 12:00:55 |
| 11 | right? | 12:00:58 |
| 12 | A  Reiterate the question again. | 12:00:58 |
| 13 | Q  Sure.  You see in the upper right-hand | 12:01:03 |
| 14 | corner there's a box that says EUID and it's got | 12:01:06 |
| 15 | your employee ID number? | 12:01:10 |
| 16 | A  I do see that. | 12:01:12 |
| 17 | Q  So that information, that was not on the | 12:01:13 |
| 18 | document at the time that you signed it, right? | 12:01:15 |
| 19 | A  I don't recall that being on there at the | 12:01:17 |
| 20 | time of me signing.  I don't recall whether it was | 12:01:22 |
| 21 | or were not.  I really don't recall. | 12:01:24 |
| 22 | Q  Okay.  But that is your signature dated | 12:01:26 |
| 23 | January 26th, 2022, correct? | 12:01:31 |
| 24 | A  That is my signature.  And, for the | 12:01:33 |

| | | |
|---|---|---|
| 1 | record, as well, I never received a drug screening | 12:01:37 |
| 2 | from Mariano's/Roundy's as well.  They did a | 12:01:41 |
| 3 | background check but did not do a drug screening | 12:01:44 |
| 4 | on me. | 12:01:48 |
| 5 | Q  And there's a box there that says, I | 12:01:48 |
| 6 | prefer not to begin working prior to the company | 12:01:52 |
| 7 | receiving the results of my background check | 12:01:55 |
| 8 | and/or drug screen.  Do you see that? | 12:01:59 |
| 9 | A  Yes, I do. | 12:02:02 |
| 10 | Q  And you did not check that box, correct? | 12:02:03 |
| 11 | A  I did not check it. | 12:02:05 |
| 12 | Q  Okay.  And so the reason is because you | 12:02:06 |
| 13 | knew that you would start working at Mariano's | 12:02:10 |
| 14 | before the background check result came in -- | 12:02:12 |
| 15 | A  That's -- okay. | 12:02:16 |
| 16 | Q  -- and it would be a contingent hiring and | 12:02:17 |
| 17 | you're being hired, you can start working at the | 12:02:22 |
| 18 | company before your background check comes in, but | 12:02:25 |
| 19 | your employment may later be terminated depending | 12:02:28 |
| 20 | upon what the results of the background check | 12:02:31 |
| 21 | show? | 12:02:33 |
| 22 | A  I didn't check that.  And I'm going to say | 12:02:34 |
| 23 | why.  It's because the fact that I was told | 12:02:37 |
| 24 | verbally by Crystal Brandon that we have to wait | 12:02:40 |

1   until your background check comes back.  I          12:02:44

2   notified her at least three to four times before     12:02:48

3   February the 8th after January 26th of 2022 about    12:02:53

4   me starting to work and has the -- has the          12:02:59

5   criminal background check came back yet.  And she    12:03:02

6   says not yet.                                        12:03:06

7         And then one day, she says -- around          12:03:07

8   February the 6th, 2022, around that date, she        12:03:09

9   says, it has came back at 100 percent, you're        12:03:13

10  ready to go in and get ready for orientation.        12:03:17

11  February the 8th.  And then we go from there.        12:03:19

12     Q   Okay.  So on January 26th, 2022, when         12:03:22

13  you're given this offer of employment by             12:03:25

14  Mariano's, you knew at that time that the company    12:03:28

15  was going to perform a criminal background check     12:03:30

16  or they could perform a criminal background check    12:03:32

17  on you if they wanted to; is that right?             12:03:36

18     A   I did know that.  And a drug screening as     12:03:37

19  well.                                                12:03:41

20     Q   Okay.  And because you were an hourly          12:03:41

21  employee, the company had a time punch timekeeping   12:03:54

22  system, correct?                                     12:04:02

23     A   They do.                                      12:04:03

24     Q   And so that's how the company knows when      12:04:04

1  an employee begins working, when they start their      12:04:07

2  shift, and then when they're done with their           12:04:10

3  shift, they have to clock out, right?                   12:04:15

4      A   They have a record of that, yes.                12:04:16

5      Q   Okay.  And that's the process.  You've got     12:04:18

6  to clock in when your shift starts, and then when       12:04:18

7  you're done working, you've got to clock out,           12:04:19

8  right?                                                  12:04:20

9      A   That's the way it goes.                         12:04:21

10     Q   Okay.  And they do keep a record, then, of      12:04:22

11 those time punches, correct?                            12:04:25

12     A   That's correct.                                 12:04:27

13     Q   All right.  I'm handing you what I'm            12:04:27

14 marking as Deposition Exhibit 13.                       12:04:38

15         (Rudolph-Kimble Deposition Exhibit 13           12:04:40

16 marked for identification and attached to the           12:04:40

17 transcript.)                                            12:04:42

18     Q   And do you have any reason to think that        12:04:42

19 Exhibit 13 is anything other than a true and            12:04:49

20 correct copy of the timekeeping history report          12:04:54

21 from your time punches during the time that you         12:04:59

22 worked at Mariano's?                                    12:05:02

23     A   I believe this is accurate.  This is            12:05:04

24 correct.  I do believe that.  These are my time         12:05:25

1  punches.                                                    12:05:30

2      Q  All right.  So Exhibit 13 here, these show           12:05:30

3  the hours and the dates and the times that you              12:05:33

4  worked at Mariano's Store 512, correct?                     12:05:36

5      A  Reiterate that question.                             12:05:41

6      Q  So Exhibit 13 here, to your knowledge,               12:05:45

7  appears to correctly show the dates and times and           12:05:50

8  hours that you worked at Store 512 at Mariano's?            12:05:53

9      A  That is correct.                                     12:05:58

10     Q  And your first day of work was February 8,           12:05:59

11  2022, correct?                                             12:06:04

12     A  That's correct.                                      12:06:05

13     Q  And you did, it looks like, one hour of              12:06:06

14  training, new hire labor, and then you must have           12:06:11

15  taken a break because then at 1:15 you punch in            12:06:17

16  again and you work 2.78 hours working in the meat          12:06:21

17  department; is that right?                                 12:06:26

18     A  This is orientation day.  So we were at              12:06:27

19  the computer station, not at the meat and deli             12:06:33

20  station --                                                 12:06:37

21     Q  Okay.                                                12:06:37

22     A  -- I was right next to the clock-out box             12:06:40

23  that day.                                                  12:06:44

24     Q  And it says your last date of employment             12:06:44

1    was March 15, 2022?                                    12:06:47

2        A   That's correct.                                12:06:50

3        Q   And that is the last day that you worked       12:06:51

4    at Mariano's?                                          12:06:53

5        A   That is correct.                               12:06:54

6        Q   And then on March 15, 2022, after your         12:06:55

7    shift was over that day, you were told by one of       12:07:01

8    the butchers in the meat department that Crystal       12:07:06

9    Brandon, the PSM, wanted to see you, correct?          12:07:08

10       A   That is correct.  That is correct.             12:07:12

11       Q   And then you met with Crystal Brandon and      12:07:20

12   then Jermaine, another employee at Mariano's?          12:07:27

13       A   That is correct.                               12:07:29

14       Q   Where did the three of you meet?               12:07:31

15       A   We met out front near the entrance and         12:07:33

16   near the clock-out box and the computer station        12:07:41

17   and customer service.  It's all compacted right        12:07:44

18   there.  We was right in the middle of that at that     12:07:46

19   point.                                                 12:07:48

20       Q   And it was the three of you in that            12:07:48

21   conversation?                                          12:07:50

22       A   It was us three in that conversation.  She     12:07:50

23   wanted to use him as a witness.  I couldn't            12:07:53

24   remember his name, but now I know -- remember his      12:07:54

| | | |
|---|---|---|
| 1 | name.  Yes.  It's Jermaine. | 12:07:56 |
| 2 |     Q   And during that conversation, Jermaine | 12:07:58 |
| 3 | didn't really talk, he just observed? | 12:08:00 |
| 4 |     A   That's correct. | 12:08:02 |
| 5 |     Q   And Ms. Brandon did pretty much all of the | 12:08:03 |
| 6 | talking, right? | 12:08:08 |
| 7 |     A   That's correct. | 12:08:08 |
| 8 |     Q   And what Ms. Brandon said to you was that | 12:08:09 |
| 9 | your employment had to be separated because you | 12:08:12 |
| 10 | failed your background check, right? | 12:08:15 |
| 11 |     A   That's what she said.  It was due to a | 12:08:18 |
| 12 | failure of criminal background check.  That's what | 12:08:23 |
| 13 | she said. | 12:08:26 |
| 14 |     Q   And that's what she told you? | 12:08:27 |
| 15 |     A   That's what Crystal Brandon told me -- | 12:08:29 |
| 16 | excuse my language -- in that conversation in | 12:08:33 |
| 17 | front of Jermaine. | 12:08:35 |
| 18 |     Q   And that was your last day of employment? | 12:08:36 |
| 19 |     A   That was my last day of employment at | 12:08:39 |
| 20 | Mariano's. | 12:08:42 |
| 21 |     Q   Now, with respect to the background check | 12:08:42 |
| 22 | that was performed on you, the criminal background | 12:08:50 |
| 23 | check, you didn't perform the background check | 12:08:53 |
| 24 | yourself, right? | 12:08:57 |

1    A   That's correct.                                    12:08:57

2    Q   And you don't know who exactly did perform         12:08:59

3  the background check, right?                             12:09:03

4    A   All I know is that it was through                  12:09:04

5  HireRight.  I gave consent for them to background        12:09:06

6  check me, criminal background check me only.             12:09:11

7    Q   Okay.  So you gave consent for HireRight           12:09:13

8  to do a criminal background check?                       12:09:16

9    A   That is correct.                                   12:09:19

10   Q   And you don't actually know, though, who           12:09:19

11 performed the background check, right?                   12:09:26

12   A   I do not know who was -- the one that I --         12:09:28

13 the only thing that I do know is that HireRight is       12:09:37

14 a third-party out of Kroger, Mariano's.  And they        12:09:41

15 have a contract to do criminal background                12:09:44

16 checking.  So that's what I was under the                12:09:48

17 influence of.                                            12:09:51

18   Q   That was your understanding?                       12:09:56

19   A   Understanding of.  You know --                     12:09:57

20   Q   Okay.                                              12:09:57

21   A   -- that's what I'm saying.                         12:09:58

22   Q   And you've never seen this contract               12:09:59

23 between Kroger and HireRight?                             12:10:01

24   A   No.  Never.                                        12:10:03

1  Q  So --                                          12:10:03

2  A  I was just told by Crystal Brandon that       12:10:04

3  from the get-go.  That's it.  That's who does it, 12:10:07

4  our background -- criminal background checks.     12:10:10

5  Q  Okay.  So you don't have any sort of          12:10:12

6  actual firsthand knowledge as to the specific    12:10:15

7  people that do the background check, right?       12:10:20

8  A  That is correct.  I don't know those guys.    12:10:22

9  Q  And you don't know, specifically, what the    12:10:25

10 actual information is that they look at when      12:10:31

11 they're doing the background check, right?        12:10:33

12 A  That is correct.  I don't know their          12:10:35

13 procedural, you know what I mean, methodic        12:10:38

14 approach on it.  No, I do not.                    12:10:42

15 Q  And you don't know how many background         12:10:47

16 check reports were run on you, correct?           12:10:49

17 A  That is correct.  During that time at         12:10:53

18 Mariano's, I don't know how many were done.  I    12:10:57

19 never had a copy either during my employment      12:10:59

20 there.                                            12:11:02

21 Q  And you don't know when exactly Mariano's     12:11:03

22 received the results of any of the background     12:11:08

23 checks that were done on you, correct?            12:11:13

24 A  That is correct.                              12:11:16

1    Q  And you don't know who specifically at          12:11:17

2  Mariano's received the results of those background    12:11:20

3  checks, right?                                        12:11:23

4    A  That is even correct.                            12:11:24

5    Q  And you don't know who precisely at              12:11:26

6  Mariano's had access to the background check          12:11:30

7  results, right?                                       12:11:34

8    A  I still don't even know that as well.            12:11:35

9    Q  And you don't know who specifically at           12:11:41

10  Mariano's made any sort of decisions with respect    12:11:45

11  to any of your background check results, right?       12:11:47

12    A  Now, that's what I beg to differ on.  I         12:11:51

13  was given a sheet by Crystal Brandon at the day of    12:12:01

14  my last employment at that moment in front of         12:12:05

15  Jermaine.  And that sheet was from some higher-up     12:12:07

16  out of Milwaukee, Wisconsin.  And it said that        12:12:13

17  they was trying to term me, should I term him,        12:12:17

18  that's what the conversation was.  And due to a       12:12:21

19  failure of a criminal background.  That's what it     12:12:24

20  says on the record.                                   12:12:27

21        So I have it as a -- in part of my             12:12:29

22  exhibits in here.  But that's the one that I do       12:12:33

23  recall that may have had -- that has access to the    12:12:37

24  criminal background because she was in connection     12:12:41

| | | |
|---|---|---|
| 1 | with Crystal Brandon and in talks through | 12:12:44 |
| 2 | e-mailing.  So I have a copy of that record, and I | 12:12:49 |
| 3 | showed that to the union as well. | 12:12:51 |
| 4 | So I may have to recant in this deposition | 12:12:53 |
| 5 | that you just -- these following -- prior | 12:13:00 |
| 6 | questions.  I did receive a letter -- I forgot | 12:13:02 |
| 7 | about that -- from Crystal Brandon of an e-mail, | 12:13:06 |
| 8 | you know, but it was stating to also, for Crystal | 12:13:10 |
| 9 | Brandon, not to give me that e-mail excerptation | 12:13:14 |
| 10 | concerning my criminal background and termination | 12:13:20 |
| 11 | and failure and then coming into a termination | 12:13:22 |
| 12 | agreement through that -- in that document.  I was | 12:13:27 |
| 13 | not to receive that, but she did anyway. | 12:13:29 |
| 14 | Q  Okay.  So is it accurate to say that your | 12:13:32 |
| 15 | only knowledge as to who exactly at Mariano's | 12:13:38 |
| 16 | would have had access to your background check | 12:13:41 |
| 17 | results comes from that e-mail message that | 12:13:45 |
| 18 | Ms. Brandon handed to you and your assumption as | 12:13:50 |
| 19 | to the fact that the people on that e-mail list | 12:13:55 |
| 20 | would have had access to your background check? | 12:13:58 |
| 21 | A  I am saying that that -- someone does have | 12:14:02 |
| 22 | access.  And I have been notified that they do | 12:14:12 |
| 23 | have access to that criminal background because | 12:14:14 |
| 24 | Crystal Brandon showed them that criminal | 12:14:17 |

| | | |
|---|---|---|
| 1 | background failure in that e-mailing. And she | 12:14:20 |
| 2 | asked, should she terminate my contract due to it | 12:14:25 |
| 3 | with the higher-up out of Milwaukee, Wisconsin. | 12:14:32 |
| 4 | It was a woman. I can't think of her name. I | 12:14:34 |
| 5 | can't recall her name -- | 12:14:37 |
| 6 | Q Okay. | 12:14:38 |
| 7 | A -- but I have that document in my exhibits | 12:14:39 |
| 8 | to explain that. And the union has an exhibit -- | 12:14:50 |
| 9 | exhibit of that document as well. | 12:15:01 |
| 10 | Q Can you show me where in your stack of | 12:15:06 |
| 11 | papers there is the copy of the e-mail that you | 12:15:11 |
| 12 | say you received? | 12:15:14 |
| 13 | A Let me make sure. Oh, man. Let me see. | 12:15:15 |
| 14 | The union has a copy of that. Markeisha at the | 12:15:39 |
| 15 | union -- Markeisha. Markeisha. I can't think of | 12:15:46 |
| 16 | her name. It's only Markeisha that I can | 12:15:50 |
| 17 | remember. Has a copy of that e-mail and that -- | 12:15:53 |
| 18 | for the record, in my complaint with the union as | 12:15:56 |
| 19 | well. | 12:15:59 |
| 20 | I don't want to be wrong and not have it | 12:16:13 |
| 21 | in here. I don't see that. It was -- I don't see | 12:16:15 |
| 22 | that in my exhibit. I don't see that in what I | 12:16:56 |
| 23 | have in front of me. But I have, as a matter of | 12:16:58 |
| 24 | fact, the e-mailing to show proof on my phone. So | 12:17:02 |

```
1   I'll go ahead and put that for the record as well.      12:17:05

2   Let me do that.  Give me one moment.                    12:17:08

3       Q  Well, we can go on to that in a minute.  I       12:17:10

4   want to ask you some different questions.               12:17:15

5           We can take a break in a little bit to          12:17:20

6   have you look for what you're looking for on your       12:18:04

7   phone.  But in the meantime, I want to ask a            12:18:07

8   couple different separate questions.  Okay?             12:18:10

9       A  Let's go forward.                                12:18:13

10      Q  All right.  So did you ever work in              12:18:15

11  management at Mariano's?                                 12:18:17

12      A  I was never management at Mariano's due to       12:18:18

13  coercion not to apply.                                  12:18:30

14      Q  That's a different question.                     12:18:33

15      A  Okay.                                            12:18:35

16      Q  Okay.  You never worked in management at         12:18:36

17  Mariano's, correct?                                     12:18:40

18      A  No, I did not.                                   12:18:40

19      Q  And you never worked in human resources at       12:18:42

20  Mariano's, correct?                                     12:18:45

21      A  That's correct.                                  12:18:47

22      Q  And you were never a PSM at Mariano's,           12:18:48

23  correct?                                                12:18:53

24      A  No, I was not.                                   12:18:53
```

| | | |
|---|---|---|
| 1 | Q  And so as you sit here today, you don't | 12:18:55 |
| 2 | know the scope or the authority or the ability of | 12:18:59 |
| 3 | a PSM to discipline or promote, demote, or make | 12:19:03 |
| 4 | any sort of decisions with respect to an hourly | 12:19:09 |
| 5 | employee's employment, right? | 12:19:13 |
| 6 | A  Not at Mariano's, I don't. | 12:19:14 |
| 7 | Q  And you've never fired anyone yourself, | 12:19:17 |
| 8 | correct? | 12:19:19 |
| 9 | A  Not at Mariano's, I have not. | 12:19:20 |
| 10 | Q  And you've never participated in any | 12:19:22 |
| 11 | decision to fire another employee at Mariano's, | 12:19:26 |
| 12 | correct? | 12:19:30 |
| 13 | A  That is correct. | 12:19:30 |
| 14 | Q  And with respect to your specific | 12:19:31 |
| 15 | termination, you don't know -- strike that. | 12:19:35 |
| 16 | With respect to your specific termination | 12:19:40 |
| 17 | from Mariano's, you did not sit in on the | 12:19:47 |
| 18 | termination discussion that happened in the HR | 12:19:52 |
| 19 | department, correct? | 12:19:55 |
| 20 | A  I did not. | 12:19:56 |
| 21 | Q  You were simply informed of what the | 12:19:57 |
| 22 | termination decision was, right? | 12:20:01 |
| 23 | A  Yes, I was, by Crystal Brandon. | 12:20:03 |
| 24 | Q  And so you don't know who specifically at | 12:20:06 |

| | |
|---|---|
| 1 | Mariano's actually made the decision to terminate | 12:20:11 |
| 2 | your employment, correct? | 12:20:14 |
| 3 |     A  That is correct. | 12:20:16 |
| 4 |     Q  And you don't know who specifically was | 12:20:16 |
| 5 | involved in the decision-making process that led | 12:20:19 |
| 6 | to your termination at Mariano's, correct? | 12:20:24 |
| 7 |     A  That is correct. | 12:20:26 |
| 8 |     Q  And because you didn't participate in that | 12:20:29 |
| 9 | discussion, you don't know specifically what | 12:20:31 |
| 10 | factors they considered when reaching their | 12:20:34 |
| 11 | termination decision, correct? | 12:20:38 |
| 12 |     A  Reiterate that question. | 12:20:40 |
| 13 |     Q  Sure.  Because you didn't participate in | 12:20:44 |
| 14 | that discussion, you don't know what sort of | 12:20:46 |
| 15 | factors were considered or discussed during the | 12:20:49 |
| 16 | decision-making process, which resulted in your | 12:20:56 |
| 17 | termination, right? | 12:21:00 |
| 18 |     A  I was notified that it was the criminal | 12:21:00 |
| 19 | background. | 12:21:03 |
| 20 |     Q  Understood.  And all you know is what you | 12:21:03 |
| 21 | were told, correct? | 12:21:07 |
| 22 |     A  By Crystal Brandon. | 12:21:08 |
| 23 |     Q  Is that correct? | 12:21:09 |
| 24 |     A  That is correct. | 12:21:10 |

Transcript of Brandon Rudolph-Kimble
Conducted on March 13, 2023                                94

| | | |
|---|---|---|
| 1 | Q  Do you know who Amy Padgurskis is?  And | 12:21:12 |
| 2 | I'll spell that for the record.  Her first name is | 12:21:23 |
| 3 | ████    ██   Her second name is  ████████ | 12:21:25 |
| 4 | ███████████████.  Do you know ███████████? | 12:21:31 |
| 5 | A  No.  But the name sounds familiar, but I'm | 12:21:37 |
| 6 | not sure who that is. | 12:21:40 |
| 7 | Q  Do you know who ██████████ -- her name is, | 12:21:41 |
| 8 | █████████.  Second name, ███████ ███████.  Do you | 12:21:45 |
| 9 | know who ██████████ is? | 12:21:50 |
| 10 | A  Not -- I can't -- that name don't sound | 12:21:51 |
| 11 | familiar at all.  And I don't even know who that | 12:21:54 |
| 12 | is.  No, I don't. | 12:21:56 |
| 13 | Q  What about ██████████████? I'll spell | 12:21:59 |
| 14 | that for the record.  ████████████W.  Second name | 12:22:02 |
| 15 | ████████ ██████████.  Do you know who ████████ | 12:22:04 |
| 16 | ████████ is? | 12:22:11 |
| 17 | A  His name sound familiar. | 12:22:11 |
| 18 | Q  Do you know who he is? | 12:22:13 |
| 19 | A  I can't recall right now his face by the | 12:22:14 |
| 20 | name, but the name sound familiar, though. | 12:22:17 |
| 21 | Q  Do you know who -- ████████████.  First | 12:22:17 |
| 22 | name ████████ ██████████.  Second name | 12:22:20 |
| 23 | ████████ ████████.  Do you know who -- | 12:22:24 |
| 24 | A  Oh, no.  I'm not sure who that is. | 12:22:26 |

Transcript of Brandon Rudolph-Kimble
Conducted on March 13, 2023                    95

| | | |
|---|---|---|
| 1 | Q  You don't know who ███████ is, | 12:22:29 |
| 2 | correct? | 12:22:33 |
| 3 | A  Not familiar at all. | 12:22:33 |
| 4 | Q  Do you know if -- Ms. ██████ | 12:22:34 |
| 5 | Ms. ████  Mr. ███████  or Mr. █████  do you know | 12:22:37 |
| 6 | if any of them ever worked at Mariano's? | 12:22:37 |
| 7 | A  The name ████ that name sound familiar at | 12:22:40 |
| 8 | that Mariano's location. | 12:22:47 |
| 9 | Q  So that name sounds familiar, but do you | 12:22:47 |
| 10 | know for a fact that she worked there? | 12:22:50 |
| 11 | A  I just do not know for a fact that they | 12:22:51 |
| 12 | worked there, because I can't put their face by | 12:22:54 |
| 13 | the names.  It's been over a year. | 12:22:58 |
| 14 | Q  Do you know if any of those four people | 12:23:00 |
| 15 | have any type of criminal record? | 12:23:02 |
| 16 | A  Now, that, I really don't know. | 12:23:04 |
| 17 | Q  And do you know anything about the race or | 12:23:06 |
| 18 | color of any of these four individuals? | 12:23:08 |
| 19 | A  That, I do not know either. | 12:23:11 |
| 20 | Q  Have you ever seen any sort of the | 12:23:13 |
| 21 | employment records for any of these four | 12:23:15 |
| 22 | individuals? | 12:23:18 |
| 23 | A  I have not that either. | 12:23:19 |
| 24 | Q  Do you know -- if they worked at | 12:23:20 |

| | | |
|---|---|---|
| 1 | Mariano's, do you know anything at all about the | 12:23:24 |
| 2 | facts and circumstances surrounding their | 12:23:26 |
| 3 | employment or the termination of their employment? | 12:23:28 |
| 4 | A  That, I do not have a notice of either.  I | 12:23:32 |
| 5 | don't know anything about them that I can think of | 12:23:35 |
| 6 | on that. | 12:23:37 |
| 7 | Q  And can you identify any Mariano's | 12:23:38 |
| 8 | employee whose background checks revealed a prior | 12:23:41 |
| 9 | conviction involving the same type of crime for | 12:23:45 |
| 10 | which you were convicted but who wasn't terminated | 12:23:49 |
| 11 | as a result? | 12:23:53 |
| 12 | A  That, I cannot even possess a knowledge | 12:23:53 |
| 13 | about because I just did not discuss people's -- | 12:23:58 |
| 14 | you know, I was not even discussed to about | 12:24:01 |
| 15 | someone else's prior priorities at Mariano's about | 12:24:05 |
| 16 | their, you know, their -- their privacy, rather, | 12:24:09 |
| 17 | put it like that. | 12:24:11 |
| 18 | Q  You mentioned earlier that you filed a | 12:24:18 |
| 19 | grievance with the union? | 12:24:22 |
| 20 | A  Yes, I did.  And I have proof of that on | 12:24:23 |
| 21 | my phone. | 12:24:27 |
| 22 | Q  I'm handing you what I'm marking as | 12:24:28 |
| 23 | Exhibit 14. | 12:24:31 |
| 24 | (Rudolph-Kimble Deposition Exhibit 14 | 12:24:31 |

1    marked for identification and attached to the          12:24:31

2    transcript.)                                            12:24:34

3        Q   Is that a copy of the grievance that you       12:24:34

4    filed with the union?                                   12:24:36

5        A   Markeisha Marshall.  Yes, this is it.          12:24:37

6        Q   And you filed that grievance with              12:24:42

7    Markeisha Marshall after your employment was            12:24:45

8    terminated, right?                                      12:24:50

9        A   Yep.  Yes.                                      12:24:51

10       Q   And after your employment was terminated,      12:24:54

11   you also sent a letter to the company's human           12:24:57

12   resources department.  Do you remember that?            12:25:03

13       A   I do recall making a detailed letter about     12:25:06

14   -- yeah.  I do, yes.                                    12:25:19

15       Q   And I'm handing you what I'm marking as        12:25:21

16   Deposition Exhibit 15.  And this is a copy of the       12:25:24

17   letter that you sent to Mariano's after your            12:25:26

18   employment was terminated, correct?                     12:25:33

19       (Rudolph-Kimble Deposition Exhibit 15              12:25:33

20   marked for identification and attached to the           12:25:33

21   transcript.)                                            12:25:36

22       A   Yes, I did.  I actually -- I did this          12:25:36

23   myself.  Yes, I did.                                    12:25:39

24       Q   And you sent this letter to Kroger's human     12:25:40

1    resources department headquarters and executive        12:25:52

2    team, correct?                                          12:25:55

3        A  Yes, I did.                                      12:25:55

4        Q  And you sent it to Kroger's HR department        12:25:57

5    because you understand that Kroger owned                12:26:00

6    Mariano's?                                              12:26:02

7        A  Yeah.  Yes.  Excuse my language.                 12:26:03

8        Q  And in this five-page letter, you let            12:26:06

9    Kroger's HR department know of all the various          12:26:14

10   problems that you experienced during the course of      12:26:17

11   your employment at Mariano's, right?                    12:26:19

12       A  Roughly so.                                       12:26:22

13       Q  I mean, you talk about the discrimination        12:26:25

14   that you experienced, right?                             12:26:29

15       A  Yes.                                              12:26:31

16       Q  You talk about the harassment that you           12:26:31

17   experienced, right?                                      12:26:33

18       A  Yes.                                              12:26:34

19       Q  You talk about your request for a                12:26:34

20   promotion, right?                                        12:26:38

21       A  Yes.                                              12:26:40

22       Q  And you wanted to make sure Kroger knew          12:26:41

23   everything and had all the facts about everything       12:26:45

24   that had happened to you during your employment at      12:26:48

1   Mariano's, right?                                    12:26:51

2      A  This was roughly so.  I may have left out      12:26:52

3   a couple things in there, in this facts.  But this   12:26:55

4   was a majority as well inclusion with that           12:26:59

5   national -- my race, origin, my nationality.  That   12:27:04

6   was the thing I may have not -- I think I had        12:27:12

7   forgot to leave that out of this.  But I did         12:27:13

8   roughly speak about everything else that I could     12:27:16

9   think of at the time because I was so distraught     12:27:18

10  and damaged by Mariano's about what happened.  And   12:27:22

11  then my girlfriend at home, you know, I had a baby   12:27:26

12  and this pregnancy and it was just a lot.            12:27:29

13     Q  And you never -- strike that.                   12:27:31

14        Do you have any idea at all if anybody          12:27:35

15  from Kroger's HR department or Mariano's HR          12:27:39

16  department, if they ever conducted any type of       12:27:43

17  investigation in response to receiving this letter   12:27:46

18  that you sent after your employment had              12:27:48

19  terminated?                                          12:27:50

20     A  Well, I know that I conducted -- made an       12:27:51

21  attempt to get a conduction of investigation from   12:27:55

22  the EEOC, the IDHR, the Illinois Department of       12:27:58

23  Human Resources, EEOC, they all the same, and with  12:28:03

24  the Ban the Box, even with OSHA.  And that's what    12:28:10

1    I remember doing.                                    12:28:19

2        Q   Okay.  My question is a little different.    12:28:19

3        A   Okay.                                        12:28:21

4        Q   Do you know if anybody from Mariano's HR     12:28:22

5    department ever investigated the allegations         12:28:26

6    contained in your letter, which we've marked as      12:28:29

7    Exhibit 15?                                          12:28:33

8        A   I never got a response back from Mariano's   12:28:33

9    to notify me about this, so I do not know.           12:28:36

10       Q   And the same thing with respect to Kroger.   12:28:39

11   You have no idea if anyone from Kroger's human        12:28:41

12   resources department ever conducted an                12:28:44

13   investigation with respect to the allegations that   12:28:47

14   you make here in your letter, which we've marked     12:28:49

15   as Exhibit 15, correct?                              12:28:53

16       A   That is correct.                             12:28:55

17       Q   Now, your letter here references and talks   12:28:58

18   about the statements that Crystal Brandon made       12:29:04

19   concerning you and, specifically, concerning your    12:29:11

20   beautiful skin.  Do you remember that?               12:29:16

21       A   Yeah.                                        12:29:18

22       Q   And you write in your letter here that on    12:29:20

23   February 8, 2022, in the afternoon, you overheard    12:29:26

24   Crystal Brandon say, quote, We have a new hire.      12:29:34

| | | |
|---|---|---|
| 1 | His name is Brandon Kimble.  Beautiful skin.  I | 12:29:38 |
| 2 | would fuck him.  I wonder if he got a big dick or | 12:29:42 |
| 3 | not.  And he is working in meat/deli department. | 12:29:46 |
| 4 | End quote. | 12:29:51 |
| 5 | A  That's what I overheard, so -- | 12:29:52 |
| 6 | Q  That's what you wrote in your letter, | 12:29:55 |
| 7 | right? | 12:29:57 |
| 8 | A  That's what I wrote down. | 12:29:57 |
| 9 | Q  And that's what you overheard, right? | 12:29:58 |
| 10 | A  Yes. | 12:30:00 |
| 11 | Q  Where were you when you overheard this? | 12:30:01 |
| 12 | A  Clock-in/clock-out box. | 12:30:03 |
| 13 | Q  And this was on February 8th, 2022, right? | 12:30:07 |
| 14 | A  Orientation date. | 12:30:11 |
| 15 | Q  Your first day of work, correct? | 12:30:12 |
| 16 | A  Yes. | 12:30:14 |
| 17 | Q  I'm sorry.  Yes? | 12:30:14 |
| 18 | A  Yes. | 12:30:15 |
| 19 | Q  And you write in your letter here that | 12:30:16 |
| 20 | Crystal could not see me listening to this comment | 12:30:20 |
| 21 | by her and another associate, right? | 12:30:23 |
| 22 | A  Yes. | 12:30:27 |
| 23 | Q  So where was Crystal when she made this | 12:30:27 |
| 24 | comment? | 12:30:35 |

1    A  We have computers with a little section of          12:30:36

2    cubitals [sic].  So you -- it's kind of higher up.      12:30:41

3    It's, like, nearly, you know, 4-foot-tall,              12:30:46

4    5-feet-tall cubitals.  The clock-out box is right       12:30:50

5    there in front of -- on the other end, the angle        12:30:50

6    of that cubital, that little -- like a, you know,       12:30:55

7    rectangular cubital --                                  12:30:59

8    Q  So is this --                                        12:30:59

9    A  -- and I'm standing there, you know, and I           12:31:00

10   overheard that comment made.  And they didn't know      12:31:02

11   I was actually standing right there.                    12:31:04

12        You cannot see me from the clock-out box           12:31:07

13   because they actually would hide -- the cubital         12:31:09

14   would hide the people sitting down at the table         12:31:10

15   within that cubital, and then I'm standing up at        12:31:13

16   the clock-out box and then overhearing that.  So        12:31:16

17   that's why they would not be able to overhear.          12:31:20

18   It's like they may not notice me standing right         12:31:22

19   there when I'm overhearing, so --                       12:31:24

20   Q  So this area in the store where this                 12:31:26

21   occurred, this is a private area in the store,          12:31:29

22   it's not a public area of the store where               12:31:31

23   customers go?                                           12:31:34

24   A  It's actually public.  And it's public               12:31:35

1   area in the store.  But because of that cubital,        12:31:37

2   it separates you from being in the public               12:31:37

3   atmosphere or seeing the public atmosphere or the       12:31:40

4   public atmosphere seeing you.                           12:31:42

5          So the clock-out box is on the outside of        12:31:44

6   that cubital on the wall, and then the customer         12:31:47

7   service is right next to it.  And I went to that        12:31:51

8   slot, that little -- you know, where you know you       12:31:53

9   cannot see me standing there, and they're sitting       12:31:57

10  there talking and sitting down talking within the       12:31:59

11  cubital.  You know what I mean?                          12:32:02

12         So that's what I could overhear, you know,        12:32:03

13  commentary, you know.  But they can't see me            12:32:07

14  standing right there because the cubital is hiding      12:32:11

15  me from them and them from me as well.                  12:32:13

16     Q  All right.  So she couldn't see you               12:32:15

17  because the cubicle wall was in the way, correct?       12:32:17

18     A  That's the truth.                                 12:32:20

19     Q  And because she couldn't see you, you             12:32:20

20  couldn't see her either because of the cubicle          12:32:26

21  wall, right?                                            12:32:28

22     A  Well, I knew her voice.  I heard the              12:32:29

23  voice.  And I walked past and I over -- and I come      12:32:32

24  back around.  She's sitting right there.  So she        12:32:36

| | | |
|---|---|---|
| 1 | was in the spot when I had to go back on to the | 12:32:38 |
| 2 | computer in orientation to do my -- to do my | 12:32:40 |
| 3 | tutorials.  Then I could see them sitting there, | 12:32:43 |
| 4 | you know, the parties that were speaking.  They | 12:32:46 |
| 5 | was just right there.  So I did actually hear, but | 12:32:48 |
| 6 | I could notify and see that was actually the | 12:32:52 |
| 7 | parties that was sitting right there talking. | 12:32:54 |
| 8 |     Q  All right.  So just so it's clean for the | 12:32:55 |
| 9 | record -- | 12:32:58 |
| 10 |     A  Yeah. | 12:32:58 |
| 11 |     Q  -- when Ms. Brandon spoke these words, she | 12:33:01 |
| 12 | could not see you at the time, and, at that | 12:33:05 |
| 13 | moment, you could not see her either, correct?  At | 12:33:09 |
| 14 | that moment. | 12:33:16 |
| 15 |     A  At that moment, I did not see her. | 12:33:16 |
| 16 |     Q  It was only afterwards that you saw where | 12:33:18 |
| 17 | she was sitting and you saw her sitting with | 12:33:21 |
| 18 | somebody else, correct? | 12:33:24 |
| 19 |     A  That is correct. | 12:33:25 |
| 20 |     Q  And you inferred, based upon the sound of | 12:33:26 |
| 21 | the voice that you heard, that it was Ms. Brandon | 12:33:30 |
| 22 | who made this inappropriate comment about your | 12:33:33 |
| 23 | beautiful skin? | 12:33:39 |
| 24 |     A  Yeah.  I did hear her say that, so -- | 12:33:40 |

1    Q  And you're inferring that based upon the          12:33:43

2    sound of her voice and what you heard, right?        12:33:46

3    A  I'm -- based upon that, on the location           12:33:48

4    where she was sitting and then the sound of her      12:33:50

5    voice as well and where I was positioned and then    12:33:52

6    me seeing her after the fact.                        12:33:55

7    Q  And then you write in your letter here            12:33:56

8    that you did not report --                           12:33:58

9    A  I did not report it --                            12:34:00

10   Q  -- you didn't report the comment that --         12:34:02

11   A  It was an orientation day.  I'm trying to        12:34:03

12   keep a job.                                          12:34:06

13   Q  All right.  So just so the record is clear       12:34:06

14   and we're not talking over each other, it is         12:34:09

15   correct to say that you never reported the           12:34:13

16   comments that you heard Ms. Brandon make on          12:34:15

17   February 8, 2022, correct?                           12:34:18

18   A  I never reported that.  That's correct.          12:34:19

19   Q  And do you know who Lindsay Flesher is?          12:34:22

20   A  I've seen -- I've heard her name as well.        12:34:24

21   I've seen -- she's familiar.  I just can't picture   12:34:28

22   her face right at the moment.                        12:34:31

23   Q  I'm going to hand you what I'm marking           12:34:33

24   here as Deposition Exhibit 16, which, in turn, has   12:34:48

| | | |
|---|---|---|
| 1 | a bunch of exhibits to it. | 12:34:53 |
| 2 | (Rudolph-Kimble Deposition Exhibit 16 | 12:34:56 |
| 3 | marked for identification and attached to the | 12:34:56 |
| 4 | transcript.) | 12:34:57 |
| 5 | Q  And I'll represent to you that this is a | 12:34:57 |
| 6 | signed declaration of Lindsay Flesher.  And if you | 12:34:59 |
| 7 | want to take a minute to look through that, I just | 12:35:06 |
| 8 | have one or two quick questions. | 12:35:09 |
| 9 | A  So what is all -- Exhibit 16, is this her? | 12:35:42 |
| 10 | Q  Exhibit 16 is her sworn declaration.  And, | 12:35:48 |
| 11 | really, you know, my question for you is, as | 12:35:52 |
| 12 | you're sitting here today, do you see anything in | 12:35:54 |
| 13 | here that she's written in her declaration that | 12:35:55 |
| 14 | you know for a fact is just simply false and | 12:36:00 |
| 15 | untrue? | 12:36:02 |
| 16 | A  Reiterate the question again. | 12:36:02 |
| 17 | MR. GRIESMEYER:  Sure.  I'll actually ask | 12:36:02 |
| 18 | Court to read it back for you. | 12:36:02 |
| 19 | (Pending question read.) | 12:36:02 |
| 20 | A  Well, it's saying that -- yes, I do. | 12:36:14 |
| 21 | Because it's saying that my criminal report, I was | 12:36:17 |
| 22 | dishonest.  And it was reported in my criminal | 12:36:22 |
| 23 | background of dishonesty. | 12:36:26 |
| 24 | Q  All right.  So you take -- you take issue | 12:36:28 |

1    with her characterization of that, right?                12:36:30

2        A   Yeah, I do.                                       12:36:32

3        Q   Okay.  I understand.  But that's not my           12:36:33

4    question.  My question is --                              12:36:36

5        A   That's wrong.                                     12:36:37

6        Q   My question is, is there anything that she        12:36:38

7    has written in this declaration that you know is          12:36:42

8    factually not true, not that, you know, she -- how        12:36:46

9    she characterizes something --                            12:36:51

10       A   I'm going to tell you what's not true, is         12:36:53

11   that I reported that I've been -- it's saying that        12:36:56

12   I've been -- it says that based upon my                   12:36:59

13   termination me, myself, the plaintiff, employment        12:37:01

14   because I've had a convicted crime of dishonesty         12:37:03

15   as reported on his criminal background report and        12:37:07

16   not on any other factor.                                  12:37:11

17       Well, okay.  That's what I -- okay.  Did             12:37:13

18   not participate --                                        12:37:17

19       THE STENOGRAPHER:  Sorry.  If you're                 12:37:24

20   reading, just read to yourself.                           12:37:25

21       A   Give me a moment and let me read this.          12:37:28

22       Q   Okay.  And so it sounds like -- what you         12:37:28

23   just read there, it sounds like you don't actually       12:37:28

24   think what she wrote in that paragraph is false?          12:37:31

| | | |
|---|---|---|
| 1 | A   Let me read it -- | 12:37:38 |
| 2 | Q   Okay.  Please. | 12:37:38 |
| 3 | A   -- before I answer. | 12:37:40 |
| 4 | Q   Please. | 12:37:56 |
| 5 | A   This is where I disagree at. | 12:40:22 |
| 6 | Q   What paragraph? | 12:40:25 |
| 7 | A   Paragraph 36.  It says, During the tenure | 12:40:26 |
| 8 | of Plaintiff's employment at Mariano's -- I do not | 12:40:30 |
| 9 | disagree.  Let's just let that go.  Let's let that | 12:40:38 |
| 10 | go.  Let me read again before I clear my answer. | 12:40:42 |
| 11 | Q   Okay. | 12:40:45 |
| 12 | A   Give me a second. | 12:40:46 |
| 13 | Q   Mm-hmm. | 12:40:47 |
| 14 | A   Okay.  I'm ready to answer. | 12:43:41 |
| 15 | Q   Okay. | 12:43:43 |
| 16 | A   My answer is this.  It's Article 17 in | 12:43:44 |
| 17 | Lindsay Flesher's affidavit.  It says, In | 12:43:51 |
| 18 | accordance with these policies and procedures, | 12:43:54 |
| 19 | Mariano's sent written notice of the | 12:43:57 |
| 20 | unsatisfactory background results along with a | 12:43:59 |
| 21 | copy of the background report itself and a summary | 12:44:03 |
| 22 | of consumer protection rights under the Fair | 12:44:06 |
| 23 | Credit Report Act to the plaintiff on February the | 12:44:08 |
| 24 | 28th, 2022.  A true and correct copy of Mariano's | 12:44:10 |

| | | |
|---|---|---|
| 1 | written notice was enclosed to Plaintiff Bates | 12:44:10 |
| 2 | labeled for production in discovery as | 12:44:22 |
| 3 | D000115-D000127 is attached as Exhibit G.  I never | 12:44:26 |
| 4 | received it. | 12:44:30 |
| 5 | Q  Okay. | 12:44:31 |
| 6 | A  That's what I never -- I never received | 12:44:32 |
| 7 | that on February the 28th of 2022. | 12:44:35 |
| 8 | Q  So other than that one paragraph, there's | 12:44:38 |
| 9 | nothing in that affidavit that strikes you as | 12:44:40 |
| 10 | factually untrue? | 12:44:44 |
| 11 | A  Well, another thing that factually baffles | 12:44:45 |
| 12 | me, it was that I was terminated of -- | 12:44:52 |
| 13 | Q  Well -- | 12:44:55 |
| 14 | A  -- and this -- what Lindsay Flesher has to | 12:44:57 |
| 15 | say -- I'm going to answer the question. | 12:44:59 |
| 16 | Q  Well, hold on a second, though, because | 12:44:59 |
| 17 | you're not answering the question.  You said you | 12:45:03 |
| 18 | were factually baffled by something.  I'm not | 12:45:04 |
| 19 | asking if there's anything in there that you don't | 12:45:07 |
| 20 | understand or if there's anything in there that | 12:45:07 |
| 21 | you weren't privy to. | 12:45:09 |
| 22 | What I'm asking is, is there anything in | 12:45:09 |
| 23 | that affidavit, other than paragraph 17, that you | 12:45:12 |
| 24 | claim is factually untrue, that Lindsay Flesher is | 12:45:15 |

1    lying in her declaration when she writes this?          12:45:19

2        A  She is lying concerning this criminal            12:45:25

3    background check, me receiving it.  But, also,          12:45:32

4    she's lying about the procedural way and the            12:45:37

5    policy way of handling it --                            12:45:40

6        Q  Okay.                                            12:45:42

7        A  -- accordingly to the state of Illinois          12:45:44

8    law.                                                    12:45:47

9        Q  Okay.  All right.  So other than that,           12:45:47

10   nothing else, right?                                    12:45:50

11       A  That's it.                                       12:45:51

12       Q  Okay.  So what she says in paragraph 17 is       12:45:52

13   that the company mailed a copy of that report.          12:45:58

14   She doesn't say that you received it.  She just         12:46:05

15   said the company mailed it, right?                      12:46:08

16       A  She says that.                                   12:46:11

17       Q  Right.  So she never said, I affirm and          12:46:12

18   swear under oath that Brandon Rudolph-Kimble            12:46:17

19   received this.  She's simply saying that the            12:46:20

20   company sent it, right?                                 12:46:24

21       A  That's what she's simply saying.                 12:46:26

22       Q  And the company very well could have sent        12:46:28

23   it and you simply didn't receive it, right?             12:46:32

24       A  That could be the case.                          12:46:34

1    Q  Okay.                                                      12:46:34

2    A  That could be.  That's speculation.  But                   12:46:35

3    that could be the case.  But I know for a fact,               12:46:37

4    under oath, she is not testifying policy and                  12:46:43

5    procedure handling me as an employee of Mariano's            12:46:47

6    concerning my termination on my criminal                      12:46:53

7    background report --                                          12:46:56

8    Q  Okay.                                                      12:46:57

9    A  -- and my termination.  The policies and                  12:47:00

10   procedures according to the state of Illinois law            12:47:01

11   as an employee, she did not follow that.                     12:47:03

12   Q  Okay.  So when you were reading her                       12:47:05

13   affidavit and she says policies and procedures,              12:47:08

14   you're interpreting that to mean statutory                   12:47:10

15   requirements of the state of Illinois, correct?             12:47:14

16   That's what you're interpreting that to mean?                12:47:16

17   A  That it's a basis on the procedural way of                12:47:18

18   doing things, yes, it's on that -- it's the basis            12:47:21

19   for that.  Yes.                                              12:47:25

20   Q  But you never worked in Mariano's HR                      12:47:26

21   department, right?                                           12:47:29

22   A  I've never worked in their department, no.                12:47:30

23   Q  So you don't know what Mariano's policies                 12:47:33

24   and procedures are with respect to criminal                  12:47:35

1    background check reports, right?  You don't know          12:47:37

2    what those procedures are because you never worked       12:47:40

3    in that department, right?                                12:47:43

4        A  But what I do know, that it's supposed to         12:47:44

5    be according to be state of Illinois law.  And it        12:47:46

6    was not.  And that's what I found it to be.  And         12:47:48

7    the basis of it.  It was not according to the            12:47:50

8    policies and procedures and the laws of the state        12:47:52

9    of Illinois.  I was terminated illegally.  I know        12:47:54

10   that for a fact.                                          12:47:57

11       Q  Okay.  And you believe you were terminated        12:47:58

12   illegally in violation of the Illinois Ban the Box       12:48:01

13   Act, right?                                               12:48:04

14       A  And the Job Qualified Act as well, yes.           12:48:04

15       Q  Okay.  But, again, you don't know what            12:48:06

16   Mariano's policies and procedures actually are,          12:48:09

17   correct?                                                  12:48:12

18       A  I've never received their policy and             12:48:13

19   procedures that I can recall from them, no.  But I       12:48:19

20   have received for the state of Illinois concerning       12:48:22

21   employee law and concerning state of Illinois law        12:48:25

22   for employees.  So they have a basis to comment          12:48:30

23   with that on my name.  And they didn't do that.          12:48:36

24   It was illegal.  And there's damage, punitive            12:48:37

1    damage behind it on my name.                          12:48:41

2        Q   Okay.  And that's your conclusion?            12:48:42

3        A   That is the conclusion.                       12:48:44

4        Q   That's your conclusion?                       12:48:45

5        A   That is the conclusion.                       12:48:46

6        Q   Okay.  And you're aware that, in this         12:48:47

7    case, our court requires the parties here to          12:48:50

8    submit a supplemental joint status report advising    12:48:55

9    the Court on the status of discovery as well as a     12:48:58

10   proposal for a summary judgment briefing.  You        12:49:01

11   remember Judge Rowland said that at the last          12:49:06

12   hearing we were at?  Do you recall?                   12:49:09

13       A   That we have to do a joint status report      12:49:10

14   further.                                              12:49:13

15       Q   You recall that?                              12:49:14

16       A   I do recall that on -- right before my        12:49:15

17   birthday.                                             12:49:18

18       Q   All right.  Here.  I'm handing you -- I've    12:49:18

19   marked it as Exhibit 17.  And this is a proposed      12:49:21

20   joint status report.  I want you to take a look at    12:49:24

21   that and let me know if this is okay for you, if      12:49:27

22   you have any changes you want to make to it, or if    12:49:31

23   it was okay for us to go ahead and file it.           12:49:34

24       (Rudolph-Kimble Deposition Exhibit 17             12:49:37

1    marked for identification and attached to the          12:49:37

2    transcript.)                                           12:51:00

3        A   It says, The defendant has not yet             12:51:00

4    received a copy of the deposition transcript.          12:51:02

5        Q   That's right.  Because what will happen        12:51:04

6    after the deposition is over is we'll order a copy     12:51:08

7    of the transcript and Court here is going to           12:51:11

8    prepare a written transcript.  That's why he has       12:51:13

9    that machine there.  That's why he's been typing       12:51:15

10   down everything that we're saying today.  So,          12:51:18

11   obviously, I haven't received the transcript nor       12:51:20

12   have you, because --                                   12:51:23

13       A   Well, after this case, I would like to         12:51:25

14   have an order as well -- an order of this              12:51:27

15   deposition transcript as well.                         12:51:27

16       Q   Okay.                                          12:51:29

17       A   Plaintiff's response in opposition to         12:51:58

18   Defendant's motion in summary judgment will be due     12:52:02

19   14 days thereafter.  So I have 14 days to respond?     12:52:05

20       Q   Unless you would like more time.  Do you       12:52:20

21   want more time?                                        12:52:23

22       A   Let's keep it that way.                        12:52:24

23       Q   Okay.                                          12:52:27

24       A   14 days to respond in opposition to           12:52:27

| | | |
|---|---|---|
| 1 | Defendant's motion for summary judgment will be | 12:52:30 |
| 2 | due 14 days thereafter. | 12:52:33 |
| 3 | Q  Okay. | 12:52:34 |
| 4 | A  Well, what I do disagree with is that I | 12:53:35 |
| 5 | did send those 8 through 14 interrogatories to you | 12:53:40 |
| 6 | on February the 6th as well, 2023.  I just showed | 12:53:43 |
| 7 | you that.  And you didn't pick that up from | 12:53:47 |
| 8 | Abernathy -- well, Abernathy.  That's the name | 12:53:50 |
| 9 | that I sent it to as well, so you received it in | 12:53:56 |
| 10 | your office. | 12:54:01 |
| 11 | Q  Okay.  So if we put -- | 12:54:02 |
| 12 | A  8 through 14 interrogatory answers. | 12:54:04 |
| 13 | Q  All right.  So hold on a second. | 12:54:06 |
| 14 | If we put a final sentence on that | 12:54:08 |
| 15 | paragraph that says, Plaintiff contends that he | 12:54:11 |
| 16 | submitted his answers to interrogatories 8 through | 12:54:15 |
| 17 | 14 on February 6th, 2023, that would be fine? | 12:54:19 |
| 18 | A  Let's do that. | 12:54:23 |
| 19 | Q  Okay. | 12:54:24 |
| 20 | A  And it says, Has not supplemented his | 12:54:39 |
| 21 | discovery responses since then.  So I still have | 12:54:42 |
| 22 | until March 15th to do any discovery to get over | 12:54:54 |
| 23 | to you; am I right? | 12:54:58 |
| 24 | Q  I believe the Court's current schedule -- | 12:55:00 |

| | | |
|---|---|---|
| 1 | A  March 15, 2023. | 12:55:05 |
| 2 | Q  The Court's current schedule calls for the | 12:55:07 |
| 3 | close of discovery on March 15th. | 12:55:10 |
| 4 | A  So I can send you discovery.  If I have | 12:55:12 |
| 5 | any more further discovery, I can up until March | 12:55:16 |
| 6 | 15th, 2023 to be considered.  After that, it's the | 12:55:20 |
| 7 | deadline.  Okay.  Let's go ahead and go forward | 12:55:24 |
| 8 | and push it on through there. | 12:55:29 |
| 9 | MR. GRIESMEYER:  Okay.  We'll get that on | 12:55:31 |
| 10 | file.  All right.  So at this point, those are all | 12:55:32 |
| 11 | the questions that I have for you today during the | 12:55:33 |
| 12 | deposition. | 12:55:35 |
| 13 | What's going to happen now is, like I | 12:55:36 |
| 14 | mentioned, the court reporter here is going to | 12:55:38 |
| 15 | prepare a written transcript of today's | 12:55:41 |
| 16 | deposition.  And you have the right to go to the | 12:55:44 |
| 17 | court reporter's office, if you would like, to | 12:55:47 |
| 18 | read a copy of that deposition transcript before | 12:55:50 |
| 19 | it's finalized and to correct any type of | 12:55:52 |
| 20 | typographical errors.  You cannot correct | 12:55:58 |
| 21 | substantive testimony or anything like that.  But | 12:56:00 |
| 22 | if it's a misspelling of a name or a typographical | 12:56:03 |
| 23 | error, then you can, you know, note that change. | 12:56:08 |
| 24 | Or if you think Court here has done his | 12:56:11 |

1    job and has accurately recorded everything that          12:56:14

2    we've said here without making any typos, then you       12:56:17

3    can waive that right.  So it's up to you.  What          12:56:21

4    would you like to do?                                    12:56:24

5          THE WITNESS:  Let's keep it going forward.         12:56:25

6          MR. GRIESMEYER:  Okay.  So we'll say that          12:56:28

7    signature is reserved.  And that's all we have.          12:56:31

8          THE WITNESS:  All right.                           12:56:35

9          THE VIDEOGRAPHER:  Okay.  We are going off         12:56:37

10   record.  The time is 12:56 p.m.                          12:56:38

11          (Off the record at 12:56 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

1              ACKNOWLEDGMENT OF DEPONENT

2         I, BRANDON RUDOLPH-KIMBLE, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony and the same is a true,

5    correct, and complete transcription of the

6    testimony given by me and any corrections appear

7    on the attached errata sheet signed by me.

8

9

10

11    _____

12         (SIGNATURE)                  (DATE)

13

14

15

16

17

18

19

20

21

22

23

24

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3         I, Courtney Petros, Registered

4    Professional Reporter, Certified Shorthand

5    Reporter and Notary Public, the officer before

6    whom the foregoing deposition was taken, do hereby

7    certify that the foregoing transcript is a true

8    and correct record of the testimony given; that

9    said testimony was taken by me and thereafter

10   reduced to typewriting under my direction; that

11   reading and signing was requested; and that I am

12   neither counsel for, related to, nor employed by

13   any of the parties to this case and have no

14   interest, financial or otherwise, in its outcome.

15        IN WITNESS WHEREOF, I have hereunto signed

16   this 23rd day of March, 2023.

17   My commission expires: May 6th, 2023.

18

19

20   _____

21   COURTNEY PETROS, RPR, CSR

22   NOTARY PUBLIC IN AND FOR THE

23   STATE OF ILLINOIS

24

| A | | | |
|---|---|---|---|
| **a-m-y**<br>94:3 | **action**<br>15:4, 16:24 | **africa**<br>22:15 | **agree**<br>61:22, 62:17, |
| **abernath@grglegal**<br>29:1 | **actual**<br>53:7, 68:23, | **african**<br>22:11 | 64:5, 64:8<br>**agreement** |
| **abernathy**<br>115:8 | 73:23, 78:22,<br>87:6, 87:10 | **africans**<br>22:12 | 4:20, 69:22,<br>72:7, 73:6, |
| **ability**<br>13:9, 18:13, | **actually**<br>10:5, 22:1, | **after**<br>34:16, 34:21, | 73:15, 73:18,<br>89:12 |
| 60:1, 92:2 | 27:9, 30:20, | 34:23, 57:18, | **ahead** |
| **able**<br>21:3, 22:4, | 34:12, 40:23,<br>46:15, 52:20, | 67:16, 71:20,<br>71:21, 77:14, | 91:1, 113:23,<br>116:7 |
| 41:22, 49:18, | 53:20, 53:22, | 81:3, 84:6, | **alarmed** |
| 72:18, 75:22,<br>102:17 | 59:21, 67:20,<br>68:1, 71:9, | 97:7, 97:10,<br>97:17, 99:18, | 61:3, 61:12,<br>61:13 |
| **acceptance**<br>79:3 | 75:16, 75:17,<br>78:10, 86:10, | 105:6, 114:6,<br>114:13, 116:6 | **alcohol**<br>18:22 |
| **access**<br>88:6, 88:23, | 93:1, 97:22,<br>102:11, 102:13, | **afternoon**<br>100:23 | **all**<br>8:11, 8:12, |
| 89:16, 89:20,<br>89:22, 89:23 | 102:24, 104:5,<br>104:6, 106:17, | **afterwards**<br>104:16 | 11:7, 11:13,<br>13:1, 13:12, |
| **accordance**<br>72:24, 108:18 | 107:23, 112:16 | **again**<br>7:10, 12:9, | 14:3, 14:11,<br>14:12, 14:17, |
| **according** | **address**<br>30:3, 30:13, | 18:10, 26:19, | 14:18, 14:24, |
| 111:10, 112:5,<br>112:7 | 30:14, 30:18,<br>31:3 | 26:21, 26:23,<br>28:24, 29:18, | 15:14, 17:8,<br>23:3, 28:22, |
| **accordingly**<br>110:7 | **administer**<br>74:1 | 32:4, 48:6,<br>55:1, 70:2, | 35:3, 35:18,<br>41:13, 42:19, |
| **accurate**<br>18:14, 30:18, | **adverse**<br>16:24 | 79:12, 83:16,<br>106:16, 108:10, | 44:12, 45:1,<br>46:4, 48:1, |
| 50:17, 65:18, | **advice** | 112:15 | 49:20, 50:6, |
| 82:23, 89:14 | 45:1, 45:6,<br>50:2 | **against**<br>13:5, 15:11, | 51:24, 53:12,<br>54:3, 56:19, |
| **accurately**<br>77:10, 77:20, | **advising**<br>113:8 | 16:6, 16:11,<br>16:16, 16:21, | 57:22, 61:9,<br>61:15, 65:11, |
| 117:1 | **advocacy** | 17:16, 18:16, | 70:2, 71:9, |
| **acknowledge**<br>118:3 | 52:21 | 18:21, 45:18,<br>45:22, 46:2, | 72:21, 74:21,<br>82:13, 83:2, |
| **acknowledged**<br>76:12 | **advocate**<br>45:8 | 47:10, 47:23,<br>48:3, 48:9 | 84:17, 85:5,<br>86:4, 91:10, |
| **acknowledgment**<br>76:2, 118:1 | **advocating**<br>52:17 | **age**<br>32:19, 35:9, | 93:20, 94:11,<br>95:3, 96:1, |
| **acknowledgments**<br>75:19, 79:3 | **advocation**<br>46:24, 50:3, | 35:10, 35:16 | 98:9, 98:23,<br>99:14, 99:23, |
| **act** | 50:4 | **agency**<br>66:6 | 103:16, 104:8, |
| 62:18, 63:9,<br>108:23, 112:13, | **affidavit**<br>108:17, 109:9, | **ago**<br>9:19, 23:3, | 105:13, 106:9,<br>106:24, 110:9, |
| 112:14 | 109:23, 111:13 | 24:10, 35:11, | 113:18, 115:13, |
| | **affirm**<br>110:17 | 55:12, 62:13 | 116:10, 117:7, |

117:8
**allegations**
18:12, 100:5,
100:13
**allege**
16:5, 16:10,
16:20, 18:1,
18:6
**alleged**
16:15
**allocation**
42:21
**allowed**
9:2, 18:7,
40:19, 43:4,
43:7, 43:23,
44:1, 44:2,
53:14
**almost**
9:21
**along**
108:20
**already**
51:10, 51:12,
59:16, 62:11
**also**
3:17, 14:12,
16:10, 16:20,
18:1, 18:18,
20:15, 20:19,
29:1, 38:23,
52:20, 56:14,
71:3, 89:8,
97:11, 110:3
**alter**
58:19
**altering**
61:23, 63:20,
63:23, 64:6
**always**
25:10
**amend**
44:22
**amended**
4:9, 15:4, 16:2
**america**
25:5
**american**
25:3, 25:10,

25:12
**amounts**
50:12
**amy**
94:1, 94:3,
94:4, 95:7
**analysis**
45:1
**angle**
102:5
**another**
21:10, 49:2,
52:13, 52:24,
53:2, 53:13,
69:20, 71:10,
84:12, 92:11,
101:21, 109:11
**answer**
8:24, 9:5, 9:8,
10:20, 11:12,
11:23, 12:2,
12:16, 13:10,
14:14, 14:17,
14:19, 14:20,
15:2, 48:11,
48:14, 48:15,
48:19, 48:20,
108:3, 108:10,
108:14, 108:16,
109:15
**answered**
49:13
**answering**
9:3, 48:13,
109:17
**answers**
4:11, 12:10,
15:6, 26:3,
26:15, 26:17,
27:5, 27:14,
27:15, 27:16,
27:17, 27:24,
115:12, 115:16
**any**
8:3, 8:8, 11:7,
13:2, 13:8,
13:21, 15:7,
18:16, 34:8,

35:22, 36:2,
36:13, 37:9,
41:5, 41:6,
41:10, 41:23,
42:11, 42:20,
42:22, 43:10,
43:12, 43:14,
43:15, 44:6,
44:7, 44:12,
44:15, 44:17,
46:22, 47:7,
47:14, 48:24,
56:5, 56:15,
69:8, 69:17,
72:11, 75:11,
82:18, 87:5,
87:22, 88:10,
88:11, 92:4,
92:10, 95:6,
95:14, 95:15,
95:18, 95:20,
95:21, 96:7,
99:14, 99:16,
107:16, 113:22,
115:22, 116:5,
116:19, 117:2,
118:6, 119:13
**anybody**
99:14, 100:4
**anyone**
15:17, 30:8,
41:2, 43:14,
49:10, 92:7,
100:11
**anything**
13:14, 14:5,
14:16, 14:21,
15:13, 25:6,
42:22, 44:11,
45:8, 47:1,
52:21, 61:11,
72:12, 73:3,
82:19, 95:17,
96:1, 96:5,
106:12, 107:6,
109:19, 109:20,
109:22, 116:21
**anyway**
89:13

**anyways**
8:18
**app**
39:22, 40:18,
40:19, 40:22,
41:1, 41:3,
41:11, 41:14,
41:18, 42:2,
42:3, 42:10,
42:13, 42:15,
42:18, 43:1,
43:14, 43:17,
43:19, 43:20,
43:22, 43:24,
44:14, 44:19
**appear**
118:6
**appearance**
50:3
**appearances**
13:19, 14:24
**appears**
83:7
**application**
67:20, 68:13
**applied**
34:4, 34:6,
36:3
**apply**
18:7, 18:13,
32:9, 67:22,
67:24, 91:13
**approach**
87:14
**approached**
19:20, 22:19,
62:22, 63:1
**april**
32:16, 51:2
**area**
10:10, 20:24,
24:13, 33:3,
36:13, 36:23,
102:20, 102:21,
102:22, 103:1
**arizona**
38:22
**army**
36:6, 36:12,

36:16
**around**
18:18, 35:18,
40:9, 40:11,
51:21, 52:2,
57:5, 61:10,
81:7, 81:8,
103:24
**arraignment**
49:20, 49:22,
53:16, 59:19
**arrangement**
64:22, 65:6
**arrest**
54:22, 54:23,
58:22, 59:5,
59:14, 59:17,
61:15
**arrested**
54:16, 54:20,
55:20, 56:5,
56:7, 56:13,
56:16, 59:12,
60:18, 61:5,
62:5, 63:11,
65:15
**article**
108:16
**aside**
47:6, 55:22,
61:21
**asked**
11:9, 11:15,
15:12, 20:9,
23:10, 43:14,
44:13, 53:21,
61:4, 90:2
**asking**
62:14, 63:5,
109:19, 109:22
**aspect**
51:8
**assessment**
65:12
**assessments**
65:2
**assistance**
50:9

**assistant**
24:20, 24:21
**associate**
101:21
**associated**
48:23
**assumption**
89:18
**atlanta**
8:14, 9:15,
33:5, 33:6,
33:22, 56:12,
68:8
**atmosphere**
103:3, 103:4
**attached**
4:7, 15:22,
25:20, 26:12,
28:4, 28:6,
29:8, 29:16,
39:11, 57:1,
57:11, 72:3,
75:9, 76:7,
77:7, 78:5,
82:16, 97:1,
97:20, 106:3,
109:3, 114:1,
118:7
**attachment**
28:7
**attempt**
44:21, 99:21
**attend**
37:4, 38:11
**attended**
37:11, 37:12,
38:12, 38:14
**attention**
22:3, 53:20
**attitude**
22:12, 22:18
**attorney**
8:1, 40:14,
40:15, 42:12,
42:19, 43:10,
44:9, 50:6
**attorney-client**
9:5

**attorneys**
53:7
**august**
58:11
**authority**
51:22, 62:23,
92:2
**auto**
54:24, 55:3
**automobile**
55:5
**avenue**
71:12
**avoid**
9:3
**aware**
11:4, 11:6,
71:16, 75:2,
113:6
**away**
38:7, 47:20

## B

**b-e-a-r-d**
94:23
**b-e-n-s-o-n**
34:22, 34:24
**b-r-a-n-d-o-n**
7:8
**b-r-e-s-o-h-n**
34:16
**b-r-e-y-a-n-a**
35:1
**baby**
99:11
**back**
14:10, 15:6,
53:11, 60:5,
63:4, 68:21,
74:18, 81:1,
81:5, 81:9,
100:8, 103:24,
104:1, 106:18
**background**
4:18, 17:6,
17:17, 17:18,
57:6, 57:14,
57:17, 68:21,

80:3, 80:7,
80:14, 80:18,
80:20, 81:1,
81:5, 81:15,
81:16, 85:10,
85:12, 85:21,
85:22, 85:23,
86:3, 86:5,
86:6, 86:8,
86:11, 86:15,
87:4, 87:7,
87:11, 87:15,
87:22, 88:2,
88:6, 88:11,
88:19, 88:24,
89:10, 89:16,
89:20, 89:23,
90:1, 93:19,
96:8, 106:23,
107:15, 108:20,
108:21, 110:3,
111:7, 112:1
**baffled**
109:18
**baffles**
109:11
**bagger**
68:12
**balance**
59:10, 59:13,
59:18, 61:3,
62:4, 62:7,
62:22
**ban**
17:12, 99:24,
112:12
**bargaining**
4:19, 72:7,
73:6, 73:15,
73:18, 76:4
**based**
16:6, 16:11,
17:5, 104:20,
105:1, 105:3,
107:12
**basically**
51:24, 52:3,
52:24, 53:6,

53:9
**basis**
16:17, 47:17,
111:17, 111:18,
112:7, 112:22
**bates**
109:1
**bear**
12:7
**beard**
94:21, 94:23,
95:1, 95:5
**beautiful**
100:20, 101:1,
104:23
**became**
71:16
**because**
9:5, 9:18,
17:12, 20:1,
22:1, 22:5,
22:17, 24:10,
28:13, 35:17,
41:22, 43:3,
46:14, 46:24,
49:16, 52:18,
53:22, 55:18,
59:24, 62:9,
67:10, 67:13,
68:1, 71:17,
78:10, 80:12,
80:23, 81:20,
83:15, 85:9,
88:24, 89:23,
93:8, 93:13,
95:12, 96:13,
98:5, 99:9,
102:13, 103:1,
103:14, 103:17,
103:19, 103:20,
106:21, 107:14,
109:16, 112:2,
114:5, 114:12
**become**
10:5, 10:6,
10:8
**been**
7:2, 10:3,

14:8, 14:10,
14:23, 23:3,
23:3, 24:10,
25:6, 31:8,
31:9, 31:12,
33:14, 41:22,
54:16, 54:20,
55:11, 55:18,
56:5, 56:7,
56:10, 56:15,
89:22, 95:13,
107:11, 107:12,
114:9
**beep**
61:3, 61:13
**beeped**
61:13
**before**
2:14, 10:14,
11:23, 12:2,
15:24, 25:22,
27:9, 27:10,
30:13, 39:9,
59:22, 65:21,
68:4, 74:21,
76:17, 80:14,
80:18, 81:2,
108:3, 108:10,
113:16, 116:18,
119:5
**beg**
88:12
**begin**
80:6
**begins**
6:2, 82:1
**behalf**
3:2, 3:9
**behavior**
40:11, 42:12
**behind**
113:1
**being**
17:16, 18:18,
18:24, 21:8,
22:16, 40:8,
43:15, 45:10,
51:1, 53:6,

53:10, 56:11,
62:23, 63:11,
68:18, 72:18,
79:19, 80:17,
103:2
**believe**
17:11, 18:11,
82:23, 82:24,
112:11, 115:24
**benefit**
41:22, 42:9,
42:23, 44:6,
44:11, 63:10
**benefits**
41:13, 42:19,
42:20, 54:2
**benefitting**
43:9
**benson**
34:22, 34:24
**best**
60:15, 76:10,
77:9, 77:19
**between**
19:3, 23:4,
24:7, 42:17,
72:7, 86:23
**big**
101:2
**bill**
28:15
**birth**
32:22
**birthday**
27:7, 113:17
**bit**
78:24, 91:5
**black**
25:9, 25:10
**blue**
38:8
**booklet**
73:17
**born**
25:5, 32:23,
33:1
**box**
17:12, 21:16,

79:14, 80:5,
80:10, 83:22,
84:16, 99:24,
101:12, 102:4,
102:12, 102:16,
103:5, 112:12
**boys**
34:12, 34:13,
34:14, 35:3
**bramlett**
3:18, 6:11
**brandon**
1:5, 1:14, 2:1,
3:3, 4:2, 6:3,
6:20, 7:1, 7:7,
18:1, 24:19,
35:7, 39:20,
40:1, 52:11,
52:15, 53:19,
68:20, 72:22,
73:22, 77:14,
80:24, 84:9,
84:11, 85:5,
85:8, 85:15,
87:2, 88:13,
89:1, 89:7,
89:9, 89:18,
89:24, 92:23,
93:22, 100:18,
100:24, 101:1,
104:11, 104:21,
105:16, 110:18,
118:2
**bravo**
36:14
**break**
74:13, 74:14,
74:22, 78:23,
83:15, 91:5
**bresohn**
34:16, 35:12
**breyana**
35:1, 35:15
**brianna**
3:18, 6:11
**brief**
74:14, 74:21
**briefing**
113:10

**briefly**
10:18
**bring**
15:11
**broadcasted**
51:19
**brother**
35:4
**brothers**
34:15, 38:6
**brought**
22:3, 51:4,
51:6, 51:9,
51:10, 51:11,
67:19
**bunch**
45:2, 45:6,
45:7, 106:1
**bus**
56:11, 59:2,
59:3, 59:7,
59:8, 59:11,
60:6, 60:21
**business**
7:12, 32:3,
32:6, 32:8,
32:20, 34:2,
35:23, 36:1,
43:12
**butcher's**
23:2
**butchers**
19:15, 20:12,
23:1, 23:12,
23:14, 84:8

**C**

**c-h-a-n-d-l-e-r**
34:17
**c-z-e-r-w-i-n**
94:15
**call**
31:1, 40:7,
43:1, 53:3,
60:23, 71:10,
71:14
**called**
11:4, 31:20,

37:5, 38:20,
39:18, 40:18,
42:10, 52:20,
59:15, 65:23,
66:9, 68:7, 79:2
**calls**
116:2
**came**
78:13, 80:14,
81:5, 81:9
**can't**
11:21, 36:21,
36:24, 44:16,
44:17, 45:24,
90:4, 90:5,
90:15, 94:10,
94:19, 95:12,
103:13, 105:21
**cannot**
45:22, 96:12,
102:12, 103:9,
116:20
**car**
45:24, 47:13
**card**
59:2, 60:7
**cards**
58:20, 61:24
**career**
37:15
**carefully**
15:1
**carolina**
36:21
**carrying**
51:21
**case**
1:7, 6:8, 26:1,
28:22, 29:6,
47:1, 47:5,
49:18, 50:18,
55:10, 55:11,
55:23, 55:24,
56:3, 56:21,
59:24, 60:2,
61:22, 110:24,
111:3, 113:7,
114:13, 119:13

**cash**
39:21, 40:18,
40:19, 40:22,
41:1, 41:3,
41:11, 41:14,
41:18, 42:2,
42:3, 42:10,
42:13, 42:15,
42:18, 43:1,
43:14, 43:22,
43:24, 44:14,
44:18
**causing**
61:10
**central**
37:11
**certain**
18:3
**certificate**
31:10, 39:3,
119:1
**certified**
2:15, 119:4
**certify**
119:7
**chance**
28:18, 62:12
**chandler**
34:17, 35:13
**change**
44:20, 44:22,
116:23
**changed**
63:12
**changes**
113:22
**channel**
4:16, 39:6,
39:16, 39:18,
39:19, 44:24,
45:13, 49:3,
51:5, 51:12,
51:19
**character**
50:2, 50:10,
50:11, 50:16
**characterization**
107:1

**characterizes**
107:9
**charge**
54:24, 55:2,
64:17, 64:19
**check**
4:18, 17:6,
57:6, 57:14,
57:17, 80:3,
80:7, 80:10,
80:11, 80:14,
80:18, 80:20,
80:22, 81:1,
81:5, 81:15,
81:16, 85:10,
85:12, 85:21,
85:23, 86:3,
86:6, 86:8,
86:11, 87:7,
87:11, 87:16,
88:6, 88:11,
89:16, 89:20,
110:3, 112:1
**checking**
86:16
**checkout**
21:15
**checks**
87:4, 87:23,
88:3, 96:8
**cheese**
19:4, 20:20,
21:5, 23:18,
23:21, 23:24,
24:4
**chicago**
1:15, 2:8, 3:6,
3:14, 6:14,
30:5, 30:16,
30:23, 33:1,
33:2, 47:10,
69:3
**chicken**
70:16
**child**
32:17, 32:18,
45:23
**choose**
43:18, 44:17,

67:22
**chose**
43:19, 43:22,
44:16, 44:18,
62:24, 67:24
**chosen**
44:15
**chris**
6:17, 7:11
**christopher**
3:10
**circumstances**
55:8, 96:2
**city**
33:11, 47:10
**civil**
8:20, 17:9,
17:23, 46:11
**claim**
17:1, 17:8,
62:2, 62:3,
109:24
**claiming**
18:21
**claims**
13:5, 13:17,
13:18, 14:13,
15:2, 18:16
**clark**
69:2
**clean**
41:9, 104:8
**cleaner**
57:13
**clear**
41:3, 48:18,
78:10, 105:13,
108:10
**client**
13:6
**clip**
45:14
**clock**
82:3, 82:6,
82:7
**clock-in**
101:12
**clock-out**
21:16, 83:22,

84:16, 101:12,
102:4, 102:12,
102:16, 103:5
**close**
116:3
**closed**
56:1
**cnn**
51:4, 51:11,
51:12, 51:18,
51:19, 52:6,
52:7
**code**
30:5, 30:15,
38:8
**coerced**
48:16
**coercion**
91:13
**collective**
4:19, 72:6,
73:6, 73:15,
73:18, 76:4
**college**
37:12
**colloquially**
69:5
**color**
16:7, 25:8,
95:18
**com**
29:1
**come**
45:24, 47:12,
103:23
**comes**
49:11, 68:21,
80:18, 81:1,
89:17
**coming**
89:11
**comment**
21:7, 101:20,
101:24, 102:10,
104:22, 105:10,
112:22
**commentary**
53:23, 103:13

**comments**
18:3, 52:19,
105:16
**commercial**
72:8
**commission**
119:17
**common**
46:9
**communication**
20:2
**compacted**
84:17
**company**
7:19, 8:14,
8:16, 10:7,
10:9, 17:11,
17:13, 65:23,
66:9, 67:23,
75:2, 76:18,
80:6, 80:18,
81:14, 81:21,
81:24, 110:13,
110:15, 110:20,
110:22
**company's**
75:23, 97:11
**complained**
17:24
**complaint**
4:9, 15:3,
15:4, 16:2,
16:5, 17:23,
90:18
**complete**
118:5
**completed**
75:13
**completely**
38:10
**completion**
75:16
**computer**
72:24, 73:13,
83:19, 84:16,
104:2
**computers**
102:1

**concerning**
72:20, 73:18,
89:10, 100:19,
110:2, 111:6,
112:20, 112:21
**conclusion**
113:2, 113:3,
113:4, 113:5
**conducted**
99:16, 99:20,
100:12
**conduction**
99:21
**confidential**
9:11
**confiscated**
51:24
**connection**
88:24
**consent**
55:4, 55:5,
58:20, 61:24,
86:5, 86:7
**consider**
25:9
**considered**
25:10, 40:20,
93:10, 93:15,
116:6
**conspired**
19:17
**constantly**
22:20
**consumer**
108:22
**contact**
47:12, 47:13,
47:24, 51:22
**contained**
100:6
**contains**
79:2
**contender**
68:22
**contends**
115:15
**contingent**
80:16

contract
57:19, 86:15,
86:22, 90:2
conversation
21:15, 84:21,
84:22, 85:2,
85:16, 88:18
convicted
52:1, 55:11,
55:17, 55:18,
55:20, 65:16,
96:10, 107:14
conviction
17:6, 58:10,
58:11, 58:23,
61:18, 96:9
cook
53:4
coolers
70:19
copies
78:2
copy
29:4, 57:5,
57:13, 57:16,
72:6, 73:6,
75:22, 77:17,
82:20, 87:19,
89:2, 90:11,
90:14, 90:17,
97:3, 97:16,
108:21, 108:24,
110:13, 114:4,
114:6, 116:18
corner
58:3, 79:9,
79:14
corrections
118:6
correctly
75:12, 83:7
costs
48:1, 65:1,
65:12
could
7:5, 22:14,
44:15, 55:1,
56:23, 81:16,

99:8, 101:20,
103:12, 104:3,
104:6, 104:12,
104:13, 110:22,
110:24, 111:2,
111:3
couldn't
84:23, 103:16,
103:19, 103:20
counsel
6:15, 6:18,
7:3, 7:11, 8:3,
9:4, 74:8,
119:12
count
35:3
county
53:4
couple
46:5, 91:8,
99:3
course
61:17, 98:10
court
1:1, 6:6, 6:21,
6:22, 8:24,
11:17, 13:19,
14:24, 47:8,
59:19, 65:1,
65:11, 106:18,
113:7, 113:9,
114:7, 116:14,
116:17, 116:24
court's
115:24, 116:2
courtney
1:24, 2:14,
119:3, 119:21
courts
53:16
cover
28:3
create
41:24
created
42:1, 42:10,
43:17
creating
42:2, 44:14

credit
65:3, 108:23
crime
54:4, 54:11,
54:17, 54:21,
56:9, 56:13,
61:22, 61:24,
62:2, 62:3,
62:6, 62:7,
62:19, 63:12,
63:14, 63:15,
63:17, 63:18,
63:19, 63:21,
63:22, 63:24,
64:1, 64:5,
64:6, 64:8,
64:9, 64:11,
64:12, 65:15,
65:17, 65:18,
96:9, 107:14
crimes
56:6, 56:7,
56:15
criminal
17:6, 17:17,
50:15, 58:10,
81:5, 81:15,
81:16, 85:12,
85:22, 86:6,
86:8, 86:15,
87:4, 88:19,
88:24, 89:10,
89:23, 89:24,
93:18, 95:15,
106:21, 106:22,
107:15, 110:2,
111:6, 111:24
crying
38:5, 38:6
crystal
18:1, 24:19,
68:20, 72:22,
73:22, 77:14,
80:24, 84:8,
84:11, 85:15,
87:2, 88:13,
89:1, 89:7,
89:8, 89:24,

92:23, 93:22,
100:18, 100:24,
101:20, 101:23
csr
1:24, 119:21
cubicle
103:17, 103:20
cubital
102:6, 102:7,
102:13, 102:15,
103:1, 103:6,
103:11, 103:14
cubitals
102:2, 102:4
curious
47:7
current
30:3, 30:13,
30:18, 70:18,
115:24, 116:2
currently
35:13, 35:14
custody
61:5
customer
19:8, 20:24,
21:13, 24:17,
84:17, 103:6
customers
19:22, 20:5,
20:11, 20:15,
20:19, 23:10,
23:11, 23:13,
23:15, 23:16,
70:21, 102:23
czerwin
94:13, 94:15,
94:16, 95:5

---

**D**

d-a-h-v-i-e
34:19
d-d
109:3
dahvie
34:18, 35:13
damage
112:24, 113:1

damaged
99:10
dark
22:14
date
6:9, 32:22,
37:20, 57:23,
58:11, 58:15,
60:12, 60:13,
60:18, 68:18,
68:19, 68:23,
70:18, 78:22,
79:10, 81:8,
83:24, 101:14,
118:12
dated
79:22
dates
70:19, 75:17,
83:3, 83:7
daughter
30:9, 32:15
day
59:19, 60:10,
60:19, 60:20,
81:7, 83:10,
83:18, 83:23,
84:3, 84:7,
85:18, 85:19,
88:13, 101:15,
105:11, 119:16
days
35:11, 53:11,
59:21, 65:2,
65:4, 65:7,
65:8, 65:13,
65:17, 67:2,
114:19, 114:24,
115:2
deadline
116:7
deal
9:9, 64:20,
65:16
dealt
49:16
decision
92:11, 92:22,

93:1, 93:11
decision-making
93:5, 93:16
decisions
88:10, 92:4
declaration
5:6, 106:6,
106:10, 106:13,
107:7, 110:1
defendant
1:11, 3:9,
6:18, 7:3, 7:13,
7:15, 7:20,
114:3
defendant's
114:18, 115:1
delaware
3:4, 30:4
deli
21:3, 23:8,
83:19, 101:3
demote
92:3
denied
18:12
department
19:3, 19:5,
19:6, 19:12,
19:15, 20:16,
20:20, 21:2,
21:5, 21:9,
22:9, 23:1,
23:8, 23:10,
23:18, 23:19,
23:21, 23:24,
24:1, 24:4,
24:11, 24:13,
24:17, 32:1,
61:14, 68:2,
68:4, 69:13,
69:14, 69:19,
70:4, 70:8,
70:12, 76:19,
83:17, 84:8,
92:19, 97:12,
98:1, 98:4,
98:9, 99:15,
99:16, 99:22,

100:5, 100:12,
101:3, 111:21,
111:22, 112:3
departments
22:2, 23:23
depending
80:19
deponent
118:1
depos
6:12, 6:22
deposition
1:14, 2:1, 4:8,
6:3, 6:12, 8:19,
9:10, 10:13,
10:16, 13:15,
13:23, 14:1,
14:2, 14:16,
15:5, 15:9,
15:16, 15:20,
15:21, 25:18,
25:19, 26:9,
26:11, 29:7,
29:15, 39:10,
56:24, 57:10,
58:14, 72:1,
72:2, 75:8,
76:6, 77:5,
77:6, 78:1,
78:4, 82:14,
82:15, 89:4,
96:24, 97:16,
97:19, 105:24,
106:2, 113:24,
114:4, 114:6,
114:15, 116:12,
116:16, 116:18,
119:6
desk
19:8, 20:24,
23:18, 24:1
desolate
38:22
detailed
61:18, 97:13
detailing
76:2
details
61:19

detained
61:5
detainment
61:16
dick
101:2
differ
46:21, 88:12
different
21:18, 22:6,
45:2, 45:7,
76:22, 91:4,
91:8, 91:14,
100:2
differs
47:7
diploma
37:13
direction
119:10
director
24:22, 24:23
disagree
78:12, 108:5,
108:9, 115:4
discharged
37:2
discipline
92:3
disclose
48:4, 48:10
discovery
109:2, 113:9,
115:21, 115:22,
116:3, 116:4,
116:5
discriminated
16:6, 16:11,
16:16
discrimination
98:13
discuss
15:16, 96:13
discussed
13:16, 65:6,
93:15, 96:14
discussion
22:2, 22:13,

50:23, 52:21,
62:20, 92:18,
93:9, 93:14
**dishonest**
63:13, 106:22
**dishonesty**
62:1, 62:3,
62:7, 62:19,
63:14, 63:16,
63:21, 64:7,
64:10, 64:11,
106:23, 107:14
**dismissal**
15:12
**displaying**
40:9
**disposition**
58:11, 64:13,
64:17
**dispute**
17:18
**distraught**
99:9
**district**
1:1, 1:2, 6:6,
6:7
**division**
1:3, 6:7
**document**
15:24, 25:22,
26:18, 28:4,
28:21, 72:12,
73:9, 75:12,
77:9, 77:20,
79:2, 79:5,
79:10, 79:18,
89:12, 90:7,
90:9
**documentation**
63:23
**documents**
13:21, 15:8,
29:12, 29:19,
29:20, 63:20,
78:2, 78:13
**doing**
7:12, 8:11,
12:5, 12:9,

15:18, 19:9,
20:9, 40:16,
43:13, 73:13,
75:17, 87:11,
100:1, 111:18
**dominque**
70:8
**done**
13:18, 14:18,
31:10, 43:16,
75:16, 82:2,
82:7, 87:18,
87:23, 116:24
**down**
11:19, 28:16,
62:24, 78:23,
101:8, 102:14,
103:10, 114:10
**drive**
56:18
**driver**
60:21
**driver's**
56:18
**driving**
61:10, 66:19
**drug**
18:22, 80:1,
80:3, 80:8,
81:18
**due**
42:19, 42:21,
56:14, 62:7,
85:11, 88:18,
90:2, 91:12,
114:18, 115:2
**duly**
7:2
**during**
71:15, 73:6,
73:9, 75:13,
76:12, 82:21,
85:2, 87:17,
87:19, 93:15,
98:10, 98:24,
108:7, 116:11
**duties**
70:11

**E**
**e-mail**
27:1, 27:20,
28:3, 89:7,
89:9, 89:17,
89:19, 90:11,
90:17
**e-mailed**
14:23, 27:4,
27:17
**e-mailing**
89:2, 90:1,
90:24
**e-mails**
14:3, 14:4,
14:9, 14:11,
15:6
**e3**
36:10
**each**
11:21, 64:3,
105:14
**eagles**
37:6
**earlier**
46:17, 58:13,
96:18
**easier**
11:19, 11:21
**east**
3:4, 30:4
**eastern**
1:3, 6:7
**education**
37:10
**eeoc**
99:22, 99:23
**effect**
72:9
**eggs**
66:9
**either**
24:14, 44:13,
54:1, 87:19,
95:19, 95:23,
96:4, 103:20,
104:13

**else**
14:5, 14:16,
14:21, 15:13,
25:6, 99:8,
104:18, 110:10
**else's**
96:15
**embarrass**
13:2
**emotionally**
51:21
**employed**
31:17, 37:17,
37:22, 37:24,
72:16, 119:12
**employee**
4:22, 4:23,
4:24, 71:5,
71:18, 71:19,
71:23, 73:8,
73:20, 74:6,
75:4, 75:23,
76:11, 78:3,
78:14, 79:15,
81:21, 82:1,
84:12, 92:11,
96:8, 111:5,
111:11, 112:21
**employee's**
92:5
**employees**
24:2, 24:5,
76:23, 77:11,
77:21, 112:22
**employer**
7:16, 7:21,
9:15, 67:16
**employment**
16:24, 17:2,
17:5, 37:20,
65:20, 65:24,
66:6, 71:16,
71:20, 74:23,
75:14, 80:19,
81:13, 83:24,
85:9, 85:18,
85:19, 87:19,
88:14, 92:5,

93:2, 95:21,
96:3, 97:7,
97:10, 97:18,
98:11, 98:24,
99:18, 107:13,
108:8
**enclosed**
109:1
**end**
101:4, 102:5
**endured**
45:10
**enough**
56:12, 59:1,
60:7
**enter**
55:3, 59:1,
59:2, 59:3
**entering**
54:23, 55:3,
55:5
**entire**
76:3
**entrance**
84:15
**entry**
50:2
**environment**
38:4
**era**
9:22
**errata**
118:7
**error**
116:23
**errors**
116:20
**esquire**
3:10
**essentially**
59:7, 59:8,
66:15
**etc**
58:20, 61:24
**ethic**
22:13
**euid**
79:14

**evans**
30:9, 31:14,
31:16, 31:17,
32:2, 32:5,
46:18, 67:11,
67:15
**even**
8:23, 9:7,
33:16, 33:18,
40:10, 40:14,
43:24, 52:21,
55:19, 55:21,
62:10, 73:2,
77:14, 88:4,
88:8, 94:11,
96:12, 96:14,
99:24
**ever**
10:3, 10:13,
24:20, 26:17,
27:23, 31:8,
32:2, 32:5,
32:9, 34:1,
34:4, 34:7,
35:23, 36:3,
36:5, 37:15,
38:11, 38:12,
54:16, 56:5,
68:3, 70:3,
72:15, 78:7,
91:10, 95:6,
95:20, 99:16,
100:5, 100:12
**every**
63:19, 75:4
**everything**
11:20, 14:22,
14:23, 98:23,
99:8, 114:10,
117:1
**evidence**
13:4
**evidenced**
62:11
**ex**
30:9, 47:14
**exact**
60:12

**exactly**
70:22, 70:24,
86:2, 87:21,
89:15
**examination**
4:2, 7:3
**examined**
118:3
**example**
46:1
**excerptation**
89:9
**exchange**
58:19
**exchanging**
61:23
**exclamation**
52:15
**excuse**
19:14, 59:2,
70:17, 85:16,
98:7
**executive**
98:1
**exercise**
10:19
**exhibit**
4:9, 4:10,
4:11, 4:12,
4:14, 4:16,
4:18, 4:19,
4:21, 4:22,
4:23, 4:24, 5:2,
5:3, 5:4, 5:5,
5:7, 15:20,
15:21, 25:18,
25:19, 26:4,
26:9, 26:11,
26:18, 28:3,
29:4, 29:7,
29:11, 29:15,
29:20, 39:9,
39:10, 56:21,
56:23, 56:24,
57:3, 57:9,
57:10, 57:13,
57:23, 72:1,
72:2, 72:5,

72:11, 72:15,
75:7, 75:8,
76:5, 76:6,
76:11, 76:16,
77:5, 77:6,
78:1, 78:4,
79:1, 82:14,
82:15, 82:19,
83:2, 83:6,
90:8, 90:9,
90:22, 96:23,
96:24, 97:16,
97:19, 100:7,
100:15, 105:24,
106:2, 106:9,
106:10, 109:3,
113:19, 113:24
**exhibiting**
40:10
**exhibits**
4:8, 88:22,
90:7, 106:1
**experience**
45:10, 46:3,
53:1, 53:13,
53:14, 62:17
**experienced**
45:3, 47:9,
49:6, 49:7,
98:10, 98:14,
98:17
**expires**
119:17
**explain**
17:14, 51:10,
72:22, 90:8
**expound**
45:12
**express**
66:15
**expunge**
59:23, 59:24,
60:1
**expunged**
50:15, 55:13
**expungement**
49:4, 49:15,
56:14

expunging
62:12
extra
43:23
extradited
53:2, 53:10
extradition
52:9, 52:12,
53:6, 53:16,
53:24

**F**

f-e-d-e-x
66:12
face
94:19, 95:12,
105:22
faces
21:6
facilitate
43:11
fact
56:10, 58:24,
59:24, 80:23,
89:19, 90:24,
95:10, 95:11,
105:6, 106:14,
111:3, 112:10
factor
107:16
factors
93:10, 93:15
facts
61:17, 96:2,
98:23, 99:3
factually
107:8, 109:10,
109:11, 109:18,
109:24
fail
11:3
failed
85:10
failure
85:12, 88:19,
89:11, 90:1
fair
108:22

false
18:20, 106:14,
107:24
familiar
29:10, 51:2,
57:6, 94:5,
94:11, 94:17,
94:20, 95:3,
95:7, 95:9,
105:21
far
12:5, 36:23
fare
59:4, 59:8,
59:10, 59:13,
60:8, 60:22
fat
66:9
father
33:8
fathers
38:5
favor
49:8, 49:19
february
26:19, 27:14,
27:17, 27:22,
29:2, 30:22,
78:21, 81:3,
81:8, 81:11,
83:10, 100:23,
101:13, 105:17,
108:23, 109:7,
115:6, 115:17
federal
8:20, 66:15
fedex
65:22, 66:10,
66:13, 66:17,
67:17
feel
48:16
fees
65:1
feet
46:1
fellow
19:4, 19:5

felony
11:4, 52:2
few
59:21, 61:7
fifth
35:4, 62:9
file
4:24, 28:7,
78:3, 78:7,
78:14, 113:23,
116:10
filed
15:4, 16:3,
96:18, 97:4,
97:6
filing
42:21
final
115:14
finalized
116:19
finally
18:6, 28:24
finances
45:23
financial
41:11, 119:14
find
13:3
fine
11:11, 11:24,
12:4, 12:8,
12:15, 12:18,
12:24, 13:7,
64:4, 115:17
fines
64:24, 65:12
finish
11:22, 23:22,
41:9, 64:2
finished
12:2
fire
92:11
firearm
51:17, 51:21
firearms
50:20, 51:7,

51:14
fired
92:7
first
23:4, 23:7,
24:9, 27:19,
36:20, 37:20,
70:21, 79:1,
83:10, 94:2,
94:21, 101:15
firsthand
87:6
five
34:11, 34:13,
34:14, 38:1,
41:15, 55:11,
62:13
five-day
17:15
five-page
98:8
flag
50:21
flesher
5:5, 105:19,
106:6, 109:14,
109:24
flesher's
108:17
follow
111:11
following
89:5
follows
7:2
food
72:8
foods
68:7, 68:11
foregoing
118:4, 119:6,
119:7
forgot
89:6, 99:7
form
63:17
formal
8:8

format
43:24
former
7:16, 7:21,
9:14
fort
36:20, 36:21,
36:24
forth
14:10, 15:6
forward
91:9, 116:7,
117:5
foster
38:16, 38:18
found
64:17, 64:19,
112:6
four
34:12, 35:3,
38:1, 41:15,
81:2, 95:14,
95:18, 95:21
friend
49:16, 49:21,
50:9, 50:13,
50:14, 52:24
friendship
49:6
front
19:7, 19:8,
20:24, 23:18,
24:1, 70:21,
73:16, 84:15,
85:17, 88:14,
90:23, 102:5
fuck
101:2
full
60:22, 69:21
full-time
67:3, 67:4,
69:21, 69:22,
69:23, 71:2
fun
19:18, 19:23,
21:8, 22:16
further
62:10, 113:14,

116:5

**G**

gaining
53:20
gains
41:2, 41:23,
42:11, 44:7,
44:10
gary
33:9, 33:10
gave
43:5, 43:23,
44:3, 86:5, 86:7
general
62:15, 62:19,
62:20, 65:7
generally
62:16, 63:6,
63:8, 63:24
georgia
8:15, 9:15,
10:1, 10:2,
33:3, 33:7,
33:22, 33:23,
35:21, 37:6,
37:11, 49:3,
49:15, 50:14,
55:16, 56:12,
68:9
get-go
87:3
getting
73:1, 73:2
giant
68:7, 68:11
gift
42:23
girl
34:13, 34:14
girlfriend
46:14, 46:15,
46:18, 46:20,
47:14, 67:10,
67:14, 99:11
gist
10:18
give
9:7, 11:23,

17:13, 22:23,
23:19, 24:1,
27:13, 28:13,
28:14, 28:16,
28:17, 47:3,
62:10, 71:13,
89:9, 91:2,
107:21, 108:12
given
12:11, 12:17,
32:19, 60:2,
60:3, 62:16,
81:13, 88:13,
118:6, 119:8
giving
73:24
go
10:17, 27:12,
44:1, 44:21,
46:23, 59:23,
59:24, 61:11,
81:10, 81:11,
91:1, 91:3,
91:9, 102:23,
104:1, 108:9,
108:10, 113:23,
116:7, 116:16
goes
82:9
going
11:13, 12:14,
14:10, 14:17,
19:10, 43:6,
46:14, 48:20,
48:21, 53:15,
55:24, 56:10,
56:11, 60:23,
63:9, 64:16,
71:24, 74:12,
74:13, 74:15,
74:18, 75:6,
77:24, 80:22,
81:15, 105:23,
107:10, 109:15,
114:7, 116:13,
116:14, 117:5,
117:9
good
12:10

gossip
20:1, 21:12,
21:16, 21:20,
22:4, 22:9,
23:9, 23:14
gossiped
18:18, 18:24,
19:18, 21:9,
22:24
gossiping
19:1, 19:9,
19:12, 20:12,
20:17, 20:20,
20:24, 24:2
government
53:5
grab
70:21
graduate
37:7
great
12:5
greiman
2:5, 3:11
grew
33:2
griesmeyer
2:5, 3:10,
3:11, 4:3, 6:17,
6:18, 7:4, 7:11,
27:3, 74:10,
74:12, 74:20,
106:17, 116:9,
117:6
grievance
5:3, 96:19,
97:3, 97:6
grocery
19:6, 20:16,
21:9, 23:17,
23:24, 24:11,
24:13, 24:17,
32:3, 32:6,
32:7, 32:20,
34:1, 35:23,
35:24, 68:1,
68:3, 68:12
ground
8:19, 10:17

grow
32:24
growing
33:13
guard
36:6
guess
50:8
guilt
64:15
guilty
64:14, 64:17,
64:19, 65:15
gun
51:23, 52:3
guy
24:15
guys
23:4, 28:18,
28:24, 87:8

**H**

h-o-l-m-e-s
34:20
halfway
57:4
halsted
30:15, 30:23,
31:4
hand
71:24, 75:6,
77:24, 105:23
handbook
4:22, 73:20,
73:23, 74:6,
75:19, 75:23,
76:1, 76:11,
76:14, 76:15
handbook-type
73:8
handed
15:19, 89:18
handing
25:17, 26:8,
29:3, 29:11,
39:8, 76:5,
77:4, 82:13,
96:22, 97:15,

113:18
handling
110:5, 111:5
happen
59:14, 60:24,
114:5, 116:13
happened
52:23, 55:11,
58:22, 58:24,
59:5, 59:6,
59:9, 59:11,
63:3, 92:18,
98:24, 99:10
happens
42:7
harassment
98:16
hard
19:23
head
12:12, 12:13
headquarters
98:1
hear
19:19, 21:7,
38:8, 104:5,
104:24
heard
21:17, 23:9,
63:14, 103:22,
104:21, 105:2,
105:16, 105:20
hearing
10:16, 113:12
held
2:1, 69:17,
70:3
hello
6:17
help
49:17, 52:10,
52:11, 52:14,
52:17, 53:19,
53:21, 53:22
here
6:2, 11:17,
13:23, 17:1,
21:21, 25:5,

26:4, 27:12,
27:15, 27:18,
28:3, 28:19,
33:1, 35:18,
44:24, 45:12,
46:6, 52:9,
57:3, 57:9,
57:22, 58:8,
61:18, 64:13,
73:16, 74:13,
75:6, 83:2,
83:6, 88:22,
90:21, 92:1,
100:14, 100:17,
100:22, 101:19,
105:7, 105:24,
106:12, 106:13,
113:7, 113:18,
114:7, 116:14,
116:24, 117:2
hereby
118:2, 119:6
hereunto
119:15
hide
102:13, 102:14
hiding
103:14
high
37:4, 37:5,
37:6, 37:9
higher
102:2
higher-up
88:15, 90:3
himself
53:17
hire
68:22, 68:23,
83:14, 100:24
hired
10:7, 68:16,
68:18, 69:1,
69:11, 80:17
hireright
61:19, 86:5,
86:7, 86:13,
86:23

hiring
72:19, 80:16
history
5:2, 65:20,
82:20
hold
45:4, 54:5,
109:16, 115:13
holded
54:7
holmes
34:20, 35:14
home
53:11, 67:10,
99:11
honest
10:11, 41:20,
45:9, 55:14,
62:8, 62:20,
62:23, 63:2,
65:13
honestly
9:18, 24:10,
24:21, 33:17,
38:9, 42:1,
47:3, 51:5,
55:19, 62:13,
73:4, 74:7
honorable
39:20, 40:1,
40:5, 40:7,
52:11, 53:19
honorably
37:2
horrible
53:3
hostel
31:2, 31:3
hostile
38:4
hotdogs
70:15
hour
78:18, 78:19,
83:13
hourly
4:22, 4:23,
71:3, 71:5,

71:18, 75:18,
76:1, 76:11,
76:15, 76:22,
77:11, 77:21,
81:20, 92:4
**hours**
59:20, 83:3,
83:8, 83:16
**however**
8:21
**hr**
92:18, 98:4,
98:9, 99:15,
100:4, 111:20
**human**
91:19, 97:11,
97:24, 99:23,
100:11
**hurried**
42:4
**hyphenated**
7:9

**I**

**id**
79:15
**idea**
99:14, 100:11
**identification**
15:22, 25:20,
26:12, 29:8,
29:16, 39:11,
57:1, 57:11,
72:3, 75:9,
76:7, 77:7,
78:5, 82:16,
97:1, 97:20,
106:3, 114:1
**identify**
6:15, 25:15,
75:12, 96:7
**idhr**
99:22
**il**
3:14
**ill**
51:21
**illegal**
17:18, 112:24

**illegally**
112:9, 112:12
**illinois**
1:2, 1:9, 1:15,
2:8, 2:17, 3:6,
6:5, 6:7, 6:14,
7:12, 10:4,
17:19, 30:5,
30:16, 33:1,
33:2, 47:10,
66:24, 99:22,
110:7, 111:10,
111:15, 112:5,
112:9, 112:12,
112:20, 112:21,
119:23
**impacted**
61:9
**impair**
13:9
**impersonating**
40:15
**impersonation**
42:20, 43:11,
43:15, 44:8
**imprisonment**
33:16
**inappropriate**
104:22
**incident**
58:16, 60:5,
63:5, 63:8
**inclemency**
60:3
**inclusion**
99:4
**incorrect**
78:17
**independent**
9:4
**individuals**
95:18, 95:22
**inferred**
104:20
**inferring**
105:1
**influence**
50:1, 86:17

**information**
13:4, 14:8,
49:10, 52:5,
72:20, 78:17,
79:8, 79:17,
87:10
**informed**
92:21
**instead**
59:3
**instructed**
9:4
**interest**
119:14
**interpreting**
111:14, 111:16
**interrogatories**
4:10, 4:11,
25:24, 26:4,
26:10, 27:24,
115:5, 115:16
**interrogatory**
13:22, 15:5,
26:3, 27:5,
115:12
**interview**
68:19
**investigated**
100:5
**investigation**
99:17, 99:21,
100:13
**involved**
93:5
**involving**
64:5, 96:9
**irrelevant**
47:1, 47:2
**issue**
47:6, 67:12,
67:13, 106:24
**issues**
22:12, 22:18
**items**
72:23, 78:11
**itself**
73:24, 108:21

**J**

**jackson**
36:20

**jail**
53:4, 53:15,
59:18, 59:21,
65:17
**jailed**
45:10
**jailing**
65:10, 65:13
**jails**
53:4
**january**
26:18, 29:14,
29:24, 68:17,
78:20, 79:5,
79:23, 81:3,
81:12
**jermaine**
84:12, 85:1,
85:2, 85:17,
88:15
**job**
1:22, 11:18,
11:20, 12:5,
12:10, 19:24,
20:1, 20:10,
69:23, 70:11,
70:24, 105:12,
112:14, 117:1
**joined**
65:21
**joint**
5:7, 113:8,
113:13, 113:20
**jpeg**
28:5
**judge**
40:5, 40:6,
40:7, 40:8,
40:10, 40:14,
40:16, 42:12,
42:20, 43:10,
44:8, 44:11,
47:15, 50:7,
60:2, 113:11
**judgment**
113:10, 114:18,
115:1
**justice**
18:20, 73:1

**K**

**k-i-m-b-l-e**
7:9, 35:2
**k-i-p-t-o-r-i**
31:16
**keep**
46:18, 82:10,
105:12, 114:22,
117:5
**kept**
20:9, 59:4,
75:3
**kid**
33:13
**kimble**
30:10, 33:9,
33:10, 35:2,
35:15, 101:1
**kind**
10:18, 22:15,
22:16, 43:5,
57:4, 102:2
**kiptori**
30:9, 31:14,
46:18, 67:11,
67:14
**knew**
80:13, 81:14,
98:22, 103:22
**knowing**
50:12
**knowledge**
32:2, 32:5,
35:22, 36:2,
62:16, 83:6,
87:6, 89:15,
96:12
**known**
51:23
**knows**
81:24
**kroger**
86:14, 86:23,
98:5, 98:22,
100:10
**kroger's**
97:24, 98:4,

98:9, 99:15,
100:11

**L**

**la**
31:20, 31:21
**labeled**
109:2
**labor**
83:14
**labor-ready**
65:23
**laborer**
66:18
**laboring**
66:21
**language**
19:14, 59:2,
70:17, 85:16,
98:7
**last**
7:8, 31:16,
34:17, 34:19,
34:21, 34:24,
35:2, 51:2,
83:24, 84:3,
85:18, 85:19,
88:14, 113:11
**lately**
13:24
**later**
9:1, 9:9,
59:20, 61:7,
80:19
**law**
17:12, 17:16,
18:21, 38:11,
38:12, 38:14,
40:14, 40:15,
43:10, 43:12,
43:15, 44:9,
44:11, 46:9,
50:24, 54:14,
62:17, 110:8,
111:10, 112:5,
112:21
**laws**
50:21, 51:15,

52:9, 52:10,
52:12, 53:16,
53:24, 112:8
**lawsuit**
16:3, 16:15,
18:17
**lawyer**
7:23, 8:6,
8:12, 39:21,
39:22, 40:10,
40:13, 40:15,
40:18, 40:21,
41:11, 44:9,
50:5, 50:7,
54:5, 54:8, 56:2
**lawyers**
41:2, 41:19,
43:2, 43:18,
44:10
**leading**
63:4
**learning**
23:13
**least**
20:6, 23:16,
81:2
**leave**
47:17, 48:21,
67:6, 67:8, 99:7
**led**
58:22, 93:5
**left**
67:9, 67:16,
99:2
**legal**
7:11, 8:3, 8:8,
9:4, 38:15, 45:7
**legally**
31:12, 40:8
**let's**
9:13, 39:23,
46:20, 57:9,
74:10, 91:9,
108:9, 114:22,
115:18, 116:7,
117:5
**letter**
5:4, 50:10,

50:11, 89:6,
97:11, 97:13,
97:17, 97:24,
98:8, 99:17,
100:6, 100:14,
100:17, 100:22,
101:6, 101:19,
105:7
**letting**
48:14
**level**
69:12, 69:15,
69:18, 70:3,
70:11, 76:18,
77:1
**levels**
4:23, 76:22,
77:11, 77:21
**lewd**
18:3
**license**
31:13, 56:18
**licensed**
9:23
**licensure**
31:11, 46:13
**lie**
18:23, 33:18
**lieu**
17:17, 21:7,
42:1, 43:14
**lindsay**
5:5, 105:19,
106:6, 108:17,
109:14, 109:24
**line**
34:18, 35:12
**list**
89:19
**listened**
15:1
**listening**
21:14, 101:20
**literally**
33:15, 66:21
**little**
28:16, 42:5,
78:23, 91:5,

100:2, 102:1,
102:6, 103:8
**live**
30:8, 33:10,
33:21, 35:18,
35:20, 35:21
**lived**
30:11, 30:13
**living**
30:17, 30:23,
31:1, 46:9,
46:10
**llc**
1:10, 2:5,
3:11, 6:5, 7:12
**local**
51:22, 62:23
**located**
69:2
**location**
24:23, 71:9,
71:10, 71:11,
95:8, 105:3
**locations**
21:18, 22:6,
38:23
**logan**
48:21, 48:23
**long**
30:11, 37:22,
41:14, 67:1
**look**
13:21, 22:11,
28:2, 51:9,
56:23, 57:22,
58:9, 87:10,
91:6, 106:7,
113:20
**looked**
13:22
**looking**
10:6, 12:20,
29:19, 39:14,
44:2, 58:4,
77:18, 91:6
**looks**
78:16, 83:13
**lot**
14:6, 14:8,

99:12
**loud**
12:11, 12:17
**loved**
38:6
**lower**
28:22, 58:2
**lunch**
42:9, 42:18,
42:24
**lunchables**
70:15
**lying**
110:1, 110:2,
110:4

---

**M**

**m-a-t-t-h-e-w**
94:14
**m-e-n-a-s-h-a**
66:5
**m-i-r-n-a**
94:8
**machine**
114:9
**macon**
33:6
**made**
13:5, 14:13,
18:3, 19:18,
19:23, 19:24,
21:8, 22:16,
25:14, 52:19,
53:4, 67:20,
71:9, 78:17,
78:18, 88:10,
93:1, 99:20,
100:18, 101:23,
102:10, 104:22
**mailed**
110:13, 110:15
**majority**
99:4
**make**
11:18, 11:20,
13:19, 21:5,
34:11, 39:23,
41:3, 44:21,

46:20, 53:3,
68:22, 78:9,
90:13, 92:3,
98:22, 100:14,
105:16, 113:22
**making**
8:2, 50:4,
70:16, 97:13,
117:2
**male**
24:16, 25:16
**man**
25:9, 25:11,
25:16, 50:13,
51:1, 90:13
**man's**
50:1
**management**
18:7, 71:11,
91:11, 91:12,
91:16
**manager**
18:2
**manager's**
24:21
**many**
20:5, 34:10,
87:15, 87:18
**march**
1:16, 6:9,
26:21, 26:24,
27:6, 27:8,
30:12, 30:18,
30:19, 30:20,
32:23, 57:23,
58:1, 58:16,
60:11, 60:14,
60:16, 61:16,
84:1, 84:6,
115:22, 116:1,
116:3, 116:5,
119:16
**mariano's**
1:10, 6:5,
7:13, 7:19,
13:6, 16:6,
16:10, 16:16,
16:20, 17:4,

18:17, 18:21,
19:7, 24:24,
26:1, 26:5,
29:5, 29:21,
32:9, 32:11,
34:5, 34:6,
36:3, 48:23,
65:21, 67:17,
67:19, 67:22,
67:24, 68:14,
68:16, 69:2,
69:8, 69:24,
70:3, 71:6,
71:8, 71:10,
71:11, 71:16,
71:20, 72:7,
72:16, 74:24,
75:14, 76:13,
77:12, 77:13,
77:22, 78:3,
78:8, 78:14,
80:2, 80:13,
81:14, 82:22,
83:4, 83:8,
84:4, 84:12,
85:20, 86:14,
87:18, 87:21,
88:2, 88:6,
88:10, 89:15,
91:11, 91:12,
91:17, 91:20,
91:22, 92:6,
92:9, 92:11,
92:17, 93:1,
93:6, 95:6,
95:8, 96:1,
96:7, 96:15,
97:17, 98:6,
98:11, 99:1,
99:10, 99:15,
100:4, 100:8,
108:8, 108:19,
108:24, 111:5,
111:20, 111:23,
112:16
**mark**
57:9
**marked**
9:11, 15:19,

15:22, 25:20,
26:8, 26:12,
29:3, 29:8,
29:16, 39:8,
39:11, 56:21,
57:1, 57:11,
72:3, 75:9,
76:7, 77:7,
78:5, 82:16,
97:1, 97:20,
100:6, 100:14,
106:3, 113:19,
114:1
**markeisha**
90:14, 90:15,
90:16, 97:5,
97:7
**marking**
25:17, 71:24,
75:7, 77:4,
78:1, 82:14,
96:22, 97:15,
105:23
**marks**
52:15
**marriage**
31:10, 31:12,
31:13, 46:10,
46:12, 46:13
**married**
31:6, 31:7,
31:8, 31:9,
31:12, 46:7,
46:8
**marshall**
97:5, 97:7
**matter**
6:4, 14:11,
47:14, 50:1,
56:10, 62:22,
65:6, 90:23
**matthew**
94:13, 94:15
**maybe**
9:21, 37:24,
38:21, 41:15,
42:17
**mcdonough**
33:22, 35:21

**mean**
12:11, 14:1,
28:2, 35:12,
40:6, 43:19,
44:7, 47:2,
52:22, 65:9,
87:13, 98:13,
103:11, 111:14,
111:16
**meaning**
46:10
**means**
10:23, 11:22,
40:5, 47:19
**meant**
13:2
**meantime**
91:7
**meat**
69:12, 69:14,
69:18, 70:4,
70:7, 70:12,
70:18, 76:19,
83:16, 83:19,
84:8, 101:3
**meats**
70:14
**mechanic**
36:15
**media**
6:2, 74:9
**medications**
13:8
**meet**
84:14
**member**
69:12, 70:4,
70:12, 71:6,
71:17, 76:19
**members**
19:6
**menasha**
65:24, 66:3,
66:8
**mentally**
51:20
**mentioned**
32:14, 96:18,

116:14
**merchandise**
70:20
**message**
89:17
**met**
84:11, 84:15
**methodic**
87:13
**michigan**
71:12
**middle**
84:18
**might**
12:13, 57:13
**military**
36:5
**milwaukee**
33:11, 88:16,
90:3
**mind**
47:17
**mine**
49:7
**minor**
56:17
**minute**
27:7, 45:13,
78:9, 91:3,
106:7
**minutes**
74:9
**mirna**
94:7, 94:9
**misdemeanor**
49:4, 56:13
**missing**
26:14, 35:4
**misspelling**
116:22
**mltds**
36:16
**mm-hmm**
108:13
**modify**
44:22
**module**
75:22, 76:14

**modules**
4:21, 75:13
**moment**
15:15, 27:13,
28:15, 61:9,
62:21, 88:14,
91:2, 104:13,
104:14, 104:15,
105:22, 107:21
**monday**
1:16
**money**
41:6, 41:11,
42:4, 42:14,
56:12, 59:1,
60:7
**monies**
40:24, 41:23,
42:18, 42:24,
43:13, 43:14,
53:24
**moniker**
40:13, 42:5,
43:3
**monique**
33:20
**monitor**
6:10
**month**
60:11
**months**
38:1, 41:15,
67:2
**more**
28:14, 28:17,
63:5, 114:20,
114:21, 116:5
**most**
31:10, 54:22,
54:23
**mother**
33:19, 33:24
**mothers**
38:5
**motion**
15:10, 42:21,
114:18, 115:1
**mount**
10:10

move
12:2
much
28:14, 85:5
must
75:15, 76:2,
83:14
myself
6:19, 25:10,
40:9, 40:20,
54:7, 97:23,
107:13

**N**

name
7:5, 7:7, 7:8,
7:10, 8:16,
9:14, 10:11,
10:12, 19:18,
20:3, 20:9,
22:23, 23:2,
23:11, 23:12,
24:15, 24:16,
24:19, 24:21,
31:15, 31:16,
33:8, 33:19,
34:17, 34:18,
34:19, 34:22,
34:24, 35:2,
36:22, 36:24,
39:19, 43:18,
43:20, 43:22,
44:15, 44:16,
44:17, 44:18,
44:20, 84:24,
85:1, 90:4,
90:5, 90:16,
94:2, 94:3,
94:5, 94:7,
94:8, 94:10,
94:14, 94:17,
94:20, 94:22,
95:7, 95:9,
101:1, 105:20,
112:23, 113:1,
115:8, 116:22
named
22:7

names
20:7, 20:8,
23:19, 24:1,
24:5, 24:7,
24:10, 24:12,
24:14, 24:18,
34:15, 95:13
narrative
18:20
national
16:11, 18:19,
19:9, 19:12,
19:17, 20:3,
20:12, 20:17,
20:21, 21:8,
21:10, 21:12,
21:16, 22:5,
22:10, 24:3,
25:12, 25:13,
36:6, 99:5
nationality
19:1, 99:5
near
46:1, 84:15,
84:16
nearly
45:24, 102:3
necessarily
44:1
need
8:18, 11:22,
12:10, 41:8,
48:18, 50:9,
60:22, 64:2,
74:9
needed
49:17, 59:23,
67:10
needs
12:16, 49:10
negativity
20:2
neither
55:22, 119:12
never
10:7, 17:15,
20:8, 23:10,
25:5, 26:16,

27:20, 31:9,
31:11, 32:7,
32:8, 32:11,
32:19, 34:6,
34:7, 35:24,
36:4, 38:14,
40:8, 41:5,
41:10, 41:22,
42:13, 43:14,
44:12, 46:6,
49:1, 49:23,
52:20, 52:22,
53:22, 54:7,
55:17, 55:18,
55:19, 55:20,
61:10, 63:14,
69:8, 69:17,
74:3, 77:13,
77:15, 78:17,
80:1, 86:22,
86:24, 87:19,
91:12, 91:16,
91:19, 91:22,
92:7, 92:10,
99:13, 100:8,
105:15, 105:18,
109:3, 109:6,
110:17, 111:20,
111:22, 112:2,
112:18
new
24:5, 83:14,
100:24
news
50:24
next
12:3, 34:18,
34:23, 35:11,
59:19, 67:16,
83:22, 103:7
niles
66:24
no-contact
47:12
nobody
52:18, 52:20
nod
12:12

none
13:1, 13:2,
54:2, 61:17
northern
1:2, 6:6
northside
37:5
notarization
8:12
notary
2:16, 9:23,
119:1, 119:5,
119:22
note
116:23
nothing
10:24, 109:9,
110:10
notice
2:14, 14:2,
15:5, 96:4,
102:18, 108:19,
109:1
noticing
14:3, 17:15
notification
71:22
notified
71:13, 71:19,
81:2, 89:22,
93:18
notify
100:9, 104:6
number
79:15
numbers
58:3
nurse
33:24

**O**

oath
10:20, 10:21,
10:22, 10:23,
46:12, 110:18,
111:4
object
8:21, 8:23

objections
9:1
observed
85:3
obstruction
18:20
obviously
114:11
occupation
31:19, 33:12,
33:23
occurred
52:22, 102:21
occurrence
60:13
octavia
30:10, 32:14,
32:17
october
26:5, 41:16
offense
57:23, 58:15,
58:18, 60:13
offer
45:1, 45:6,
78:19, 79:3,
81:13
office
15:7, 27:5,
115:10, 116:17
officer
119:5
offices
2:2
oh
39:13, 90:13,
94:24
old
24:6
older
70:20
oldest
35:5, 35:8
one
8:9, 8:15,
10:5, 10:6,
15:10, 18:12,
21:10, 21:15,

27:13, 27:24,
28:4, 28:5,
28:6, 28:13,
28:14, 28:16,
28:17, 32:16,
34:13, 34:14,
34:18, 34:23,
40:23, 45:12,
45:18, 45:19,
49:2, 49:10,
49:23, 51:3,
52:8, 52:13,
52:18, 53:7,
53:21, 53:24,
54:13, 55:22,
56:9, 58:13,
61:8, 61:9,
67:9, 75:18,
81:7, 83:13,
84:7, 86:12,
88:22, 91:2,
106:8, 109:8
ones
38:6, 75:15
online
38:23, 39:2,
67:21, 68:13,
72:17, 74:23,
75:3, 75:21,
76:13
only
9:2, 24:18,
26:16, 27:23,
28:5, 32:17,
32:18, 37:24,
63:10, 65:5,
68:10, 70:2,
70:24, 73:12,
76:2, 86:6,
86:13, 89:15,
90:16, 104:16
open
55:24
opportunity
17:13
opposed
12:23, 67:23
opposition
114:17, 114:24

orally
12:11, 12:17
order
11:18, 11:20,
45:17, 45:21,
45:22, 46:2,
46:21, 46:22,
47:4, 47:7,
47:8, 47:9,
47:13, 47:19,
47:23, 48:3,
48:9, 51:15,
60:2, 114:6,
114:14
ordered
27:8, 47:16,
47:22, 47:24
orders
45:15, 50:21,
51:17
orientation
68:23, 72:17,
72:23, 73:7,
73:10, 77:14,
77:15, 81:10,
83:18, 101:14,
104:2, 105:11
origin
16:12, 18:19,
19:10, 19:13,
19:18, 20:3,
20:13, 20:17,
20:21, 21:8,
21:16, 22:5,
22:10, 24:3,
25:12, 25:13,
99:5
osha
99:24
other
8:3, 11:21,
13:9, 14:6,
14:15, 14:20,
15:3, 15:7,
17:8, 18:16,
19:6, 26:14,
46:22, 47:8,
52:8, 54:13,

56:5, 56:7,
56:15, 64:3,
65:1, 65:12,
67:23, 69:9,
69:17, 69:18,
72:12, 79:8,
82:19, 102:5,
105:14, 107:16,
109:8, 109:23,
110:9
others
23:8
otherwise
119:14
out
8:14, 10:10,
12:11, 12:17,
13:3, 22:15,
23:9, 36:20,
36:21, 36:22,
36:24, 38:20,
38:21, 38:22,
51:13, 54:5,
54:7, 82:3,
82:7, 84:15,
86:14, 88:16,
90:3, 99:2, 99:7
outcome
119:14
outside
21:22, 50:1,
103:5
over
10:17, 11:21,
13:18, 13:19,
14:13, 15:1,
28:24, 62:12,
64:3, 84:7,
95:13, 103:23,
105:14, 114:6,
115:22
overhear
102:17, 103:12
overheard
21:10, 21:11,
21:17, 100:23,
101:5, 101:9,
101:11, 102:10

| | | | |
|---|---|---|---|
| **overhearing** 22:2, 102:16, 102:19 | **part-time** 67:3, 67:5 | 52:17, 87:7, 89:19, 95:14, 102:14 | **picture** 105:21 |
| **owed** 62:18 | **partes** 47:14 | **people's** 18:2, 96:13 | **place** 3:4, 6:13, 30:4, 31:20, 38:20, 68:7 |
| **own** 30:6, 72:24 | **participate** 93:8, 93:13, 107:18 | **percent** 81:9 | **plaintiff** 1:7, 3:2, 107:13, 108:23, 109:1, 115:15 |
| **owned** 98:5 | **participated** 92:10 | **perform** 81:15, 81:16, 85:23, 86:2 | **plaintiff's** 108:8, 114:17 |
| **P** | **particular** 61:22 | **performance** 22:19 | **planet** 6:12, 6:22 |
| **p-a-d-g-u-r-s-k-- i-s** 94:4 | **parties** 104:4, 104:7, 113:7, 119:13 | **performed** 85:22, 86:11 | **plea** 64:15, 64:20, 64:22, 65:6, 65:16 |
| **p-a-r-k-l-a-n-d** 94:22 | **passing** 38:7 | **perjury** 11:4 | **plead** 62:9 |
| **packet** 72:20 | **password** 28:21 | **person** 24:19, 46:16, 48:2, 48:6, 48:8, 50:12, 50:17 | **pleaded** 65:15 |
| **padgurskis** 94:1, 94:3, 94:4, 95:4 | **past** 13:12, 21:7, 33:23, 103:23 | **person's** 53:13 | **please** 6:15, 6:23, 7:5, 12:22, 28:8, 52:10, 52:14, 53:19, 108:2, 108:4 |
| **page** 4:2, 4:8, 27:24, 28:6, 57:5, 58:3, 58:4, 58:9, 79:1 | **patients** 38:7 | **personnel** 4:24, 78:3, 78:7, 78:14 | **plenary** 45:14, 45:17, 45:21, 46:2, 46:21, 47:7, 47:9, 47:19, 47:22, 48:2, 48:8 |
| **pages** 1:23, 28:5 | **pay** 28:15, 60:8, 60:22, 61:2, 62:21, 63:3 | **petersburg** 36:23, 37:1 | |
| **pamphlet** 73:17 | **paying** 59:8, 59:10, 59:12, 59:17, 62:4, 62:6, 62:18, 63:10 | **petros** 1:24, 2:14, 6:22, 119:3, 119:21 | **pmlss** 36:15 |
| **papers** 90:11 | **payments** 41:7 | **peyton** 70:9 | **point** 8:9, 11:7, 21:5, 21:15, 41:5, 57:17, 71:15, 84:19, 116:10 |
| **paragraph** 107:24, 108:6, 108:7, 109:8, 109:23, 110:12, 115:15 | **pd** 61:13 | **phone** 28:14, 28:15, 43:7, 71:9, 90:24, 91:7, 96:21 | |
| **paralegal** 8:11, 8:13, 9:16, 10:3, 10:8, 38:15, 39:3 | **pending** 55:23, 106:19 | **phrase** 39:23, 40:12, 52:16 | **police** 60:23, 61:3, 61:14 |
| **parkland** 94:21, 94:22, 95:1 | **penn** 38:16, 38:18 | **phrases** 12:19 | **policemen** 59:16 |
| **part** 17:8, 17:22, 63:10, 88:21 | **pennsylvania** 38:21 | **pick** 61:15, 115:7 | |
| | **people** 19:16, 20:16, 20:20, 20:23, 21:21, 22:15, 22:17, 22:24, 23:20, 40:7, | **picked** 53:10 | |

policies
108:18, 111:9,
111:13, 111:23,
112:8, 112:16
policy
110:5, 111:4,
112:18
poor
22:12, 22:18
portion
76:3
position
18:7, 69:11,
69:15, 69:17,
69:18, 70:2,
71:2, 71:3,
76:18
positioned
105:5
possess
96:12
possessions
47:20
post
37:9
power
45:21
practice
39:23
precisely
88:5
prefer
80:6
pregnancy
67:14, 99:12
pregnant
67:11
preparation
14:16
prepare
13:14, 15:8,
114:8, 116:15
presence
21:22, 22:1
present
3:17, 13:13,
43:24, 70:16,
70:17

pretty
85:5
previously
16:15
primarily
67:12
prior
80:6, 89:5,
96:8, 96:15
priorities
96:15
prison
33:15
prisoner
33:14
privacy
96:16
private
37:12, 102:21
privilege
9:6
privy
109:21
pro
3:3, 7:24, 8:1
probably
57:4
probation
65:2
problems
98:10
procedural
87:13, 110:4,
111:17
procedure
8:20, 111:5
procedures
108:18, 111:10,
111:13, 111:24,
112:2, 112:8,
112:16, 112:19
proceed
9:13
proceeding
7:14
process
55:13, 82:5,
93:5, 93:16

produced
26:18, 26:19,
29:12, 29:13,
29:21, 29:24
production
4:13, 4:15,
27:21, 29:5,
29:22, 56:20,
109:2
professional
2:16, 119:4
program
38:24, 39:2,
41:12
promote
92:3
promotion
16:21, 18:13,
98:20
proof
90:24, 96:20
properties
54:2
proposal
113:10
proposed
5:7, 113:19
prospect
10:10
protection
45:21, 45:22,
47:4, 108:22
psm
18:2, 84:9,
91:22, 92:3
public
2:16, 45:9,
48:7, 49:9,
50:24, 51:6,
54:5, 102:22,
102:24, 103:2,
103:3, 103:4,
119:1, 119:5,
119:22
publicly
51:13, 51:18
punch
81:21, 83:15

punches
82:11, 82:21,
83:1
punitive
112:24
purpose
41:18, 41:21
pursuant
2:14
pursue
37:15
push
116:8
put
15:11, 39:19,
42:4, 42:6,
43:4, 47:9,
51:4, 51:13,
91:1, 95:12,
96:17, 115:11,
115:14
putting
59:3

## Q

qualified
112:14
question
8:21, 9:3, 9:8,
11:8, 11:9,
11:13, 11:14,
11:23, 12:3,
18:9, 18:10,
23:22, 29:18,
32:4, 41:9,
48:12, 48:13,
48:15, 48:19,
48:20, 49:13,
49:14, 54:9,
54:10, 62:15,
64:2, 72:10,
77:16, 77:17,
77:18, 79:12,
83:5, 91:14,
93:12, 100:2,
106:11, 106:16,
106:19, 107:4,
107:6, 109:15,

**questioned**
19:22
**questions**
10:19, 13:1,
13:10, 26:14,
89:6, 91:4,
91:8, 106:8,
116:11
**quick**
106:8
**quite**
49:12, 55:14
**quote**
74:2, 100:24,
101:4

**R**

**r-o-s-a**
94:8
**r-u-d-o-l-p-h**
7:9
**race**
16:7, 20:4,
21:12, 25:2,
95:17, 99:5
**randolph**
2:6, 3:12,
6:13, 71:12
**random**
23:11
**range**
35:10
**ranges**
35:9
**rank**
36:9
**rather**
47:5, 62:9,
96:16
**raucous**
61:10
**rd**
119:16
**reaching**
93:10
**read**
13:18, 14:13,

14:22, 14:23,
14:24, 106:18,
106:19, 107:20,
107:21, 107:23,
108:1, 108:10,
116:18, 118:3
**reading**
107:20, 111:12,
119:11
**ready**
61:15, 81:10,
108:14
**really**
33:16, 46:19,
46:23, 79:21,
85:3, 95:16,
106:11
**reason**
72:11, 75:11,
78:12, 80:12,
82:18
**recall**
9:17, 10:15,
15:10, 15:14,
15:18, 20:8,
21:4, 68:18,
68:19, 68:20,
69:7, 72:18,
72:21, 73:1,
73:2, 73:4,
73:5, 73:12,
73:16, 73:19,
73:23, 74:2,
74:6, 74:7,
79:19, 79:20,
79:21, 88:23,
90:5, 94:19,
97:13, 112:19,
113:12, 113:15,
113:16
**recant**
30:20, 89:4
**receive**
27:22, 40:24,
41:23, 42:14,
42:17, 43:13,
44:7, 57:16,
57:20, 57:21,

63:9, 72:18,
72:19, 75:22,
77:17, 89:6,
89:13, 110:23
**received**
17:15, 21:3,
26:5, 26:16,
26:17, 27:20,
27:23, 41:1,
41:6, 41:10,
42:11, 44:6,
44:12, 53:22,
57:18, 64:24,
65:3, 71:22,
74:3, 74:5,
77:13, 77:15,
80:1, 87:22,
88:2, 90:12,
109:4, 109:6,
110:14, 110:19,
112:18, 112:20,
114:4, 114:11,
115:9
**receiving**
66:18, 66:22,
73:5, 73:23,
80:7, 99:17,
110:3
**recent**
54:22, 54:23
**recess**
74:17
**recollection**
60:16, 76:10,
77:10, 77:19
**record**
7:6, 12:21,
17:7, 25:7,
39:21, 40:13,
40:16, 41:4,
41:9, 46:20,
48:7, 48:18,
49:3, 49:9,
49:15, 50:15,
50:18, 50:24,
51:6, 52:23,
54:1, 58:10,
61:18, 61:20,

62:12, 67:5,
74:16, 74:19,
75:3, 80:1,
82:4, 82:10,
88:20, 89:2,
90:18, 91:1,
94:2, 94:14,
95:15, 104:9,
105:13, 117:10,
117:11, 119:8
**recorded**
117:1
**recording**
61:1
**records**
41:7, 95:21
**rectangular**
102:7
**red**
50:21
**reduced**
119:10
**refer**
7:18
**reference**
50:16
**referenced**
10:18, 28:6
**references**
100:17
**referred**
69:5
**referring**
46:19
**refusing**
48:11, 48:19
**regarding**
19:1
**registered**
2:15, 33:24,
119:3
**reiterate**
18:10, 29:18,
32:4, 79:12,
83:5, 93:12,
106:16
**related**
119:12

**relationship**
33:17
**released**
59:22
**relevancy**
47:3, 47:6
**relevant**
47:4, 48:14
**remaining**
59:10, 59:13,
59:18, 61:2,
62:4, 62:21
**remember**
9:17, 10:11,
10:12, 24:6,
24:9, 24:14,
24:15, 24:16,
24:18, 24:19,
24:20, 60:12,
73:7, 73:11,
73:21, 73:24,
78:11, 84:24,
90:17, 97:12,
100:1, 100:20,
113:11
**remind**
12:6
**rent**
30:6
**renting**
30:7
**report**
4:18, 5:2, 5:8,
57:6, 57:14,
57:17, 82:20,
105:8, 105:9,
105:10, 106:21,
107:15, 108:21,
108:23, 110:13,
111:7, 113:8,
113:13, 113:20
**reported**
1:24, 105:15,
105:18, 106:22,
107:11, 107:15
**reporter**
2:15, 2:16,
6:21, 6:23,

11:18, 116:14,
119:1, 119:4,
119:5
**reporter's**
116:17
**reports**
87:16, 112:1
**represent**
6:16, 6:19,
72:5, 78:2,
106:5
**representation**
49:23, 50:5
**represented**
49:21, 72:13
**representing**
6:12, 6:22,
7:24, 56:2
**request**
4:12, 4:14,
29:4, 29:22,
98:19
**requested**
119:11
**requests**
29:13
**requirements**
111:15
**requires**
113:7
**resend**
28:9, 28:10
**reserved**
117:7
**resources**
91:19, 97:12,
98:1, 99:23,
100:12
**respect**
13:3, 13:5,
23:17, 23:23,
27:21, 48:24,
51:17, 52:12,
63:7, 72:10,
85:21, 88:10,
92:4, 92:14,
92:16, 100:10,
100:13, 111:24

**respond**
52:18, 114:19,
114:24
**responded**
52:18
**response**
29:12, 29:21,
99:17, 100:8,
114:17
**responses**
4:15, 26:9,
56:20, 115:21
**responsibility**
36:13
**rest**
44:4, 59:4,
63:11
**restaurant**
31:24
**restitution**
65:1, 65:11
**restraining**
50:21, 51:7,
51:14, 51:17
**restriction**
50:18
**restrictions**
49:4
**result**
80:14, 96:11
**resulted**
93:16
**results**
80:7, 80:20,
87:22, 88:2,
88:7, 88:11,
89:17, 108:20
**retail**
32:1, 75:18,
76:1, 76:15
**retaliated**
16:21
**revealed**
96:8
**revealing**
17:6
**review**
13:14, 13:16,

14:5, 17:13,
75:22
**reviewed**
14:4, 14:6,
14:11, 14:15,
14:21, 15:8,
76:12
**right-hand**
58:3, 79:9,
79:13
**rights**
17:9, 17:24,
51:7, 51:14,
108:22
**robins**
33:3, 37:6,
68:9
**rode**
59:7
**rome**
2:5, 3:11
**rosa**
94:7, 94:8,
94:9, 95:5
**roughly**
98:12, 99:2,
99:8
**roundy's**
1:9, 6:5, 7:12,
80:2
**route**
43:5
**rowland**
113:11
**rpr**
1:24, 119:21
**rudolph**
33:20, 33:21,
34:1, 35:12
**rudolph-kimble**
1:6, 1:14, 2:1,
3:3, 4:2, 4:8,
5:4, 6:4, 6:20,
7:1, 7:7, 7:10,
15:21, 25:19,
26:11, 29:7,
29:15, 35:7,
39:10, 39:20,

40:2, 56:24,
57:10, 72:2,
75:8, 76:6,
77:6, 78:4,
82:15, 96:24,
97:19, 106:2,
110:18, 113:24,
118:2
**rule**
4:12, 4:14,
8:24, 29:4,
29:13, 29:21,
56:20, 56:22
**rules**
8:19, 8:20,
10:17
**run**
87:16

**S**

s-u-r-l-a-t-a-b--
l-e
31:23
**said**
17:12, 40:17,
42:15, 46:5,
46:6, 66:9,
85:8, 85:11,
85:13, 88:16,
109:17, 110:15,
110:17, 113:11,
117:2, 119:9
**same**
11:12, 12:1,
12:19, 12:21,
19:9, 46:16,
60:19, 60:20,
96:9, 99:23,
100:10, 118:4
**sanction**
15:11
**sat**
62:24
**saw**
51:18, 61:2,
104:16, 104:17
**say**
8:17, 11:20,

12:22, 14:1,
20:16, 30:17,
43:7, 46:14,
55:1, 59:16,
60:22, 63:9,
78:16, 80:22,
89:14, 90:12,
100:24, 104:24,
105:15, 109:15,
110:14, 117:6
**saying**
14:18, 21:22,
21:24, 27:4,
48:17, 52:1,
52:3, 60:12,
74:2, 86:21,
89:21, 106:20,
106:21, 107:11,
110:19, 110:21,
114:10
**says**
27:18, 39:22,
40:1, 52:10,
52:14, 58:4,
58:18, 58:21,
64:13, 76:1,
79:14, 80:5,
81:6, 81:7,
81:9, 83:24,
88:20, 107:12,
108:7, 108:17,
110:12, 110:16,
111:13, 114:3,
115:15, 115:20
**schedule**
115:24, 116:2
**scheduling**
67:12, 67:13
**school**
37:4, 37:5,
37:6, 37:9,
37:12, 38:11,
38:12, 38:14
**scope**
92:2
**scranton**
38:20
**screen**
80:8

**screening**
80:1, 80:3,
81:18
**screenshots**
4:17, 39:15
**se**
3:3, 7:24, 8:1
**seafood**
19:3, 19:11,
19:15, 21:2,
22:9, 23:1,
23:8, 69:14,
69:19, 70:4,
70:8, 70:12,
76:19
**seal**
44:23
**sealed**
9:11, 48:7
**sealing**
49:4
**second**
28:13, 28:16,
28:17, 28:18,
45:14, 94:3,
94:8, 94:14,
94:22, 108:12,
109:16, 115:13
**section**
16:8, 16:12,
17:9, 17:23,
52:19, 70:18,
102:1
**see**
11:19, 27:12,
27:13, 28:2,
28:21, 35:6,
44:22, 51:14,
57:24, 58:2,
58:5, 58:12,
72:15, 78:18,
79:13, 79:16,
80:8, 84:9,
90:13, 90:21,
90:22, 101:20,
102:12, 103:9,
103:13, 103:16,
103:19, 103:20,

104:3, 104:6,
104:12, 104:13,
104:15, 106:12
**seeing**
57:15, 72:21,
72:23, 73:7,
103:3, 103:4,
105:6
**seeking**
16:21
**seem**
22:14, 22:17
**seen**
15:24, 25:22,
27:19, 39:9,
40:7, 78:7,
78:10, 86:22,
95:20, 105:20,
105:21
**sell**
58:19
**selling**
61:23
**send**
27:11, 42:3,
42:8, 115:5,
116:4
**sent**
13:23, 14:12,
26:2, 27:9,
28:4, 29:1,
29:5, 97:11,
97:17, 97:24,
98:4, 99:18,
108:19, 110:20,
110:22, 115:9
**sentence**
64:24, 65:10,
115:14
**sentencing**
55:21
**separate**
9:4, 91:8
**separated**
85:9
**separates**
103:2
**september**
41:16, 54:24

| | | | |
|---|---|---|---|
| **serve** | **show** | **sister** | **someone** |
| 36:5 | 12:13, 12:14, | 35:1 | 21:11, 45:18, |
| **served** | 28:17, 80:21, | **sisters** | 46:3, 47:10, |
| 26:1, 65:3, | 83:2, 83:7, | 38:6 | 47:23, 51:20, |
| 65:17 | 90:10, 90:24 | **sit** | 89:21, 96:15 |
| **service** | **showed** | 92:1, 92:17 | **something** |
| 18:2, 19:8, | 89:3, 89:24, | **site** | 40:17, 40:19, |
| 20:24, 21:13, | 115:6 | 61:14 | 49:24, 60:22, |
| 24:18, 84:17, | **shown** | **sitting** | 64:6, 73:8, |
| 103:7 | 51:19 | 102:14, 103:9, | 73:9, 73:21, |
| **set** | **siblings** | 103:10, 103:24, | 107:9, 109:18 |
| 55:22 | 34:8, 34:12, | 104:3, 104:7, | **somewhere** |
| **setting** | 35:23, 36:3 | 104:17, 105:4, | 22:15, 38:22 |
| 47:6, 61:21 | **sic** | 106:12 | **soon** |
| **seven** | 26:6, 73:3, | **situation** | 56:1 |
| 26:14 | 102:2 | 17:14, 49:18 | **sorry** |
| **sex** | **side** | **six** | 41:8, 55:1, |
| 16:17, 25:15 | 33:2 | 34:12 | 74:14, 101:17, |
| **shake** | **sign** | **skin** | 107:19 |
| 12:12 | 53:9, 78:20 | 100:20, 101:1, | **sort** |
| **she'll** | **signature** | 104:23 | 8:3, 41:6, |
| 35:17 | 79:22, 79:24, | **slogan** | 50:3, 87:5, |
| **sheet** | 117:7, 118:12 | 43:8, 44:4, | 88:10, 92:4, |
| 78:19, 88:13, | **signature-k9lvk** | 52:16, 53:18 | 93:14, 95:20 |
| 88:15, 118:7 | 119:18 | **slogans** | **sorts** |
| **shift** | **signed** | 52:14 | 42:22, 43:15, |
| 23:4, 23:5, | 53:6, 78:11, | **slot** | 45:1 |
| 23:7, 24:8, | 79:5, 79:10, | 103:8 | **sound** |
| 24:9, 82:2, | 79:18, 106:6, | **solemnized** | 94:10, 94:17, |
| 82:3, 82:6, 84:7 | 118:7, 119:15 | 31:11 | 94:20, 95:7, |
| **shipping** | **signify** | **solemnizing** | 104:20, 105:2, |
| 66:18, 66:22 | 41:21 | 46:13 | 105:4 |
| **shooting** | **signing** | **solicit** | **sounds** |
| 51:1, 51:11 | 73:2, 73:4, | 43:11 | 94:5, 95:9, |
| **shopped** | 78:11, 79:20, | **soliciting** | 107:22, 107:23 |
| 19:16 | 119:11 | 44:9, 52:16 | **south** |
| **shoppers** | **similarly** | **solicitor** | 30:15, 30:23, |
| 19:4, 19:5 | 12:9 | 65:7 | 31:4, 33:2, |
| **short** | **simply** | **some** | 36:21, 69:2 |
| 40:12 | 13:3, 92:21, | 9:18, 42:3, | **speak** |
| **shorthand** | 106:14, 110:19, | 44:2, 50:3, | 45:23, 49:8, |
| 2:15, 119:1, | 110:21, 110:23 | 57:17, 67:23, | 49:18, 49:24, |
| 119:4 | **since** | 71:15, 72:22, | 99:8 |
| **should** | 14:10, 27:23, | 73:8, 73:17, | **speaking** |
| 35:16, 51:22, | 41:16, 54:20, | 88:15, 91:4 | 53:12, 62:16, |
| 51:23, 69:7, | 115:21 | **somebody** | 63:8, 63:24, |
| 88:17, 90:2 | **sir** | 47:19, 63:9, | 73:22, 104:4 |
| **shouldn't** | 31:9, 39:4 | 104:18 | **specialty** |
| 52:2 | | | 36:13 |

specific
22:23, 23:20,
24:2, 63:5,
63:7, 87:6,
92:14, 92:16
specifically
19:11, 22:8,
25:1, 25:7,
51:16, 87:9,
88:1, 88:9,
92:24, 93:4,
93:9, 100:19
speculation
111:2
spell
7:5, 31:15,
31:22, 66:2,
66:3, 66:11,
94:2, 94:13
spelled
7:8, 7:9, 34:19
spoke
45:9, 46:3,
58:13, 104:11
spot
104:1
st
60:14, 61:16
stack
90:10
standing
102:9, 102:11,
102:15, 102:18,
103:9, 103:14
start
60:5, 68:22,
74:23, 75:14,
78:22, 80:13,
80:17, 82:1
started
30:17, 71:7,
78:21
starting
35:10, 69:22,
81:4
starts
82:6
state
2:17, 6:16,

7:5, 17:18,
53:2, 53:12,
63:19, 110:7,
111:10, 111:15,
112:5, 112:8,
112:20, 112:21,
119:23
statements
100:18
states
1:1, 6:6
stating
89:8
station
36:20, 83:19,
83:20, 84:16
stationed
36:19
status
5:7, 113:8,
113:9, 113:13,
113:20
statutory
111:14
stay
47:20
stenographer
107:19
still
8:18, 8:23,
9:8, 39:4, 48:5,
55:23, 55:24,
88:8, 115:21
stocker
68:12
stocking
70:14, 70:15
stop
60:21, 61:8
stops
61:7
storage
28:14
store
18:2, 18:18,
19:4, 19:5,
19:16, 24:22,
24:23, 32:1,

69:2, 69:6,
69:8, 69:9,
69:19, 70:5,
70:8, 70:13,
72:9, 83:4,
83:8, 102:20,
102:21, 102:22,
103:1
street
2:6, 3:12,
6:13, 30:15,
30:23, 31:4,
69:2
strike
92:15, 99:13
strikes
109:9
studying
10:5, 10:6,
39:4
stuff
21:21
submit
113:8
submitted
68:13, 115:16
subsequently
59:5, 59:12
substances
13:9
substantive
116:21
suburb
33:5, 33:6,
33:22
suffered
17:1
suite
2:7, 3:13
sum
65:14
summarize
77:10, 77:20,
77:23
summary
108:21, 113:10,
114:18, 115:1
supervisor
70:7

supplement
26:23
supplemental
27:5, 27:21,
113:8
supplemented
26:24, 115:20
support
50:16, 52:14
supposed
14:22, 69:21,
112:4
sur
31:20, 31:21
sure
8:2, 13:19,
18:11, 28:11,
28:22, 49:12,
53:8, 70:16,
78:9, 79:13,
90:13, 93:13,
94:6, 94:24,
98:22, 106:17
surgeries
38:5
surgical
37:13, 37:15,
37:17, 37:20,
37:23
surrounding
55:9, 96:2
suspended
56:18
swear
6:23, 110:18
swiped
60:6
switch
74:9, 74:14
sworn
7:2, 106:10
system
27:1, 81:22

T

table
31:20, 31:21,
102:14

take
32:19, 56:23,
61:15, 74:12,
91:5, 106:7,
106:24, 113:20
taken
13:8, 74:17,
83:15, 119:6,
119:9
taking
6:13
talk
11:21, 48:6,
85:3, 98:13,
98:16, 98:19
talked
20:3, 46:16,
53:1, 71:10
talking
7:20, 21:20,
45:14, 64:3,
74:22, 76:17,
85:6, 103:10,
104:7, 105:14
talks
23:12, 49:3,
52:9, 57:23,
75:18, 89:1,
100:17
tanks
36:17
tape
74:14
tapped
44:4, 59:1
team
69:12, 70:3,
70:12, 76:19,
98:2
technical
37:11
technician
37:13, 37:16,
37:18, 37:21,
37:23
tell
10:23, 15:7,
20:19, 20:23,

24:12, 38:9,
65:20, 74:3,
78:13, 107:10
telling
48:16
ten
35:11, 74:8
ten-minute
74:13
tenure
41:16, 108:7
term
65:2, 88:17
terminate
90:2, 93:1
terminated
17:2, 17:5,
17:17, 17:21,
57:18, 80:19,
96:10, 97:8,
97:10, 97:18,
99:19, 109:12,
112:9, 112:11
termination
71:14, 71:21,
89:10, 89:11,
92:15, 92:16,
92:18, 92:22,
93:6, 93:11,
93:17, 96:3,
107:13, 111:6,
111:9
terms
9:9, 18:24
testified
7:2, 10:13
testifying
10:15, 111:4
testimony
116:21, 118:4,
118:6, 119:8,
119:9
texas
50:21, 51:1,
51:17
th
6:9, 26:19,
32:16, 68:17,

78:20, 79:6,
79:23, 81:3,
81:12, 108:24,
109:7, 115:22,
116:3, 116:6
theft
63:15, 63:17
themselves
6:16, 40:7
thereafter
114:19, 115:2,
119:9
thievery
63:18
thieving
63:18
thing
12:19, 19:9,
27:23, 65:5,
69:20, 73:12,
86:13, 99:6,
100:10, 109:11
things
9:11, 14:6,
21:18, 21:24,
40:24, 45:12,
51:3, 67:9,
99:3, 111:18
think
36:22, 36:24,
38:21, 64:9,
64:11, 64:12,
72:11, 75:11,
82:18, 90:4,
90:15, 96:5,
99:6, 99:9,
107:24, 116:24
third-party
21:21, 86:14
thought
46:6
three
20:6, 20:11,
20:15, 21:4,
23:16, 67:2,
81:2, 84:14,
84:20, 84:22
through
26:2, 27:1,

27:12, 27:15,
28:1, 41:1,
41:3, 41:11,
42:6, 42:15,
42:18, 53:15,
57:4, 65:24,
66:8, 75:21,
86:4, 89:1,
89:12, 106:7,
115:5, 115:12,
115:16, 116:8
throughout
14:8
till
41:17, 68:21
time
6:10, 7:18,
8:15, 9:2, 9:19,
11:7, 11:12,
12:1, 12:6,
37:8, 41:6,
60:8, 60:9,
65:3, 71:1,
74:16, 74:19,
75:23, 76:23,
79:18, 79:20,
81:14, 81:21,
82:11, 82:21,
82:24, 87:17,
99:9, 104:12,
114:20, 114:21,
117:10
timekeeping
5:2, 81:21,
82:20
times
21:18, 22:6,
25:14, 46:5,
81:2, 83:3, 83:7
title
16:7, 16:12,
16:17
titled
52:16
today
6:11, 6:22,
8:1, 10:19,
11:8, 11:18,

12:7, 13:1,
13:11, 77:19,
92:1, 106:12,
114:10, 116:11
**today's**
6:9, 116:15
**together**
42:5, 46:9,
46:11
**tokens**
58:19, 61:23
**told**
20:5, 20:11,
59:22, 68:20,
68:24, 80:23,
84:7, 85:14,
85:15, 87:2,
93:21
**took**
61:4, 74:21
**topics**
45:7
**total**
18:23, 34:11
**touch**
45:24
**towards**
21:6
**town**
40:9, 40:11
**traffic**
56:17
**training**
4:21, 8:8,
38:14, 38:23,
39:2, 74:23,
75:3, 75:13,
75:21, 76:13,
83:14
**transacted**
54:1, 54:2,
54:3
**transaction**
42:22, 43:9,
44:8, 58:20
**transactional**
42:12
**transcript**
4:7, 9:10,

12:14, 15:23,
25:21, 26:13,
29:9, 29:17,
39:12, 48:7,
57:2, 57:12,
72:4, 75:10,
76:8, 77:8,
78:6, 82:17,
97:2, 97:21,
106:4, 114:2,
114:4, 114:7,
114:8, 114:11,
114:15, 116:15,
116:18, 119:7
**transcription**
118:5
**transfer**
61:23
**transfers**
58:19
**transit**
60:7
**trial**
64:21, 64:23
**truck**
36:17
**trucks**
36:16
**true**
72:6, 82:19,
107:8, 107:10,
108:24, 118:4,
119:7
**truth**
9:18, 10:24,
33:18, 38:9,
47:2, 65:13,
103:18
**truthfully**
13:10
**try**
12:22
**trying**
13:3, 42:2,
42:3, 42:8,
43:11, 52:11,
74:3, 88:17,
105:11

**turn**
105:24
**turned**
35:11, 35:14,
35:15
**tutorials**
73:14, 104:3
**two**
28:5, 38:22,
45:19, 47:11,
106:8
**type**
13:8, 40:10,
41:10, 42:21,
43:4, 43:6,
43:10, 43:12,
44:2, 44:3,
46:22, 47:8,
55:2, 65:23,
73:8, 73:17,
95:15, 96:9,
99:16, 116:19
**typed**
12:21
**typewriting**
119:10
**typing**
11:19, 114:9
**typographical**
116:20, 116:22
**typos**
117:2

---

### U

**uh-huh**
12:19, 12:20,
12:23
**uh-uh**
12:20, 12:23
**uncomfortable**
19:24
**under**
8:20, 10:20,
10:21, 10:22,
17:9, 17:23,
18:22, 46:12,
59:17, 65:16,
71:8, 71:13,

86:16, 108:22,
110:18, 111:4,
119:10
**understand**
7:15, 7:20,
10:21, 11:9,
11:14, 13:10,
17:4, 17:20,
18:9, 18:11,
22:4, 38:10,
47:16, 48:17,
53:14, 62:14,
77:16, 98:5,
107:3, 109:20
**understanding**
13:20, 86:18,
86:19
**understood**
11:14, 25:14,
39:24, 93:20
**union**
71:6, 71:8,
71:13, 71:17,
71:19, 71:22,
72:8, 89:3,
90:8, 90:14,
90:15, 90:18,
96:19, 97:4
**unioned**
46:11
**unit**
3:5, 19:8,
30:4, 36:11
**united**
1:1, 6:6, 72:8
**unlawful**
58:18
**unless**
114:20
**unsatisfactory**
108:20
**until**
11:22, 12:1,
33:4, 36:8,
71:9, 81:1,
115:22, 116:5
**untrue**
106:15, 109:10,

109:24

**upper**
79:9, 79:13

**usa**
52:10

**usage**
18:22

**use**
41:22, 43:7,
53:18, 84:23

**V**

**various**
75:13, 77:11,
77:20, 98:9

**vehicle**
36:15

**verbally**
80:24

**verified**
27:16

**versus**
53:6, 53:10,
53:11

**video**
6:10, 6:12,
12:13, 45:14,
51:9, 61:1,
61:12

**videoed**
53:23

**videographer**
3:18, 6:2,
6:11, 6:21,
74:8, 74:11,
74:15, 74:18,
117:9

**videos**
49:2, 52:8

**videotaped**
1:14, 6:3

**vii**
16:7, 16:12,
16:17

**violated**
17:12

**violation**
16:7, 16:12,

16:17, 56:17,
112:12

**violations**
56:18

**virginia**
36:22, 36:23,
37:1

**voice**
6:15, 103:22,
103:23, 104:21,
105:2, 105:5

**W**

**w-e-l-c-o-m-e**
28:23

**wait**
11:22, 12:1,
27:7, 68:21,
78:9, 80:24

**waive**
117:3

**waives**
73:3

**walk**
21:6

**walked**
103:23

**walking**
52:2, 59:4

**wall**
103:6, 103:17,
103:21

**want**
9:7, 9:10,
44:17, 44:18,
46:23, 47:3,
48:15, 62:10,
70:20, 90:20,
91:4, 91:7,
106:7, 113:20,
113:22, 114:21

**wanted**
44:15, 50:15,
81:17, 84:9,
84:23, 98:22

**warehouse**
66:20, 66:21

**warner**
33:3, 37:6,

68:9

**warrant**
53:5, 53:7,
53:11

**way**
21:6, 53:20,
54:13, 61:11,
82:9, 103:17,
110:4, 110:5,
111:17, 114:22

**we'll**
8:19, 114:6,
116:9, 117:6

**we're**
11:13, 60:23,
64:3, 74:12,
105:14, 114:10

**we've**
14:10, 26:16,
26:17, 56:21,
100:6, 100:14,
117:2

**welcome**
28:22

**went**
14:24, 31:11,
37:5, 42:6,
44:5, 59:18,
60:6, 103:7

**weren't**
109:21

**west**
2:6, 3:12, 6:13

**whereof**
119:15

**whether**
9:10, 54:4,
54:10, 79:20

**whole**
10:24, 45:1,
45:6, 51:8, 76:3

**wi-fi**
28:19

**wife**
42:3, 42:8,
42:15, 45:23,
46:5, 46:19

**wind**
12:20

**wisconsin**
33:11, 88:16,
90:3

**wish**
8:17, 48:4,
48:10

**within**
21:12, 21:24,
53:10, 59:19,
102:15, 103:10

**without**
40:8, 55:4,
55:5, 58:20,
59:8, 61:24,
117:2

**witness**
6:19, 6:24,
84:23, 117:5,
117:8, 119:15

**woman**
90:4

**wonder**
101:2

**wondering**
50:8

**word**
38:8, 44:3

**words**
43:23, 104:11

**work**
10:7, 22:12,
22:18, 24:5,
31:17, 31:20,
32:9, 34:1,
34:4, 34:6,
36:3, 37:13,
65:21, 67:1,
68:1, 69:1,
81:4, 83:10,
83:16, 91:10,
101:15

**worked**
8:14, 9:15,
18:3, 19:7,
21:2, 23:4,
24:7, 32:3,
32:6, 32:7,
32:11, 32:20,

35:23, 35:24,
36:14, 36:15,
36:17, 65:22,
66:8, 68:3,
69:8, 72:9,
77:12, 77:22,
82:22, 83:4,
83:8, 84:3,
91:16, 91:19,
95:6, 95:10,
95:12, 95:24,
111:20, 111:22,
112:2
**workers**
72:8
**working**
10:9, 23:9,
69:12, 71:7,
80:6, 80:13,
80:17, 82:1,
82:7, 83:16,
101:3
**world**
51:13
**write**
100:22, 101:19,
105:7
**writes**
110:1
**written**
12:14, 106:13,
107:7, 108:19,
109:1, 114:8,
116:15
**wrong**
90:20, 107:5
**wrote**
50:16, 101:6,
101:8, 107:24

**Y**

**y'all**
22:16, 22:17,
22:18
**yeah**
22:22, 25:23,
33:7, 35:7,
37:8, 37:14,

39:13, 97:14,
98:7, 100:21,
104:10, 104:24,
107:2
**year**
23:3, 24:10,
35:16, 35:17,
43:2, 44:10,
51:2, 56:10,
95:13
**years**
33:15, 33:23,
39:22, 40:18,
41:2, 41:12,
41:19, 43:18,
45:19, 47:11,
50:12, 54:20,
55:12, 62:13
**yep**
97:9
**yesterday**
39:14
**young**
51:1
**yourself**
7:24, 8:4, 8:6,
54:5, 85:24,
92:7, 107:20
**youtube**
4:16, 39:6,
39:16, 40:4,
44:24, 45:13,
49:2, 51:4

**Z**

**z-e-v-e-n**
34:24
**z-i-o-n**
34:21
**zeven**
34:23, 35:15
**ziam**
24:20, 24:22
**zion**
34:21, 35:14
**zip**
30:5, 30:15

**$**

**$10**
42:9

**$16.15**
78:18
**$16.35**
78:17, 78:18
**$20**
42:9, 42:17
**$5**
42:9, 42:17

**.**

**.2750**
2:9, 3:15
**.9675**
3:7

**0**

**0**
1:17
**00**
23:5, 24:8
**000095**
79:2
**000113**
58:4, 58:6
**000115**
109:3
**000127**
109:3
**010**
1:17

**1**

**1**
83:15
**10**
1:17, 4:22,
6:10, 45:13,
58:11, 76:5,
76:6, 76:11,
76:16
**100**
81:9
**106**
5:5
**11**
4:23, 74:16,
74:19, 77:5,
77:6

**114**
5:7
**119**
1:23
**12**
4:24, 23:5,
24:8, 78:1,
78:4, 79:1,
117:10, 117:11
**123**
28:23
**13**
1:16, 5:2, 6:9,
35:15, 82:14,
82:15, 82:19,
83:2, 83:6
**14**
5:3, 26:2,
27:15, 65:2,
65:3, 65:7,
65:8, 65:13,
65:17, 96:23,
96:24, 114:19,
114:24, 115:2,
115:5, 115:2,
115:17
**15**
4:9, 5:4,
35:15, 83:15,
84:1, 84:6,
97:16, 97:19,
100:7, 100:15,
115:22, 116:1,
116:3, 116:6
**16**
5:5, 68:10,
105:24, 106:2,
106:9, 106:10
**1615**
69:2
**17**
5:7, 108:16,
109:23, 110:12,
113:19, 113:24
**18**
51:2
**19**
32:16, 57:5

**1981**
16:8, 16:12,
17:9, 17:23
**1988**
32:23
**1996**
33:3
**1:-cv**
1:8, 6:8

**2**

**2.78**
83:16
**20**
66:1, 119:16
**200**
46:1
**2002**
26:6, 68:17
**2004**
68:10
**2006**
37:8
**2008**
37:14
**2011**
37:21
**2015**
36:8
**2017**
36:8
**2018**
9:21, 54:24,
55:12, 56:10,
57:24, 58:1,
58:12, 58:16,
60:11, 60:14,
60:16, 61:16
**2019**
9:21
**2020**
9:21, 66:1
**2021**
30:12, 30:18,
33:4
**2022**
14:10, 27:18,
30:19, 30:21,

30:22, 41:16,
67:7, 78:20,
79:6, 79:23,
81:3, 81:8,
81:12, 83:11,
84:1, 84:6,
100:23, 101:13,
105:17, 108:24,
109:7
**2023**
1:16, 6:9,
26:20, 26:22,
26:24, 27:6,
27:14, 29:2,
29:14, 30:1,
32:16, 115:6,
115:17, 116:1,
116:6, 119:16,
119:17
**205**
2:6, 3:12, 6:13
**206**
3:5, 30:4
**21**
57:24, 58:1,
58:16, 60:14,
60:16, 61:16,
66:1
**211**
3:4, 30:4
**22**
1:8, 6:8
**23**
119:16
**2300**
2:7, 3:13
**24**
59:19
**25**
4:10, 33:23
**26**
4:11, 68:17,
78:20, 79:6,
79:23, 81:3,
81:12
**27**
26:19, 29:14,
29:24

**2717**
1:8, 6:8
**28**
108:24, 109:7
**29**
4:12, 4:14,
35:13, 35:14

**3**

**3**
23:5, 24:8
**30**
33:15, 53:11
**31**
26:5, 45:14
**310**
30:15, 30:23,
31:3
**312.428**
2:9, 3:15
**32**
35:17
**33**
35:11, 35:17
**34**
4:12, 4:14,
29:4, 29:13,
29:21, 56:20,
56:22
**36**
108:7
**39**
4:16
**3rd**
26:22, 26:24,
27:6, 27:8,
32:23

**4**

**4-foot-tall**
102:3
**483548**
1:22

**5**

**5-feet-tall**
102:4
**50**
45:24

**512**
69:6, 69:9,
69:19, 70:5,
70:8, 70:13,
72:9, 83:4, 83:8
**52**
74:16
**56**
74:19, 117:10,
117:11
**57**
4:18

**6**

**60606**
2:8, 3:14, 6:14
**60611**
3:6, 30:5
**60661**
30:16
**6th**
26:20, 27:14,
27:17, 27:22,
29:2, 81:8,
115:6, 115:17,
119:17

**7**

**708.970**
3:7
**72**
4:19
**75**
4:21
**76**
4:22
**77**
4:23
**78**
4:24

**8**

**82**
5:2
**8th**
78:21, 81:3,
81:11, 101:13

**9**

**90**
53:10, 67:2